B5 (Official Form 5) (12/07)

FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court<br>Eastern District of New York | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**Lessno LLC** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN (If more than one, state all.)<br>**251907801** | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**16192 Coastal Highway**<br>**Lewes, DE 19958** | MAILING ADDRESS OF DEBTOR (If different from street address)<br>**Lessno LLC**<br>**44-02 23rd Street**<br>**Long Island City, NY 11101** |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Sussex** | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

■ Chapter 7    ☐ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

| Nature of Debts<br>(Check one box)<br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>■ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>■ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business (Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ■ Full Filing Fee attached<br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).<br>2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

Name of Debtor **Lessno LLC**

B5 (Official Form 5) (12/07) - Page 2

Case No.

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X **/s/ Ani Petrova-Sotirova**
Signature of Petitioner or Representative (State title)

**Smart Travel Network, Inc**        **June 11, 2009**
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity _president_
Ani Petrova-Sotirova
44-02 23rd Street
Long Island City, NY 11101

X _____
Signature of Attorney                  Date

Name of Attorney Firm (If any)

Address
Telephone No.

---

X **/s/ Durval Duprat**
Signature of Petitioner or Representative (State title)

**Trans Am Travel, Inc.**        **June 11, 2009**
Name of Petitioner                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity _Operations Manager_
Durval Duprat
4222 King Street
Alexandria, VA 22302

X _____
Signature of Attorney                  Date

Name of Attorney Firm (If any)

Address
Telephone No.

---

X **/s/ Mario I. Sotirov**
Signature of Petitioner or Representative (State title)

**Mario I. Sotirov**        **June 12, 2009**
Name of Petitioner           Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
Mario I. Sotirov
25-63 34th Street, Apt. 1
Astoria, NY 11103

X _[signature]_            June 12, 2009
Signature of Attorney        Date

_Neiger LLP_
Name of Attorney Firm (If any)

_111 John Street, 800, NY, NY 10038_
Address
Telephone No. _212-267-7342_

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Smart Travel Network, Inc. 44-02 23rd Street Long Island City, NY 11101 | $40,000 promissory note and $82,304.61 for services provided | 122,304.61 |
| Trans Am Travel, Inc. 4222 King Street Alexandria, VA 22302 | Services Provided | 157,207.30 |
| Mario I. Sotirov 25-63 34th Street, Apt. 1 Astoria, NY 11103 | Promissory Note | 89,333.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims 368,844.91 |

__0__ continuation sheets attached

**Neiger LLP**
111 John St., Suite 800
New York, New York 10038
Voice: 212-267-7342
Fax:    212-406-3677
Edward E. Neiger, Esq. (EN 1002)
*Counsel to the Petitioning Creditors*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re                                                             :
                                                                  : Chapter 11
                                                                  :
Lessno LLC                                                        : Case No. _____
                                                                  :
                                                                  :
            Debtor.                                               :
-----------------------------------------------------------------X

## AFFIDAVIT IN SUPPORT OF INVOLUNTARY BANKRUPTCY PETITION

I, Ani Petrova-Sotirova the ___President___ of ___Smart Travel Network, Inc.___ declare:

1. I submit this Affidavit in support of the Involuntary Petition pursuant to 11 U.S.C. §303.

2. I am authorized to submit this Affidavit on behalf of Smart Travel Network, Inc.

3. Smart Travel Network, Inc holds unsecured claims against Lessno LLC, the prospective debtor, in the amount of $122,304.61. These claims are based on a Promissory Note dated 12 May in the amount of $40,000, and services provided pursuant to Ticketing Agreement dated 11 November 2006 totaling $82,304.61. These claims, aggregated with the claims held by the other petitioning creditors are in excess of the statutory amounts set forth in 11 U.S.C. §303(b)(1).

4. Smart Travel Network, Inc's claims are neither contingent as to liability or the subject of a bona fide dispute as to liability or amount, pursuant to 11 U.S.C. §303(b)(1).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: 06-11-2010

*[signature]*

NOTARY  *11th day of June 2009*

STEFANOPOULOS VITENTIA
Notary Public, State of New York
Qualified in Queens County
No. 01ST6099670
My Commission Expires 10-06-2011

*[signature: Stefanopoulos Vitentia]*

**Neiger LLP**
111 John St., Suite 800
New York, New York 10038
Voice: 212-267-7342
Fax:    212-406-3677
Edward E. Neiger, Esq. (EN 1002)
*Counsel to the Petitioning Creditors*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------X
In re                                            :
                                                 : Chapter 11
                                                 :
Lessno LLC                                       : Case No. _____
                                                 :
                                                 :
            Debtor.                              :
------------------------------------------------------X

## AFFIDAVIT IN SUPPORT OF INVOLUNTARY BANKRUPTCY PETITION

I, Durval Duprat, the _(title)_ of _____Trans Am Travel, Inc._ declare:

1. I submit this Affidavit in support of the Involuntary Petition pursuant to 11 U.S.C. §303.

2. I am authorized to submit this Affidavit on behalf of Trans Am Travel, Inc..

3. Trans Am Travel, Inc. holds unsecured claims against Lessno LLC, the prospective debtor, in the amount of $157,207.30. These claims are based on services provided for the period September 2008 through May 2009. These claims, aggregated with the claims held by the other petitioning creditors are in excess of the statutory amounts set forth in 11 U.S.C. §303(b)(1).

4. Trans Am Travel, Inc's claims are neither contingent as to liability or the subject of a bona fide dispute as to liability or amount, pursuant to 11 U.S.C. §303(b)(1).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: 6/11/09

_[signature]_

NOTARY

_[notary signature and seal]_

ELTON D. HOLLEY
Notary Public
Commonwealth of Virginia
284536
My Commission Expires Mar 31, 2011

Case 1-09-44979-ess    Doc 1    Filed 06/12/09    Entered 06/12/09 16:47:10

Neiger LLP
111 John St., Suite 800
New York, New York 10038
Voice: 212-267-7342
Fax:    212-406-3677
Edward E. Neiger, Esq. (EN 1002)
*Counsel to the Petitioning Creditors*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
In re                                                            :
                                                                 : Chapter 11
                                                                 :
Lessno LLC                                                       : Case No. _____
                                                                 :
            Debtor.                                              :
-----------------------------------------------------------------X

## AFFIDAVIT IN SUPPORT OF INVOLUNTARY BANKRUPTCY PETITION

I, Mario I. Sotirov declare:

1. I submit this Affidavit in support of the Involuntary Petition pursuant to 11 U.S.C. §303.

2. I hold unsecured claims against Lessno LLC, the prospective debtor, in the amount of $89,333. These claims are based on a Promissory Note due on June 2, 2009. These claims, aggregated with the claims held by the other petitioning creditors are in excess of the statutory amounts set forth in 11 U.S.C. §303(b)(1).

3. My claims are neither contingent as to liability or the subject of a bona fide dispute as to liability or amount, pursuant to 11 U.S.C. §303(b)(1).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:

_____
Mario Ivanov Sotirov

~~NOTARY~~



# CERTIFICATE OF ACKNOWLEDGMENT OF EXECUTION OF AN INSTRUMENT

Sofia, Bulgaria

Embassy of the United States of America

I, Sarah E. Hutchison, Vice Consul of the United States of America at the Embassy of the United States of America at Sofia, Bulgaria, duly commissioned and qualified, do hereby certify that on this 11th day of June 2009, before me personally appeared Mario Ivanov Sotirov, known to be the individual who executed the annexed instrument and who duly acknowledged to me that he executed the same freely and voluntarily for the uses and purposes therein mentioned.

(Seal)   In witness whereof I have hereunto set my hand and official seal the day and year last above written.

Sarah E. Hutchison
Vice Consul of the United States of America