# United States Bankruptcy Court
Eastern District of New York

In re                                                                                         Case No.  09-44979-ess

   Lessno LLC                                                                   Chapter  7

Debtor

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named debtor:**

A petition under title 11, United States Code was filed against you on   June 12, 2009

in this Bankruptcy Court, requesting an order for relief under chapter  7  of the Bankruptcy Code (title 11 of the

United States Code).

YOU ARE SUMMONED and required to submit a motion to the Clerk of the Bankruptcy Court a motion or answer to the petition within 20 days after the service of this summons. A copy of the petition is attached.

> **Address of Clerk**
>
> U.S. Bankruptcy Court
> 271 Cadman Plaza East, Suite 1595
> Brooklyn, New York 11201-1800

At the same time, you must also serve a copy of your motion or answer upon the petitioner's attorney.

> **Name and Address of Petitioner's Attorney**
> Edward E. Neiger
> Neiger LLP
> 111 John Street, Suite 800
> New York, NY 10038

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

ROBERT A. GAVIN, JR.
Clerk of the Bankruptcy Court

June 16, 2009                                                                         By:   S/G.Griffith
Date                                                                                                   Deputy Clerk

# CERTIFICATE OF SERVICE

I, _____, certify that I am, and at all times during the service
          (name)
of process was, not less than 18 years of age and not a party to the matter concerning which service of process was

made. I further certify that on _____ I served a copy of the within summons, together
                                    (date)
with a copy of the petition filed in this case, on _____, debtor in this
                                                              (debtor)
case, by *[describe the mode of service]*

to said debtor at:

Under penalty-of perjury, I declare that the foregoing is true and correct

_____                    _____
         Date                                      Signature

| Print Name | | |
|---|---|---|
| Business Address | | |
| City | State | Zip |

**UNITED STATES BANKRUPTCY COURT**
Eastern District of New York

**NOTICE OF ELECTRONIC FILING PROCEDURE**

**The following applies to all Involuntary Proceedings filed on or after January 1, 2003.**

The court's Electronic Case Filing ("ECF") system is accessible via the court's Internet site at www.nyeb.uscourts.gov. In compliance with Federal Rule of Civil Procedure 11 and the court's General Order on Electronic Filing Procedures ("General Order #473"), the attorney's initials, the last four digits of the attorney's social security number and the password assigned to the attorney by the court shall constitute the attorney's signature on any document filed electronically. Security of a password issued to an attorney is the attorney's responsibility. An original signed copy of all filings shall be maintained in the attorney's file in accordance with General Order #473.

All parties with legal representation must file documents by one of the following methods:

**1. INTERNET** *(Preferred Method)***:** The requirements for filing, viewing and retrieving case documents over the Internet are: A personal computer running a standard Windows platform (Windows 98/Me/NT/2000/XP); an Internet provider using Point to Point Protocol (PPP) for dial-up service, or offering DSL or cable service; Netscape Navigator software version 4.7x or higher or Microsoft Internet Explorer version 5.5 or higher; and software to convert documents from a word processing format (e.g., Corel WordPerfect or Microsoft Word) to portable document format (PDF). (If the word processing software you use does not contain a built-in conversion utility, you will need Adobe Acrobat, version 4.01 or higher.) ECF login is available at the court's Internet site at www.nyeb.uscourts.gov. Note that a password is needed to file documents directly into the system over the Internet. Please contact the court to obtain a password. In addition, a PACER login is needed to view or print documents from the system. A PACER login can be obtained by calling the PACER Service Center at 1-800-676-6856 or by visiting their Internet site at http://pacer.psc.uscourts.gov.

**2. DISKETTE, PDF FORMAT:** If you are not equipped or have not registered to file over the Internet, you must submit your documents on a diskette, in PDF format. Adobe Acrobat software will provide you with the ability to create documents in PDF format; additionally, word processing programs such as Corel WordPerfect and Microsoft Word include a built-in conversion utility. Use a separate diskette for each filing. Submit the diskette in an envelope with the case name, case number, type and title of the document, and the file name on the diskette.

**3. DISKETTE, NON-PDF FORMAT:** If you are unable either to file over the Internet or create documents in PDF format, you must submit your documents on a diskette in one of the following formats: Corel WordPerfect, Microsoft Word, DOS text(ASCII) or a scanned image of your filing. Use a separate diskette for each filing. Submit the diskette in an envelope with the case name, case number, type and title of the document, and the file name on the diskette.

**Parties without legal representation may file documents in paper form, in accordance with procedures set forth in the court's Local Rules.**