UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

                                                           Chapter 7

LESSNO LLC,                                   Case No. 09-44979

                      Debtor.
-----------------------------------------------------------X

## CERTIFICATE OF SERVICE

STATE OF NEW YORK     )
                                 ) ss:
COUNTY OF NEW YORK  )

       I certify that I am not a party to the action, I am over 18 years of age and reside in Jersey City, New Jersey, and that:

       On June 15, 2009 I served a true and correct copy of the **INVOLUNTARY PETITION AND SUMMONS TO DEBTOR IN INVOLUNTARY CASE** by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York upon:

Lessno LLC
16192 Coastal Highway
Lewes, Delaware 19958

William J. Campbell, Jr.
DLA Piper LLP
203 North LaSalle Street, 19th Floor
Chicago, IL 60601-1293

Office of the United States Trustee
Eastern District of New York
271 Cadman Plaza East, Suite 4529
Brooklyn, NY 11201

George R. Hirsch, Esq.
Bressler, Amery & Ross, P.C.
325 Columbia Turnpike
Florham Park, NJ 07932


                                 /s/ Vanessa Rosa\_\_\_
                                 Vanessa Rosa

Under the penalty of perjury I declare
that the forgoing is true and correct.

# United States Bankruptcy Court
## Eastern District of New York

In re                                                      Case No.  09-44979-ess

   Lessno LLC                                    Chapter  7

Debtor

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named debtor:**

A petition under title 11, United States Code was filed against you on    June 12, 2009

in this Bankruptcy Court, requesting an order for relief under chapter  7  of the Bankruptcy Code (title 11 of the

United States Code).

YOU ARE SUMMONED and required to submit a motion to the Clerk of the Bankruptcy Court a motion or answer to the petition within 20 days after the service of this summons. A copy of the petition is attached.

> **Address of Clerk**
>
> U.S. Bankruptcy Court
> 271 Cadman Plaza East, Suite 1595
> Brooklyn, New York 11201-1800

At the same time, you must also serve a copy of your motion or answer upon the petitioner's attorney.

> **Name and Address of Petitioner's Attorney**
> Edward E. Neiger
> Neiger LLP
> 111 John Street, Suite 800
> New York, NY 10038

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

                                                                               ROBERT A. GAVIN, JR.
                                                                 Clerk of the Bankruptcy Court

    June 16, 2009                                      By:     S/G.Griffith
         Date                                                            Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
Eastern District of New York

## NOTICE OF ELECTRONIC FILING PROCEDURE

**The following applies to all Involuntary Proceedings filed on or after January 1, 2003.**

The court's Electronic Case Filing ("ECF") system is accessible via the court's Internet site at www.nyeb.uscourts.gov. In compliance with Federal Rule of Civil Procedure 11 and the court's General Order on Electronic Filing Procedures ("General Order #473"), the attorney's initials, the last four digits of the attorney's social security number and the password assigned to the attorney by the court shall constitute the attorney's signature on any document filed electronically. Security of a password issued to an attorney is the attorney's responsibility. An original signed copy of all filings shall be maintained in the attorney's file in accordance with General Order #473.

All parties with legal representation must file documents by one of the following methods:

**1. INTERNET *(Preferred Method)*:** The requirements for filing, viewing and retrieving case documents over the Internet are: A personal computer running a standard Windows platform (Windows 98/Me/NT/2000/XP); an Internet provider using Point to Point Protocol (PPP) for dial-up service, or offering DSL or cable service; Netscape Navigator software version 4.7x or higher or Microsoft Internet Explorer version 5.5 or higher; and software to convert documents from a word processing format (e.g., Corel WordPerfect or Microsoft Word) to portable document format (PDF). (If the word processing software you use does not contain a built-in conversion utility, you will need Adobe Acrobat, version 4.01 or higher.) ECF login is available at the court's Internet site at www.nyeb.uscourts.gov. Note that a password is needed to file documents directly into the system over the Internet. Please contact the court to obtain a password. In addition, a PACER login is needed to view or print documents from the system. A PACER login can be obtained by calling the PACER Service Center at 1-800-676-6856 or by visiting their Internet site at http://pacer.psc.uscourts.gov.

**2. DISKETTE, PDF FORMAT:** If you are not equipped or have not registered to file over the Internet, you must submit your documents on a diskette, in PDF format. Adobe Acrobat software will provide you with the ability to create documents in PDF format; additionally, word processing programs such as Corel WordPerfect and Microsoft Word include a built-in conversion utility. Use a separate diskette for each filing. Submit the diskette in an envelope with the case name, case number, type and title of the document, and the file name on the diskette.

**3. DISKETTE, NON-PDF FORMAT:** If you are unable either to file over the Internet or create documents in PDF format, you must submit your documents on a diskette in one of the following formats: Corel WordPerfect, Microsoft Word, DOS text(ASCII) or a scanned image of your filing. Use a separate diskette for each filing. Submit the diskette in an envelope with the case name, case number, type and title of the document, and the file name on the diskette.

**Parties without legal representation may file documents in paper form, in accordance with procedures set forth in the court's Local Rules.**

B5 (Official Form 5) (12/07)  **FORM 5. INVOLUNTARY PETITION**

| United States Bankruptcy Court<br>**Eastern District of New York** | **INVOLUNTARY PETITION** |
|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**Lessno LLC** | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN (If more than one, state all.)<br>**251907801** | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**16192 Coastal Highway**<br>**Lewes, DE 19958** | MAILING ADDRESS OF DEBTOR (If different from street address)<br>**Lessno LLC**<br>**44-02 23rd Street**<br>**Long Island City, NY 11101** |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Sussex** | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
■ Chapter 7    ☐ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

| Nature of Debts (Check one box)<br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>■ Debts are primarily business debts | **Type of Debtor** (Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>■ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business** (Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other |

| **VENUE** | **FILING FEE** (Check one box) |
|---|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ■ Full Filing Fee attached<br>☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| **ALLEGATIONS** (Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).<br>2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

Name of Debtor __Lessno LLC__

B5 (Official Form 5) (12/07) - Page 2    Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X /s/ Ani Petrova-Sotirova
Signature of Petitioner or Representative (State title)

**Smart Travel Network, Inc**        June 11, 2009
Name of Petitioner            Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: Ani Petrova-Sotirova, 44-02 23rd Street, Long Island City, NY 11101
*president*

X _____ )
Signature of Attorney    Date

Name of Attorney Firm (If any)

Address
Telephone No. _____

---

X /s/ Durval Duprat
Signature of Petitioner or Representative (State title)

**Trans Am Travel, Inc.**        June 11, 2009
Name of Petitioner            Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: Durval Duprat, 4222 King Street, Alexandria, VA 22302
*Operations Manager*

X _____
Signature of Attorney    Date

Name of Attorney Firm (If any)

Address
Telephone No. _____

---

X /s/ Mario I. Sotirov
Signature of Petitioner or Representative (State title)

**Mario I. Sotirov**        June 12, 2009
Name of Petitioner            Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: Mario I. Sotirov, 25-63 34th Street, Apt. 1, Astoria, NY 11103

X *[signature]*        June 12, 2009
Signature of Attorney    Date

*Neiger LLP*
Name of Attorney Firm (If any)

*111 John Street, 800, NY, NY 10038*
Address
Telephone No. *212-267-7342*

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Smart Travel Network, Inc., 44-02 23rd Street, Long Island City, NY 11101 | $40,000 promissory note and $82,304.61 for services provided | 122,304.61 |
| Trans Am Travel, Inc. 4222 King Street Alexandria, VA 22302 | Services Provided | 157,207.30 |
| Mario I. Sotirov 25-63 34th Street, Apt. 1 Astoria, NY 11103 | Promissory Note | 89,333.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims 368,844.91 |

0 continuation sheets attached