UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------X
In re:                                           Case No.     09-44979 (ESS)

LESSNO, LLC.,                                    Involuntary Chapter 7 Petition

       Alleged Debtor.            STIPULATION AND ORDER
-------------------------------------------X

       IT IS HEREBY stipulated by and between counsel for the undersigned parties that the time to respond to the Involuntary Petition is hereby extended to and including Friday, July 10, 2009.

Dated:   July 2, 2009
New York, NY

| _____/s/_____ | _____/s/_____ |
|---|---|
| BRESSLER, AMERY & ROSS, P.C. | NEIGER, LLP |
| George R. Hirsch, Esq. | Edward E. Neiger, Esq. |
| 17 State Street | 111 John Street |
| New York, NY 10004 | New York, NY 10038 |
| (212) 425-9300 | (212) 267-7342 |
| Attorneys for Alleged Debtor | Attorneys for Petitioners |

SO ORDERED:

***s/Elizabeth S. Stong***
Hon. Elizabeth S. Stong
United States Bankruptcy Judge

***Brooklyn, NY***
***July 14, 2009***