UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------X
In re:                                                         Case No.  09-44979 (ESS)

LESSNO, LLC.,                                         Involuntary Chapter 7 Petition

       Alleged Debtor.                      STIPULATION AND ORDER
-------------------------------------------X

IT IS HEREBY stipulated by and between counsel for the undersigned parties that the time to respond to the Involuntary Petition is hereby extended to and including Friday, July 31, 2009.

Dated:   July 9, 2009
New York, NY


    /s                                                                                     /s/
BRESSLER, AMERY & ROSS, P.C.           NEIGER, LLP
George R. Hirsch, Esq.                          Edward E. Neiger, Esq.
17 State Street                                       111 John Street
New York, NY 10004                        New York, NY 10038
(212) 425-9300                                    (212) 267-7342
Attorneys for Alleged Debtor             Attorneys for Petitioners


SO ORDERED:


***S/Elizabeth S. Stong***_____
Hon. Elizabeth S. Stong
United States Bankruptcy Judge
***Brooklyn, NY***
***July 23, 2009***