Michael J. Connolly, Esq.
BRESSLER, AMERY & ROSS, P.C.
17 State Street
New York, NY 10004
(212) 425-9300
(212) 425-9337
mconnolly@bressler.com
Attorneys for Alleged Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------X
In re:                                                              Case No. 09-44979 (ESS)

LESSNO, LLC.,                                              Involuntary Chapter 7 Petition

             Alleged Debtor.
---------------------------------------------X

## ALLEGED DEBTOR'S ANSWER TO INVOLUNTARY PETITION

LESSNO, LLC., the Alleged Debtor, for its Answer to the above captioned Involuntary Petition, states as follows:

1. Alleged Debtor admits the venue allegations in the Involuntary Petition.

2. Alleged Debtor denies that the Petitioners are eligible to file the Involuntary Petition pursuant to 11 U.S.C. §303(b).

3. Alleged Debtor admits the allegation that it is a person against whom an order for relief may be entered under Title 11 of the United States Code but denies that the Petitioning Creditors are eligible petitioning creditors under 11 U.S.C. §303(b) and further denies that the Petitioning Creditors allege or can

prove the facts under which relief could be granted pursuant to 11 U.S.C. §303(h).

4.  Alleged Debtor denies the allegation that it is generally not paying its debts as they become due, unless such debts are subject of a bona fide dispute as to liability or amount.

5.  Alleged Debtor denies the allegations that each of the Petitioners claims are neither contingent as to liability or the subject of a bona fide dispute as to liability or amount pursuant to 11 U.S.C. §303(b)(1).

6.  Alleged Debtor denies the allegations regarding the amount of claims of each of the Petitioners.

7.  Alleged Debtor denies the allegations that the claims of the Petitioners are in excess of the statutory amounts set forth in 11 U.S.C. §303(b)(1).

## AFFIRMATIVE DEFENSES

1.  The Involuntary Petition fails to state a claim upon which relief may be granted.

2.  The Involuntary Petition fails to the extent it is not joined by a sufficient number of entities holding claims that are not contingent as to liability or the subject of a bona fide dispute as to liability or amount as required by 11 U.S.C. §303(b)(1).

3.  The claims of Petitioner Smart Travel Network, Inc. are subject to bona fide dispute as to liability and amount.

5.   The claims of Petitioner Mario I. Sotirov are subject to bona fide dispute as to liability and amount.

6.   Petitioner Trans Am Travel, Inc. has withdrawn its claim against the Alleged Debtor.

7.   The Involuntary Petition was filed on behalf of insiders and in bad faith.

8.   The Alleged Debtor reserves the right to add such other affirmative defenses as may be ascertained during this matter.

9.   The Alleged Debtor reserves its rights to seek judgment under 11 U.S.C. §303(i)(1) for its costs and reasonable attorneys' fees upon dismissal of the Involuntary Petition.

10.   The Alleged Debtor reserves its rights to seek judgment under 11 U.S.C. §303(i)(2) for damages proximately caused by the filing of the Involuntary Petition and for punitive damages upon dismissal of the Involuntary Petition against any and all Petitioners that filed the Involuntary Petition in bad faith.

11.   The Alleged Debtor reserves its right to seek an order sealing the records of these proceedings pursuant to 11 U.S.C. §303(l).

WHEREFORE, the Alleged Debtor, Lessno, LLC, respectfully requests that this involuntary bankruptcy proceeding be dismissed, that all relief requested by the Petitioners be denied and that the Court grant the Alleged Debtor such other and further relief as is just and proper.

Dated:  July 31, 2009
 New York, NY

BRESSLER, AMERY & ROSS, P.C.

By: /s/ Michael J. Connolly
Michael J. Connolly, Esq.
17 State Street
New York, NY 10004
(212) 425-9300
(212) 425-9337
mconnolly@bressler.com
Attorneys for Alleged Debtor
