UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

In re:

LESSNO, LLC,

        Alleged Debtor.

---

Case No. 1-09-44979 (ESS)

**CONSENT TO SUBSTITUTE PETITIONER'S ATTORNEY**

IT IS HEREBY CONSENTED AND AGREED that Joseph Sanchez, Esq., 295 Northern Boulevard, Suite 301, Great Neck, New York 11021, be substituted in the place and stead of the undersigned, Edward E. Neiger, Esq. Neiger LLP, 111 John St., Suite 800, New York, New York 10038, as attorneys for petitioning creditors SMART TRAVEL NETWORKS, INC., and MARIO SOTIROV, in the above-entitled action.

Dated: August 17, 2009
       Great Neck, New York

**JOSEPH SANCHEZ, ESQ. – INCOMING ATTORNEY**

_____
JOSEPH SANCHEZ, ESQ. (JS-6487)

**NEIGER, LLP – OUTGOING ATTORNEY**

_____
EDWARD NEIGER, ESQ. (EN-1002)

**SMART TRAVEL NETWORKS, INC. - PETITIONER**

_____

**MARIO SOTIROV - PETITIONER**

_____
MARIO SOTIROV

**SO ORDERED:**

_____
Hon. Elizabeth S. Stong