UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------
In re:

LESSNO, LLC,

Alleged Debtor.
-------------------------------------------------------

Case No. 1-09-44979 (ESS)

CONSENT TO SUBSTITUTE
PETITIONER'S ATTORNEY

IT IS HEREBY CONSENTED AND AGREED that Joseph Sanchez, Esq., 295 Northern Boulevard, Suite 301, Great Neck, New York 11021, be substituted in the place and stead of the undersigned, Edward E. Neiger, Esq. Neiger LLP, 111 John St., Suite 800, New York, New York 10038, as attorneys for petitioning creditors SMART TRAVEL NETWORKS, INC., and MARIO SOTIROV, in the above-entitled action.

Dated: August 17, 2009
       Great Neck, New York

JOSEPH SANCHEZ, ESQ. – INCOMING ATTORNEY

_____
JOSEPH SANCHEZ, ESQ. (JS-6487)

NEIGER, LLP – OUTGOING ATTORNEY

_____
EDWARD NEIGER, ESQ. (EN-1002)

SMART TRAVEL NETWORKS, INC. – PETITIONER

_____

MARIO SOTIROV – PETITIONER

_____
MARIO SOTIROV

It is so ordered
s/ ELIZABETH S. STONG
Brooklyn, NY
October 16, 2009