# United States Bankruptcy Court

Eastern District of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: <br>    Lessno LLC <br> SSN/TAX ID: <br>    25−1907801 <br>                  DEBTOR(s) | CASE NO: 1−09−44979−ess <br><br> CHAPTER: 7 |

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

Notice is hereby given that:

A transcript of the proceeding held on November 17, 2009 was filed on December 9, 2009 .

The following deadlines apply:

The parties have until December 16, 2009 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is December 30, 2009.

If a Transcript Redaction Request is filed, the redacted transcript is due January 11, 2010.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is March 9, 2010 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Veritext 888−706−4576 or you may view the document at the public terminal at the Office of the Clerk.

Dated: December 9, 2009

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftrans.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 11/21/08]