# United States Bankruptcy Court

Eastern District of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201–1800

---

IN RE:                                                                                              CASE NO: 1–09–44979–ess

   Lessno LLC

SSN/TAX ID:                                                                                        CHAPTER: 7

   25–1907801

              DEBTOR(s)

---

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

Notice is hereby given that:

A transcript of the proceeding held on November 17, 2009 was filed on December 9, 2009 .

The following deadlines apply:

The parties have until December 16, 2009 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is December 30, 2009.

If a Transcript Redaction Request is filed, the redacted transcript is due January 11, 2010.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is March 9, 2010 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Veritext 888–706–4576 or you may view the document at the public terminal at the Office of the Clerk.

Dated: December 9, 2009

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftrans.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 11/21/08]

# CERTIFICATE OF NOTICE

```
District/off: 0207-1          User: btaylor              Page 1 of 1               Date Rcvd: Dec 09, 2009
Case: 09-44979                Form ID: 295               Total Noticed: 3

The following entities were noticed by first class mail on Dec 11, 2009.
db         +Lessno LLC,    44-02 23rd Street,    Long Island City, NY 11101-5000
           +Joseph Sanchez, Esq.,    21-12 Broadway,    Astoria, NY 11106-4533
           +Michael J Connolly, Esq.,    Bressler, Amery & Ross  PC,    325 Colombia Turnpike,
             Florham Park, NJ 07932-1235

The following entities were noticed by electronic transmission.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 11, 2009**                              **Signature:**          *Joseph Speetjens*