# BRESSLER, AMERY & ROSS

A PROFESSIONAL CORPORATION

P.O. Box 1980 • Morristown, NJ 07962

Hand Delivery:

325 Columbia Turnpike • Florham Park, NJ 07932

973.514.1200 • fax 973.514.1660

www.bressler.com

Michael J. Connolly
Counsel

direct: 973-660-4430
mconnolly@bressler.com

January 4, 2010

**VIA ELECTRONIC FILING AND TELECOPY (347) 394-1685**
Hon. Elizabeth S. Stong, U.S.B.J.
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271 Cadman Plaza East
Brooklyn, NY 11201-1800

    Re:   *In re: Lessno, LLC*
           **Case No. 09-44979 (ESS)**

Dear Judge Stong:

    This will confirm my conversation with Your Honor's Chambers that the status conference in the above matter has been adjourned to January 19, 2010 at 10:00 a.m.

                      Respectfully submitted,

                      BRESSLER, AMERY & ROSS, P.C.

                      Michael J. Connolly

MJC/
Cc:  Joseph Sanchez, Esq.  (Via electronic mail)

1003006_1