

# FORMAN HOLT ELIADES & RAVIN LLC
## ATTORNEYS AT LAW

Charles M. Forman**
Michael E. Holt**
Daniel M. Eliades*
Stephen B. Ravin**
Erin J. Kennedy***
Joseph M. Cerra**
Kim R. Lynch**
William L. Waldman**
David S. Catuogno***
Harry M. Gutfleish**
Kristin T. Mihelic****
Kimberly J. Salomon**
Robert H. Johnson***
Jonathan S. Bodner***
Dipesh Patel**

OF COUNSEL
Ann M. LaCarrubba***
Michael J. Connolly***
William A. Calandra*

MEMBER NJ & PA BAR*
MEMBER NJ & NY BAR**
MEMBER NJ BAR***
MEMBER NY & PA BAR****

www.formanlaw.com
firm@formanlaw.com

REPLY TO PARAMUS

January 18, 2010

**VIA TELECOPY (347) 394-1865 AND ECF**
Hon. Elizabeth S. Stong, U.S.B.J.
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201-1800

Re:   Lessno, LLC
      Case No. 09-44979

Dear Judge Stong:

This will confirm my conversation with Your Honor's Chambers that the status conference in the above matter has been adjourned by consent to January 29, 2010 at 10:00 a.m. As I advised Your Honor's Chambers, I have recently changed firms and we are in the process of transitioning the file. I hope to be able to enter an appearance on behalf of the alleged debtor through my new firm shortly.

Respectfully,

Michael J. Connolly

MJC:mc
cc:  Joseph Sanchez, Esq. (via e-copy)
m:\pet\lessno\letters\stong.1-29 hearing.doc

---

80 Route 4 East, Suite 290
Paramus, NJ 07652
T 201.845.1000
F 201.845.9112

888 7th Ave., Suite 4500
New York, NY 10106
T 212.707.8500
F 212.707.8511

664 Chestnut Ridge Road
Spring Valley, NY 10977
T 845.371.3451
F 845.371.7667

1615 Jackson Street
Philadelphia, PA 19145
T 215.925.7191
F 215.925.7192