## TECHNICAL NOTE

This note serves to provide background on the arrangement between Lessno LLC and Smart Travel Network, Inc. on the issue of Worldspan GDS use and re-invoicing.

Smart Travel has had a contract with Worldspan since 1995. In 2005 during contract renewal negotiations we informed Worldspan that we would be granting access to the www.lessno.com website. Worldspan advised us that in order to do that we needed to create a sub-account and set up an XML environment. As per the original arrangement later formalized in a Ticketing Agreement dated 11.11.2006, Lessno is responsible for all recurring fees required to maintain all features beyond the needs of Smart Travel Network, as well as for all excess message fees generated by its agents and website.

The terminology used by Worldspan to identify these various accounts and sub-accounts in its billing system is as follows:

DMW - primary SID (also called pseudo city code)
25S - secondary SID assigned to use by Lessno for manual access.
DTK - shared XML environment to be used exclusively by Lessno for XML automated requests, such as through lessno.com or other live testing of software applications.

Every time an agent presses the Enter key or a search request comes through the website, a message is generated and recorded in the Worldspan system. There are two types of messages: 1) General messages, billed at $0.0028; and 2) e-pricing messages, billed at $0.05 according to the terms of the Worldspan contract. There is a free message allowance of 275 general messages per booking and 15 e-pricing messages per booking. The average ratio of messages/booking is calculated on a monthly basis. If the ratio exceeds the allowance, the excess messages are billed at the rates described above.

To make sense of the Worldspan monthly statements one needs to understand the concepts of "emulation" and "bridge". A bridge is a mutual authorization between SIDs to allow access to the other's account. Working in "emulation" means logging into one's own account and then accessing another SID through a bridge. For example, if a Lessno agent logs in with a 25S account and then emulates into DMW, the Worldspan report will record that activity as DMW/25S. The activity for each SID and emulation combination can be seen on the summary page of each monthly statement. The lines listing the message count by SID should be read as follows:

> DMW - messages and bookings generated by Smart Travel logins (including Lessno agents using DMW logins).
> DMW/25S - messages generated by Lessno agents emulating into DMW.
> 25S/DTK - messages generated through automated XML requests - account for the vast majority of messages (typically 90-99% of the overall monthly total).
> 25S - messages generated by Lessno agents; all 25S bookings including manual and website are recorded here
> 25S/DMW - messages generated by Smart Travel logins emulating into 25S - these are insignificant (<0.001%) since there is no business reason to do that.

The Worldspan reports list separately the bookings made by DMW and 25S. However, for the purposes of calculating the excess messages the bookings are pooled and there is only one amount billed for the total excess messages on the primary account (DMW). In each month except November 2008, this pooling of the bookings and messages works to the advantage of Lessno, because the message-to-booking ratio of DMW is less than the allowed 275. Therefore the remaining allowed messages offset some of the excess messages generated by 25S. For the month of November 2008, the excess messages that could be attributed to DMW amount to $44.96 out of $40,893.27 (0.1%).

# EXHIBIT "6"

As for the recurring monthly fees listed on the title Worldspan Invoice page, the top section lists the DMW fees, which are made of three components: i) Message Tracking - as explained, this is the pooled total for both SIDs; ii) e-pricing access (3 such accesses); and iii) Login DA (individual accounts) of which 5 belong to Smart Travel (because Smart Travel had 5 employees), and 4 belong to Lessno, used by Lessno supervisors and ticketing agents to service Lessno reservations in DMW.

The bottom section of the Worldspan Invoice page lists all the fees directly attributable to 25S, i.e. to Lessno.

**EXHIBIT "6"**