Joseph Sanchez, Esq.
LAW OFFICE OF JOSEPH SANCHEZ, P.C.
295 Northern Boulevard, Suite 301
Great Neck, New York 11021
(516) 417-8525
(516) 977-3020 Facsimile
law@josephsanchez.com
Attorney for Petitioners

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X    Case No. 09-44979 (ESS)

In Re:                                                           **NOTICE OF MOTION**
                                                                 **FOR THE APPOINTMENT OF**
LESSNO, LLC,                                                     **AN INTERIM TRUSTEE**

                     Alleged Debtor.    Involuntary Chapter 7 Proceeding

------------------------------------------------------------X

**PLEASE TAKE NOTICE** that movants and their attorney in the above-captioned matter will move this Court on the 4th day of March, 2010 at 11:30am before the Honorable Elizabeth S. Stong at the United States Bankruptcy Court for the Eastern District of New York, located at 271 Cadman Plaza East, Courtroom 3585, Brooklyn, New York 11201 pursuant to 11 U.S.C. §§ 303(g) and Federal Rule of Bankruptcy Procedure 2001 (a) for an Order appointing an Interim Chapter 7 Trustee.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9006-1 (a)(ii), any party objecting to the accompanying Motion may file and serve answering papers so as to be received not later than seven (7) days before the hearing date herein.

Dated: January 28, 2010

                                          LAW OFFICE OF JOSEPH SANCHEZ, P.C.
                                          *Attorney for Movants*
                                          295 Northern Boulevard, Suite 301
                                          Great Neck, New York 11021
                                          Telephone: (516) 417-8525
                                          Telecopier: (516) 977-3020

                                          _____
                                          JOSEPH SANCHEZ, ESQ. (JS-6487)