Joseph Sanchez, Esq.
LAW OFFICE OF JOSEPH SANCHEZ, P.C.
295 Northern Boulevard, Suite 301
Great Neck, New York 11021
(516) 417-8525
(516) 977-3020 Facsimile
law@josephsanchez.com
Attorney for Petitioners

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X      Case No. 09-44979 (ESS)

In Re:                                                                    STIPULATION TO
                                                                                 AMEND PETITION
LESSNO, LLC,
                                                                                 Involuntary Chapter 7 Proceeding

                        Alleged Debtor.

------------------------------------------------------X

1. The parties herein stipulate and agree to amend the petition as per the attached Exhibit "1".

2. The Alleged Debtor herein reserves all rights, claims and defenses regarding the amendment, including the right to contend that any petitioner(s) is or are not the holder of a claim that is not contingent as to liability or subject to bona fide dispute.

Dated: March 12, 2010

| | |
|---|---|
| LAW OFFICE OF JOSEPH SANCHEZ, P.C. | FORMAN HOLT ELIADES & RAVIN, LLC |
| Attorney for Sotirov, Smart Travel Network, Inc., Vassilev and Gyoshev | Attorney for Alleged Debtor |
| 295 Northern Boulevard, Suite 301 | 80 Route 4 East, Suite 290 |
| Great Neck, New York 11021 | Paramus, New Jersey 07652 |
| Telephone: (516) 417-8525 | Telephone: (201) 845-1000 |
| Telecopier: (516) 977-3020 | Telecopier: (201) 845-9112 |
| JOSEPH SANCHEZ, ESQ. (JS-6487) | MICHAEL CONNOLLY, ESQ. (MC-7669) |

SO ORDERED:
s/ ELIZABETH S. STONG
_____
ELIZABETH F. STONG
United States Bankruptcy Judge

Brooklyn, NY
May 4, 2010

B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>Eastern District of New York | AMENDED<br>INVOLUNTARY<br>PETITION |
|---|---|
| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>LESSNO LLC | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.):<br>7801 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>16192 COASTAL HIGHWAY<br>LEWES, DE 19958<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>SUSSEX<br>ZIP CODE<br>11958 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>LESSNO LLC<br>44-02 23RD STREET<br>LONG ISLAND CITY, NY 11101<br><br><br>ZIP CODE<br>11101 |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7    ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br><br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>    11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)

COURT USE ONLY

1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B 5 (Official Form 5) (12/07) – Page 2     Name of Debtor **LESSNO LLC**

Case No. **09-44979**

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x /s/ Ani Petrova-Sotirvoa, President

x /s/ Joseph Sanchez, Esq.    03/15/2010
Signature of Attorney
Law Office of Joseph Sanchez, P.C.
Name of Attorney Firm (If any)
295 Northern Blvd, Ste 301, Great Neck, NY 11021
Address
(516) 417-8525
Telephone No.

Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: Ani Petrova-Sotirova, 44-02 23rd Street, Long Island City, NY 11101

x /s/ Durval Duprat, Operations Manager
Signature of Petitioner or Representative (State title)
TRANS AM TRAVEL, INC.    03/15/2010

x /s/ Edward Neiger, Esq.    03/15/2010
Signature of Attorney    Date
Neiger, LLP
Name of Attorney Firm (If any)
111 John Street, Suite 800, New York, NY 10038
Address
(212) 267-7342
Telephone No.

Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: Durval Duprat, 4222 King Street, Alexandria, VA 23302

03/15/2010

x /s/ Joseph Sanchez, Esq.    03/15/2010
Signature of Attorney    Date
Law Office of Joseph Sanchez, P.C.
Name of Attorney Firm (If any)
295 Northern Blvd Ste 301, Great Neck, NY 11021
Address
(516) 417-8525
Telephone No.

Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: Mario I. Sotirov, 25-63 34th Street, Apt. 1, Astoria, NY 11103

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Smart Travel Network, Inc., 44-02 23rd Street, Long Island City, NY 11101 | $40,000 promissory services provided | 122,304.61 |
| Trans Am Travel, Inc., 4222 Kin[g] | Services Provide[d] | |
| | | |
| Note: petitioning | | Total Amount of Petitioners' Claims |

_1_ continuation sheets attached

2/3

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor **LESSNO LLC**

Case No. **09-44979**

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x *Dr Stanley B Gyoshev*  
Signature of Petitioner or Representative (State title)  
STANISLAV B. GYOSHEV    03/15/2010  
Name of Petitioner         Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:  
Stanislav B Gyoshev  
XFi Center for Finance  
University of Exeter  
Exeter, UK EX4-SEJ

x _____    03/15/2010  
Signature of Attorney                Date  
Law Office of Joseph Sanchez, P.C.  
Name of Attorney Firm (If any)  
295 Northern Blvd, Ste 301, Great Neck, NY 11021  
Address  
(516) 417-8525  
Telephone No.

x _____  
Signature of Petitioner or Representative (State title)  
ASSEN V. VASSILEV    03/15/2010  
Name of Petitioner         Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:  
Assen V Vassilev  
39 Georgi Kirkov St., vh. B, ap. 43  
Haskovo 6300  
Bulgaria

x _____  
Signature of Attorney                Date  
Law Office of Joseph Sanchez, P.C.  
Name of Attorney Firm (If any)  
295 Northern Blvd. Ste 301. Great Neck. NY 1102'  
Address  
(516) 417-8525  
Telephone No.

x _____  
Signature of Petitioner or Representative (State title)

Name of Petitioner         Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

x _____  
Signature of Attorney                Date

Name of Attorney Firm (If any)

Address

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Stanislav B. Gyoshev, XFi Center of Finance, University of Exeter, Exeter, UK EX4-SEJ | Credit Card Personal Guarantee | 12,558.00 |
| Assen V. Vassilev, 39 Georgi Kirkov St., vh. B, ap. 43, Haskovo 6300, Bulgaria | Loan | 89,333.00 |
| | Nature of Claim | Amount of Claim |
| | h the statement under and the name of attorney | Total Amount of Petitioners' Claims |

petitioning cr



3/3

Joseph Sanchez, Esq.
LAW OFFICE OF JOSEPH SANCHEZ, P.C.
295 Northern Boulevard, Suite 301
Great Neck, New York 11021
(516) 417-8525
(516) 977-3020 Facsimile
law@josephsanchez.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X    Case No. 09-44979 (ESS)

In Re:

LESSNO, LLC,
                                                                 Involuntary Chapter 7 Proceeding
                                        Alleged Debtor.

-----------------------------------------------------------X

## AFFIDAVIT IN SUPPORT OF INVOLUNTARY BANKRUPTCY PETITION

I, Assen Vassilev, being duly sworn, declare as follows:

1. I submit this affidavit in support of the Involuntary Petition pursuant to 11 U.S.C. §303.

2. I hold unsecured claims against Lessno, LLC, the Alleged Debtor, in the amount of $89,333.00. These claims are based on a Promissory Note dated June 2, 2009.

3. My claims are neither contingent as to liability or the subject of a bona fide dispute as to liability or amount. These claims, aggregated with the claims held by the other petitioning creditors are in excess of the statutory amounts set forth in 11 U.S.C. § 303(b)(1).

I declare under penalty of perjury under the laws of the United States of

ca                          correct                          my knowledge,

o

                                    _____
                                         SSEN VASSILEV

Sworn to before me this ___17th___ day of March, 2010:

                                         EMBASSY OF THE UNITED STATES OF AMERICA

_____
Notary Public                            SOFIA, BULGARIA

DEBORAH J SH
VICE CONSUL OF THE UNITED STATES OF AMERICA

Joseph Sanchez, Esq.
LAW OFFICE OF JOSEPH SANCHEZ, P.C.
295 Northern Boulevard, Suite 301
Great Neck, New York 11021
(516) 417-8525
(516) 977-3020 Facsimile
law@josephsanchez.com
Attorney for Petitioners

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X    Case No. 09-44979 (ESS)

In Re:

LESSNO, LLC,
                                                Involuntary Chapter 7 Proceeding
                    Alleged Debtor.

------------------------------------------------------------X

## AFFIDAVIT IN SUPPORT OF INVOLUNTARY BANKRUPTCY PETITION

I, Stanislav B. Gyoshev, being duly sworn, declare as follows:

1. I submit this affidavit in support of the Involuntary Petition pursuant to 11 U.S.C. §303.

2. I hold unsecured claims against Lessno, LLC, the Alleged Debtor, in the amount of $12,558.00. These claims are based on various sums advanced to Lessno for business expenses in 2009 on a Capital One credit card guaranteed by myself. These claims, aggregated with the claims held by the other petitioning creditors are in excess of the statutory amounts set forth in 11 U.S.C. § 303(b)(1).

3. My claims are neither contingent as to liability or the subject of a bona fide dispute as to liability or amount. These claims, aggregated with the claims

held by the other petitioning creditors are in excess of the statutory amounts set forth in 11 U.S.C. § 303(b)(1).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

*Dr. Stanley B. Gyoshev*
STANISLAV B. GYOSHEV

Sworn to before me this 19 7H day of March, 2010:

_____
Notary Public

Notary Public in adte
gland and wales
My notarial commission
endures for life.

2010/019

7/2