JOSEPH R. SANCHEZ, ESQ.[†]

ATTORNEY AND COUNSELOR AT LAW

295 NORTHERN BOULEVARD

SUITE 301

GREAT NECK, NEW YORK 11021

(516) 417-8525
FACSIMILE (516) 977-3020
email: law@josephsanchez.com

[†] ADMITTED IN
NEW YORK
MAINE
OREGON

May 12, 2010

*Via ECF*:
Honorable Elizabeth S. Stong
United States Bankruptcy Court
for the Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Re:    Lessno LLC, Alleged Debtor
       Chapter 7 (Involuntary Proceeding), Case Number: 1-09-44979 (ESS)

Dear Judge Stong:

I write to advise that the Alleged Debtor has agreed to provide all of the requested discovery responses by Friday, April 15th, and to produce Mr. Pavel Ezekiev for the mediation. Thus, we understand that all of the pre-mediation issues raised in our letter to the Court of May 6th appear to be adequately addressed, and the continued teleconference regarding these matters scheduled for May 12th at 3:30pm is no longer necessary.

Thank you in advance for your assistance, we look forward to a productive mediation with Justice Cahn on Monday, May 17th.

Very truly yours,

Joseph Sanchez, Esq.

cc: Michael J. Connolly, Esq.