Joseph Sanchez, Esq.
LAW OFFICE OF JOSEPH SANCHEZ, P.C.
295 Northern Boulevard, Suite 301
Great Neck, New York 11021
(516) 417-8525
(516) 977-3020 Facsimile
law@josephsanchez.com
Attorney for Petitioners

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X   Case No. 09-44979 (ESS)

In Re:                                                                          **NOTICE OF MOTION**
                                                                                      **FOR THE APPOINTMENT OF**
LESSNO, LLC,                                                                **AN INTERIM TRUSTEE**

                                             Alleged Debtor.    Involuntary Chapter 7 Proceeding

------------------------------------------------------------X

**PLEASE TAKE NOTICE** that movants and their attorney in the above-captioned matter will move this Court on the 17h day of June, 2010 at 11:30am before the Honorable Elizabeth S. Stong at the United States Bankruptcy Court for the Eastern District of New York, located at 271 Cadman Plaza East, Courtroom 3585, Brooklyn, New York 11201 pursuant to 11 U.S.C. §§ 303(g) and Federal Rule of Bankruptcy Procedure 2001 (a) for an Order appointing an Interim Chapter 7 Trustee.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9006-1 (a)(ii), any party objecting to the accompanying Motion may file and serve answering papers so as to be received not later than seven (7) days before the hearing date herein.

Dated: May 28, 2010

                                                                LAW OFFICE OF JOSEPH SANCHEZ, P.C.
                                                                *Attorney for Movants*
                                                                295 Northern Boulevard, Suite 301
                                                                Great Neck, New York 11021
                                                                Telephone: (516) 417-8525
                                                                Telecopier: (516) 977-3020

                                                                JOSEPH SANCHEZ, ESQ. (JS-6487)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X   Case No. 09-44979 (ESS)

In Re:                                                      **AFFIRMATION OF**
                                                          **JOSEPH SANCHEZ, ESQ.**

LESSNO, LLC,

                               Alleged Debtor.

-------------------------------------------------------X

STATE OF NEW YORK  }
                                } *ss*.
COUNTY OF QUEENS  }

JOSEPH SANCHEZ, ESQ., being duly sworn, deposes and says:

1. I am the attorney for the Movants herein, and am thus fully familiar with the facts and circumstances set forth herein.

2. This Affirmation sets forth supplemental facts regarding the relief sought herein.

3. The Alleged Debtor has shown documents to the petitioners – but refused to provide them to counsel herein on claim of confidentiality - that indicate the Alleged Debtor is functionally out of business, it has no plans to become operational, its liabilities exceed its assets, and it has a mere EU2,400 remaining in its bank accounts.

4. The sole "business" of the Alleged Debtor as borne out in all of the materials provided to date has been in the winding down of its affairs.

5. The only material transactions within the last year by the Alleged Debtor involve substantial cash payments out of the company to management and companies affiliated with Neveq, its sole shareholder.

6. Management of Lessno has left the business in ruins and the information revealed to date has caused my clients great concern as the sole remaining creditors of the company.

7. Per this Court's Order, the parties engaged in a full day of mediation on May 17, 2010 before Justice Herman Cahn (ret) at his offices at Milberg, LLP.

8. Justice Cahn has sought the continued mediation with the parties, and the petitioners are willing to continue to work toward this end, provided they receive the documents set forth in the separate motion to compel.

9. There is little money with which to pay the claims of the creditors, and the financial records have revealed that this little remaining value is being dissipated at a tremendous rate.

10. Based on the foregoing, the Movants renew their request for the interim – indeed emergency – appointment of an interim trustee.

JOSEPH SANCHEZ, ESQ.