UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X    Case No. 09-44979 (ESS)

In Re:    Involuntary Chapter 7 Proceeding

LESSNO, LLC,    **[PROPOSED] ORDER GRANTING MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

                           Alleged Debtor.

--------------------------------------------------------X

*WHEREAS, on May 28, 2010, the Petitioning Creditors filed a motion seeking the entry of an Order compelling the Alleged Debtor to produce certain items in connection with discovery demands dated December 8, 2009 (the "Motion"); and*

*WHEREAS, on June 10, 2010, the Alleged Debtor filed opposition to the Motion; and*

*WHEREAS, on June 17, 2010, the Petitioning Creditors filed a reply in further support of the Motion; and*

*WHEREAS, on June 18, 2010, the Court held a hearing on the Motion at which the Alleged Debtor and the Petitioning Creditors appeared and were heard, and on consent of the parties, the Court granted the Motion to the extent set forth below.*

*NOW, THEREFORE, it is hereby*

*ORDERED, that, on consent of the parties, the Alleged Debtor shall produce*

~~This matter came on for hearing on the Motion by Movants to compel production of certain outstanding discovery due from the Alleged Debtor.~~

~~The Court considered the Motion, and the papers filed in connection therewith, all other relevant documents and pleadings of record in the case, and the representations of counsel.~~

~~The Court heard and determined that the parties have consented and agreed that the Alleged Debtor shall produce, forthwith,~~ the following documents:  Bank statements from June, 2009 to present for all accounts~~;~~*:* income statements, balance sheets, payroll reports, and ledgers from June, 2009 to the present for Lessno LLC and all its subsidiaries, and those items specified in items 8, 9, 11, and 12 of the Movant's Document Request ***dated December 8, 2009, which is attached to the Motion as "Exhibit 1"; and it is further***

      ***ORDERED, that, on consent of the parties, the Petitioning Creditors***

~~The parties further consented and agreed that the Movants~~ shall use ***any*** ~~such~~ documents ***produced by the Alleged Debtor*** only for ~~legitimate~~ purposes related to ~~the~~ ***this*** case and for no other purpose.

~~Based upon the foregoing, and other good cause appearing therefore,~~

~~IT IS HEREBY ORDERED that the motion is granted as set forth herein.~~



**Dated: Brooklyn, New York**  
       **July 4, 2010**

                                                                                  **Elizabeth S. Stong**
                                                                                  **United States Bankruptcy Judge**