JOSEPH R. SANCHEZ, ESQ.†

ATTORNEY AND COUNSELOR AT LAW

295 NORTHERN BOULEVARD

SUITE 301

GREAT NECK, NEW YORK 11021

(516) 417-8525
FACSIMILE (516) 977-3020
email: law@josephsanchez.com

†ADMITTED IN
NEW YORK
MAINE
OREGON

July 26, 2010

*Via ECF:*
Honorable Elizabeth S. Stong
United States Bankruptcy Court
for the Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Re:   Lessno LLC, Alleged Debtor
      Chapter 7 (Involuntary Proceeding), Case Number: 1-09-44979 (ESS)

Dear Judge Stong:

Per this Court's Order of July 23, 2010, I write to advise that my clients, the petitioners, are fully available for a trial/hearing of this matter during all proposed dates in October, 2010.

Truly yours,

Joseph Sanchez, Esq.

cc: Michael J. Connolly, Esq.