

# FORMAN HOLT ELIADES & RAVIN LLC
## ATTORNEYS AT LAW

Charles M. Forman**
Michael E. Holt**
Daniel M. Eliades*
Stephen B. Ravin**
Erin J. Kennedy***
Joseph M. Cerra**
Kim R. Lynch**
William L. Waldman**
David S. Catuogno***
Harry M. Gutfleish**
Michelle Rosen Silverman**
Kimberly J. Salomon**
Robert H. Johnson***
Dipesh Patel**

OF COUNSEL
Michael J. Connolly***
William A. Calandra*

MEMBER NJ & PA BAR *
MEMBER NJ & NY BAR **
MEMBER NJ BAR ***

www.formanlaw.com
firm@formanlaw.com

REPLY TO PARAMUS

August 16, 2010

**VIA ECF**
Hon. Elizabeth S. Stong, U.S.B.J.
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201-1800

Re:   Lessno, LLC, Alleged Debtor
      Chapter 7 (Involuntary Proceeding), Case No. 09-44979(ESS)

Dear Judge Stong:

I write to advise that my clients, the alleged debtors, are fully available for a trial/hearing of this matter during all proposed dates in October, 2010. However, it will be difficult for my witness to stay in the country between October 20 and October 25 awaiting resumption of the trial.

Respectfully,

Michael J. Connolly

MJC:jj
cc:   Joseph Sanchez, Esq. (via e-copy)
m:\pet\lessno\letters\stong.trial.doc

---

80 Route 4 East, Suite 290
Paramus, NJ 07652
T 201.845.1000
F 201.845.9112

888 7th Ave., Suite 4500
New York, NY 10106
T 212.707.8500
F 212.707.8511

664 Chestnut Ridge Road
Spring Valley, NY 10977
T 845.371.3451
F 845.371.7667

1615 Jackson Street
Philadelphia, PA 19145
T 215.925.7191
F 215.925.7192