UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X    Case No. 09-44979 (ESS)

In Re:                                                                          **CERTIFICATE OF**
                                                                                     **SERVICE**
LESSNO, LLC,

                                  Alleged Debtor.

-------------------------------------------------------X

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion For Sanctions has been furnished by the Court's CM/ECF System to the following on the 16th day of November, 2010:

MICHAEL CONNOLLY, ESQ.
Alleged Debtor's counsel
Forman Holt Eliades & Ravin LLC
80 Route 4 East, Suite 290
Paramus, New Jersey 07652
Email address mconnolly@formanlaw.com

EDWARD E. NEIGER, ESQ.
Counsel for Petitioner TransAm Travel, Inc.
Neiger, LLP
111 John Street, Suite 800
New York, New York 10038
Email address eneiger@neigerllp.com

THE HONORABLE ELIZABETH S. STONG
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

                                    By: _____
                                             JOSEPH SANCHEZ, ESQ.