UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X    Case No. 09-44979 (ESS)

In Re:                                                                              **CERTIFICATE OF SERVICE**

LESSNO, LLC,

                               Alleged Debtor.

-----------------------------------------------------------X

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion For Sanctions has been furnished by the Court's CM/ECF System to the following on the 17th day of November, 2010:

MICHAEL CONNOLLY, ESQ.
Alleged Debtor's counsel
Forman Holt Eliades & Ravin LLC
80 Route 4 East, Suite 290
Paramus, New Jersey 07652
Email address mconnolly@formanlaw.com

EDWARD E. NEIGER, ESQ.
Counsel for Petitioner TransAm Travel, Inc.
Neiger, LLP
111 John Street, Suite 800
New York, New York 10038
Email address eneiger@neigerllp.com

THE HONORABLE ELIZABETH S. STONG
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

US TRUSTEE DIANA G. ADAMS
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East, Suite 4529
Brooklyn, New York 11201
Email address USTPRegion02.BR.ECF@usdoj.gov

LESSNO, LLC
c/o Harvard Business Services, Inc.
16192 Coastal Highway
Lewes, Delaware 19958

                                            By: _____
                                                  JOSEPH SANCHEZ, ESQ.