

# FORMAN HOLT ELIADES & RAVIN LLC
## ATTORNEYS AT LAW

Charles M. Forman**
Michael E. Holt**
Daniel M. Eliades*
Stephen B. Ravin**
Erin J. Kennedy***
Joseph M. Cerra**
Kim R. Lynch**
William L. Waldman**
David S. Catuogno***
Harry M. Gutfleish**
Michelle Rosen Silverman**
Kimberly J. Salomon**
Robert H. Johnson***
Dipesh Patel**
Constance N. DeSena**
Matteo Percontino**

OF COUNSEL
Michael J. Connolly***
William A. Calandra*

MEMBER NJ & PA BAR•
MEMBER NJ & NY BAR••
MEMBER NJ BAR•••

www.formanlaw.com
firm@formanlaw.com

REPLY TO PARAMUS

January 24, 2011

**VIA TELECOPY (347) 394-1865 AND ECF**
Hon. Elizabeth S. Stong, U.S.B.J.
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201-1800

Re:  Lessno, LLC
      Case No. 09-44979
      Hearing Date:  January 25, 2011

Dear Judge Stong:

I write to request permission to appear telephonically at the conference scheduled in the above matter for tomorrow at 11:00 a.m. As I also indicated, Mr. Sanchez is in the process of completing depositions. He completed the depositions of the witnesses previously discussed, and indicated at the close of the last deposition that he would like to proceed with further discovery. I am awaiting confirmation from Mr. Sanchez as to whether he believes conducting a status conference at this time is necessary or if it would be best to put off the matter until further discovery is completed. In either event, I would nevertheless request permission to appear telephonically.

Respectfully,

/s/ Michael J. Connolly

Michael J. Connolly

MJC:jj
cc: Joseph Sanchez, Esq. (via e-copy)
m:\pet\lessno\letters\stong.hearing.doc

---

| 80 Route 4 East, Suite 290 | 888 7th Ave., Suite 4500 | 664 Chestnut Ridge Road | 1615 Jackson Street |
| Paramus, NJ 07652 | New York, NY 10106 | Spring Valley, NY 10977 | Philadelphia, PA 19145 |
| T 201.845.1000 | T 212.707.8500 | T 845.371.3451 | T 215.925.7191 |
| F 201.845.9112 | F 212.707.8511 | F 845.371.7667 | F 215.925.7192 |