

**FORMAN
HOLT
ELIADES
& RAVIN LLC
ATTORNEYS AT LAW**

Charles M. Forman**
Michael E. Holt**
Daniel M. Eliades*
Stephen B. Ravin**
Erin J. Kennedy***
Joseph M. Cerra**
Kim R. Lynch**
William L. Waldman**
David S. Catuogno***
Harry M. Gutfleish**
Michelle Rosen Silverman**
Kimberly J. Salomon**
Robert H. Johnson***
Dipesh Patel**
Constance N. DeSena**
Matteo Percontino**

OF COUNSEL
Michael J. Connolly***
William A. Calandra*

MEMBER NJ & PA BAR*
MEMBER NJ & NY BAR**
MEMBER NJ BAR***

www.formanlaw.com
firm@formanlaw.com

REPLY TO PARAMUS

February 23, 2011

**VIA TELECOPY (347) 394-1865 AND ECF**
Hon. Elizabeth S. Stong, U.S.B.J.
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201-1800

Re:   Lessno, LLC
      Case No. 09-44979
      Hearing Date: March 4, 2011

Dear Judge Stong:

This firm represents the alleged debtor in the above matter. I write to confirm my conversation with Your Honor's staff that the conference in the above matter scheduled for February 25, 2011 has been adjourned with the consent of all parties, to Friday, March 4, 2011 at 10:30 a.m., and that this will be a telephonic appearance.

I appreciate the courtesies that Your Honor and the Court staff have shown in this matter.

Respectfully,

Michael J. Connolly

MJC:jj
cc:   Joseph Sanchez, Esq. (via e-copy)
m:\pet\lessno\letters\stong.adj.doc

---

| 80 Route 4 East, Suite 290 | 888 7th Ave., Suite 4500 | 664 Chestnut Ridge Road | 1615 Jackson Street |
|---|---|---|---|
| Paramus, NJ 07652 | New York, NY 10106 | Spring Valley, NY 10977 | Philadelphia, PA 19145 |
| T 201.845.1000 | T 212.707.8500 | T 845.371.3451 | T 215.925.7191 |
| F 201.845.9112 | F 212.707.8511 | F 845.371.7667 | F 215.925.7192 |