Joseph Sanchez, Esq.
LAW OFFICE OF JOSEPH SANCHEZ, P.C.
295 Northern Boulevard, Suite 301
Great Neck, New York 11021
(516) 417-8525
(516) 977-3020 Facsimile
law@josephsanchez.com
Attorney for Petitioners

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X   Case No. 09-44979 (ESS)
                                                                **AMENDED**
In Re:                                                          **NOTICE OF MOTION**

LESSNO, LLC,

                      Alleged Debtor.     Involuntary Chapter 7 Proceeding

------------------------------------------------------------X

**PLEASE TAKE NOTICE** that movants and their attorney in the above-captioned matter will move this Court on the 28th day of April, 2011 at 11:00AM before the Honorable Elizabeth S. Stong at the United States Bankruptcy Court for the Eastern District of New York, located at 271 Cadman Plaza East, Courtroom 3585, Brooklyn, New York 11201 pursuant to Federal Rule of Bankruptcy Procedure 7037, Fed. R. Civ. P. 37(b), and E.D.N.Y. LBR 7007-1 for an Order compelling Alleged Debtor to pay costs for failing to comply with the Court's prior orders concerning discovery.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9006-1 (a)(ii), any party objecting to the accompanying Motion may file and serve answering papers so as to be received not later than seven (7) days before the hearing date herein.

Dated: Great Neck, New York
       April 6, 2011

                                           LAW OFFICE OF JOSEPH SANCHEZ, P.C.
                                           *Attorney for Movants*
                                           295 Northern Boulevard, Suite 301
                                           Great Neck, New York 11021
                                           Telephone: (516) 417-8525
                                           Telecopier: (516) 977-3020


                                           */Joseph Sanchez/*_____
                                           JOSEPH SANCHEZ, ESQ. (JS-6487)