

# FORMAN HOLT ELIADES & RAVIN LLC
## ATTORNEYS AT LAW

Charles M. Forman**
Michael E. Holt**
Daniel M. Eliades*
Stephen B. Ravin**
Erin J. Kennedy***
Joseph M. Cerra**
Kim R. Lynch**
William L. Waldman**
David S. Catuogno***
Harry M. Gutfleish**
Michelle Rosen Silverman**
Kimberly J. Salomon**
Robert H. Johnson***
Dipesh Patel**
Constance N. DeSena**
Matteo Percontino**

OF COUNSEL
Michael J. Connolly***
Wendy B. Green***
William A. Calandra*

MEMBER NJ & PA BAR*
MEMBER NJ & NY BAR**
MEMBER NJ BAR***

www.formanlaw.com
firm@formanlaw.com

REPLY TO PARAMUS

April 27, 2011

*Via ECF*
Hon. Elizabeth S. Stong, U.S.B.J.
Attn: Sheree Jackson
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201-1800

Re:  Lessno, LLC
     Case No. 09-44979
     Hearing Date: April 28, 2011

Dear Ms. Jackson:

This will confirm our conversation today in which I am requesting, with the consent of Joseph Sanchez, Esq., that the matters scheduled for tomorrow, April 28, 2011 be adjourned to a date after May 12, 2011. The basis of the request is that Mr. Sanchez and I are continuing to work through issues regarding our pre-trial submissions to the Court. Additionally, as I have recently obtained final discovery from my client which I have forwarded to Mr. Sanchez so that he may review and ascertain whether he requires any further information. Additionally, a scheduling conflict has recently arisen for me as well, making an appearance tomorrow highly problematic.

We would appreciate any courtesies which the Court could extend in this regard.

Respectfully,

Michael J. Connolly

MJC:jj
cc: Joseph Sanchez, Esq. (via e-copy)
m:\pet\lessno\letters\stong.adj.doc

---

80 Route 4 East, Suite 290
Paramus, NJ 07652
T 201.845.1000
F 201.845.9112

888 7th Ave., Suite 4500
New York, NY 10106
T 212.707.8500
F 212.707.8511

664 Chestnut Ridge Road
Spring Valley, NY 10977
T 845.371.3451
F 845.371.7667

1615 Jackson Street
Philadelphia, PA 19145
T 215.925.7191
F 215.925.7192