

**FORMAN HOLT ELIADES & RAVIN LLC**
ATTORNEYS AT LAW

Charles M. Forman**
Michael E. Holt**
Daniel M. Eliades*
Stephen B. Ravin**
Erin J. Kennedy***
Joseph M. Cerra**
Kim R. Lynch**
William L. Waldman**
David S. Catuogno***
Harry M. Gutfleish**
Michelle Rosen Silverman**
Kimberly J. Salomon**
Robert H. Johnson***
Dipesh Patel**
Constance N. DeSena**
Matteo Percontino**

OF COUNSEL
Michael J. Connolly***
Wendy B. Green***
William A. Calandra*

MEMBER NJ & PA BAR*
MEMBER NJ & NY BAR**
MEMBER NJ BAR***

www.formanlaw.com
firm@formanlaw.com

REPLY TO PARAMUS

April 27, 2011

*Via ECF*
Hon. Elizabeth S. Stong, U.S.B.J.
Attn: Sheree Jackson
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201-1800

Re:  Lessno, LLC
     Case No. 09-44979

Dear Ms. Jackson:

This will confirm that the matters scheduled for April 28, 2011 have been adjourned to May 20, 2011 at 11:00 a.m.

We thank you and the Court for its courtesies.

Respectfully,

Michael J. Connolly

MJC:jj
cc: Joseph Sanchez, Esq. (via e-copy)
m:\pet\lessno\letters\jackson-02.follow up.doc

---

80 Route 4 East, Suite 290
Paramus, NJ 07652
T 201.845.1000
F 201.845.9112

888 7th Ave., Suite 4500
New York, NY 10106
T 212.707.8500
F 212.707.8511

664 Chestnut Ridge Road
Spring Valley, NY 10977
T 845.371.3451
F 845.371.7667

1615 Jackson Street
Philadelphia, PA 19145
T 215.925.7191
F 215.925.7192