

Charles M. Forman**
Michael E. Holt'*
Daniel M. Eliades*
Stephen B. Ravin**
Erin J. Kennedy***
Joseph M. Cerra'*
Kim R. Lynch**
William L. Waldman**
David S. Catuogno***
Harry M. Gutfleish**
Michelle Rosen Silverman'*
Kimberly J. Salomon**
Robert H. Johnson***
Dipesh Patel'*
Constance N. DeSena'*
Matteo Percontino**

OF COUNSEL
Michael J. Connolly***
Wendy B. Green***
William A. Calandra*

MEMBER NJ & PA BAR
MEMBER NJ & NY BAR
MEMBER NJ BAR

www.formanlaw.com
firm@formanlaw.com

REPLY TO PARAMUS

May 19, 2011

**VIA TELECOPY (347) 394-1865 AND ECF**
Hon. Elizabeth S. Stong, U.S.B.J.
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201-1800

Re:    Lessno, LLC
       Case No. 09-44979
       Hearing Date:  May 20, 2011

Dear Judge Stong:

I request to appear telephonically at tomorrow's hearing.  Please let me know if this is acceptable to the Court.

Respectfully,

Michael J. Connolly

MJC:jj
cc:  Joseph Sanchez, Esq. (via e-copy)
m:\pet\lessno\letters\stong.adj-may.doc

80 Route 4 East, Suite 290        888 7th Ave., Suite 4500        664 Chestnut Ridge Road        1615 Jackson Street
Paramus, NJ 07652                 New York, NY 10106              Spring Valley, NY 10977        Philadelphia, PA 19145
T 201.845.1000                    T 212.707.8500                  T 845.371.3451                 T 215.925.7191
F 201.845.9112                    F 212.707.8511                  F 845.371.7667                 F 215.925.7192