**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:  ) | Chapter 7 |
| ) | Case No. 09-44979 (ESS) |
| Lessno LLC  ) | |
| ) | |
| ***Alleged Debtor***  ) | |
| ) | |
| ) | |
| Trans Am Travel Inc.  ) | |
| ***Petitioning Creditor***  ) | |
| ) | |
| Smart Travel Network, Inc.  ) | |
| ***Petitioning Creditor***  ) | |
| ) | |
| Mario I. Sotirov  ) | |
| ***Petitioning Creditor***  ) | |
| ) | |
| Stanley Gyoshev  ) | |
| ***Petitioning Creditor***  ) | |
| ) | |
| Assen V. Vassilev  ) | |
| ***Petitioning Creditor***  ) | |

**CONTESTED MATTER PRETRIAL ORDER**
**RE: OBJECTION TO INVOLUNTARY PETITION (DOCKET NO. 9)**

1.  The Court enters this order in an effort to expedite the disposition of the matter and improve the quality of the trial through thorough preparation.

2.  Discovery shall be completed by July 11, 2011 .

3.  The parties are ordered to file a Joint Pretrial Memorandum approved by all counsel and unrepresented parties by July 25, 2011, which shall set forth the following;

    (A)   The name, address and telephone number of each witness, separately identifying those whom the party expects to present and those whom the party may call if the need arises.

(B) A list of witnesses whose testimony is expected to be presented by means of a deposition and, if taken stenographically, a transcript of the pertinent portions of the deposition testimony.

(C) A list of witnesses intended to be called as experts, together with any statement(s) as to an objection to their qualification.

(D) An appropriate identification (pre-numeration) of each document or other exhibit, other than those to be used for impeachment, in the sequence in which they will be offered, including summaries of other evidence, separately identifying those exhibits which the party expects to offer and those which the party may offer if the need arises.

**Parties shall bring sufficient copies of all exhibits to Court for trial so that a copy is available for the Court, the Courtroom Deputy, the witness and all counsel. Exhibits shall be assembled in notebooks tabbed with appropriate exhibit numbers and shall be available at the commencement of trial.**

**Counsel may, but need not, file trial briefs, which shall be filed seven (7) days prior to trial.**

**Counsel may be required to submit proposed findings of fact and conclusions of law at the conclusion of trial.**

(E) A statement of any objection, together with the grounds therefor, reserved as to the admissibility of a deposition designated by another party and/or to the admissibility of documents or exhibits. Objections not so disclosed, other than objection under Rules 402 and 403 of the Federal Rules of Evidence, shall be deemed waived unless excused by the Court for good cause shown.

(F) A statement confirming that the parties have exchanged copies of the exhibits.

(G) Facts which are admitted and which require no proof.

(H) The issues of fact which remain to be litigated (evidence at trial shall be limited to these issues).

(I) The issues of law to be determined.

(J) A brief statement summarizing the Plaintiff's case.

(K) A brief statement summarizing the Defendant's case.

      (L)      The estimated length of trial.

4.  **The trial will be held on <u>August 16, 2011 starting at 10:00 a.m.</u> before the Honorable Joel B. Rosenthal, U.S. Bankruptcy Judge, in Courtroom 3577, U.S. Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York 11201.**

5.  Failure to strictly comply with all of the provisions of this order may result in the automatic entry of a dismissal or a default as the circumstances warrant in accordance with Fed. R. Civ. P. 16, made applicable to this proceeding by Fed. R. Bankr. P. 7016.

**Dated: Brooklyn, New York**
**June 10, 2011**

_/s/ Elizabeth S. Stong_
**Elizabeth S. Stong**
**United States Bankruptcy Judge**

**TO:**

Joseph Sanchez
Law Office of Joseph Sanchez, P.C.
295 Northern Boulevard
Suite 301
Great Neck, NY 11021

Edward E Neiger
Neiger LLP
111 John Street
Suite 800
New York, NY 10038

Michael J Connolly
Forman, Holt, Eliades & Ravin, LLC
80 Route 4 East
Suite 290
Paramus, NJ 07652

Lessno LLC

44-02 23rd Street

Long Island City, NY 11101

Trans Am Travel Inc.
4222 King Street
Alexandria, VA 22302

Smart Travel Network, Inc.
44-02 23rd Street
Long Island City, NY 11101

Mario I. Sotirov
25-63 34th Street
Apt 1
Astoria, NY 11103

Stanislav B Gyoshev
SFI Center for Finance
University of Exeter
Exeter, UK EX4-SEJ

Assen V Vassilev
39 Georgi Kirkov St
Haskovo 6300
Bulgaria

United States Trustee
271 Cadman Plaza East
Suite 4529
Brooklyn, NY 11201