UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re

    LESSNO LLC,

      Alleged Debtor.

------------------------------------------------------------------x

      Chapter 7
      Case No. 09-44979-ess

## ORDER SCHEDULING HEARING

  WHEREAS, on June 12, 2009, Trans Am Travel Inc., Smart Travel Network, Inc., Mario I. Sotriov, Stanley Gyoshev and Assen V. Vassilev (the "Petitioning Creditors") filed an involuntary petition under Chapter 7 of the Bankruptcy Code against Lessno LLC; and

  WHEREAS, on March 8, 2011, the Court entered a Pre-Trial Order directing the parties to respond to any outstanding discovery requests made by the Petitioning Creditors by March 11, 2011, and to submit a Joint Pre-Trial Statement on or before April 18, 2011; and

  WHEREAS, on March 24, 2011, the Petitioning Creditors, excluding Trans Am Travel Inc., filed a motion to compel the Alleged Debtor to pay costs incurred due to the Alleged Debtor's failure to comply with Court orders concerning discovery (the "Motion for Costs"); and

  WHEREAS, on April 5, 2011, the Petitioning Creditors, excluding Trans Am Travel Inc., filed a motion for sanctions for failure to comply with discovery requests (the "Motion for Sanctions"); and

  WHEREAS, on April 8, 2011, the Alleged Debtor filed an objection to the Motion for Costs and the Motion for Sanctions; and

  WHEREAS, on April 26, 2011, the Petitioning Creditors, excluding Trans Am Travel Inc., filed a response to the Alleged Debtor's objection to the Motion for Costs and the Motion for Sanctions; and

WHEREAS, on June 4, 2011, the Petitioning Creditors, excluding Trans Am Travel Inc., filed a memorandum of law in support of the Motion for Costs and the Motion for Sanctions; and

WHEREAS, on June 6, 2011, the Alleged Debtor filed a supplemental objection to the Motion for Costs and the Motion for Sanctions; and

WHEREAS, on June 7, 2011, the Court held an adjourned hearing on the Motion for Costs and the Motion for Sanctions, at which the Alleged Debtor and the Petitioning Creditors appeared, by counsel, and were heard.

NOW, THEREFORE, it is hereby

ORDERED, that a hearing on the Motion for Costs and the Motion for Sanctions will be held on July 18, 2011, at 3:00 p.m. before the Honorable Joel B. Rosenthal, United States Bankruptcy Court for the Eastern District of New York, 271 Cadman Plaza East, Courtroom 3577, Brooklyn, New York 11201.

**Dated: Brooklyn, New York**
**June 10, 2011**

**Elizabeth S. Stong**
**United States Bankruptcy Judge**

**TO:**

Joseph Sanchez
Law Office of Joseph Sanchez, P.C.
295 Northern Boulevard
Suite 301
Great Neck, NY 11021

Edward E Neiger
Neiger LLP
111 John Street
Suite 800
New York, NY 10038

Michael J Connolly
Forman, Holt, Eliades & Ravin, LLC
80 Route 4 East
Suite 290
Paramus, NJ 07652

Lessno LLC
44-02 23rd Street
Long Island City, NY 11101

Trans Am Travel Inc.
4222 King Street
Alexandria, VA 22302

Smart Travel Network, Inc.
44-02 23rd Street
Long Island City, NY 11101

Mario I. Sotirov
25-63 34th Street
Apt 1
Astoria, NY 11103

Stanislav B Gyoshev
SFI Center for Finance
University of Exeter
Exeter, UK EX4-SEJ

Assen V Vassilev
39 Georgi Kirkov St
Haskovo 6300
Bulgaria

United States Trustee
271 Cadman Plaza East
Suite 4529
Brooklyn, NY 11201