# United States Bankruptcy Court

Eastern District of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−09−44979−ess |
| Lessno LLC | |
| SSN/TAX ID: | CHAPTER: 7 |
| 25−1907801 | |
| DEBTOR(s) | |

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

Notice is hereby given that:

A transcript of the proceeding held on June 7, 2011 was filed on June 16, 2011 .

The following deadlines apply:

The parties have until June 23, 2011 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is July 7, 2011.

If a Transcript Redaction Request is filed, the redacted transcript is due July 18, 2011.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is September 14, 2011 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber VERITEXT REPORTING COMPANY , 516−608−2400 or you may view the document at the public terminal at the Office of the Clerk.

Dated: June 20, 2011

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftrans.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 11/21/08]