UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In Re:

    LESSNO, LLC,

                      Debtor(s).
------------------------------------------------------------x

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

Bankruptcy No. 09-44979

**PLEASE TAKE NOTICE** that, upon the annexed affirmation of movant in support of this motion, applicant will move this Court before the Honorable Judge Joel B. Rosenthal at the United States Bankruptcy Court, located at 271 Cadman Plaza East, Brooklyn, New York, pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Eastern District of New York, District Court Local Rule 1.3(c), and District Court Administrative Order 97-13, for an Order allowing the admission of movant, a member of the firm of T.W. Wiener, Esq. and a member in good standing of the Bar of the State(s) of New York, and/or the U. S. District Court for the Southern District of New York, as attorney pro hac vice to argue or try this case in whole or in part as counsel.

                                              Respectfully submitted,

                                              */s/ Tally M. Wiener*
                                              Signature of Movant

                                              Tally M. Wiener
                                              (Print or Type Name)

Dated: July 11, 2011