UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:

LESSNO, LLC                                                          Chapter 7
                                                                              Case No.: 09-44979-JBR
      Debtor
-------------------------------------------------------x

## ORDER SCHEDULING A TRIAL ON OBJECTION TO INVOLUNTARY PETITION (DOCKET NO. 9)

IT IS SO ORDERED that a trial on the objection to the involuntary petition ( Docket No. 9) will commence on **Tuesday, August 16, 2011** at 9:00 A.M. and run until 5 P.M. and will continue on **Wednesday, August 17, 2011** at 9:00 A.M. and conclude no later than 3 P.M. before the Hon. Joel B. Rosenthal, United States Bankruptcy Judge, E.D.N.Y. at 271 Cadman Plaza, Brooklyn, New York, 11201, Rm. 3577; and each party will be allowed six hours to present their case, which time will include their cross examination of opposition witnesses; and it is hereby

ORDERED, that the parties are to file with the Court the Joint Pre-Trial Memorandum required by the Court's Contested Matter Pre-Trial Order (Docket No. 73) by **July 25, 2011** at 4:30 P.M., and all Direct Testimony Affidavits by **August 5, 2011** at 4:30 P.M; and it is

ORDERED, that the parties are responsible for providing a qualified interpreter, if necessary, at their own cost.

Dated:

Brooklyn, New York

July 20, 2011

/s/ Joel B. Rosenthal

_____

JOEL B. ROSENTHAL

UNITED STATES BANKRUPTCY JUDGE