1

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NEW YORK

------------------------------------------------X

In Re:

                              Case No.:

LESSNO, LLC,                  09-44979 (ESS)

        Alleged Debtor.

------------------------------------------------X


            Date:  Wednesday, September 15, 2010

            TIME:  9:30 a.m.


        Deposition of KONSTANTIN PETROV, taken

by Petitioners, pursuant to notice, held at

CORPORATE SUITES BUSINESS CENTER, 757 Third

Avenue, New York, New York 10017 before Elizabeth

Willeski, RPR, of Capital Reporting Company, a

Notary Public in and of the State of New York.

```
 1  A P P E A R A N C E S:

 2  On behalf of Petitioner:
         JOSEPH SANCHEZ, ESQ.
 3       295 Northern Boulevard, Suite 301
         Great Neck, New York 11021
 4       (516)417-8525

 5  On behalf of Respondent:
         MICHAEL J. CONNOLLY, ESQ.
 6       FORMAN HOLT ELIADES & RAVIN, LLC
         80 Route 4 East, Suite 290
 7       Paramus, New Jersey 07652
         (201)845-1000
 8
    Also Present:  Vesselin Dittrich, Bulgarian
 9                 Interpreter
                   Mario Sotirov
10
    Via Skype:  Olga Shishkova
11              Nadia Emaneiluva

12

13                      *   *   *   *   *

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    STIPULATIONS

 2            IT IS HEREBY STIPULATED, by and between
     the attorneys for the respective parties hereto,
 3   that:  All rights provided by the C.P.L.R, and
     Part 221 of the Uniform Rules for the Conduct of
 4   Depositions, including the right to object to any
     question, except as to form, or to move to strike
 5   any testimony at this examination is reserved;
     and in addition, the failure to object to any
 6   question or to move to strike any testimony at
     this examination shall not be a bar or a waiver
 7   to make such a motion at, and is reserved to, the
     trial of this action.
 8            This deposition may be sworn to by the
     witness being examined before a Notary Public
 9   other than the Notary Public before whom this
     examination was begun, but the failure to do so
10   or to return the original of this deposition to
     counsel within 60 days, shall not be deemed a
11   waiver of the rights provided by Rule 3116 of the
     C.P.L.R and shall be controlled thereby.  The
12   filing of the original of this deposition is
     waived.
13            IT IS FURTHER STIPULATED that a copy of
     this examination shall be furnished to the
14   attorney for the witness being examined without
     charge.
15

16

17

18

19

20

21

22

23

24

25
```

1          MR. CONNOLLY:  Okay.  Before we begin

2  with the questioning, Mr. Sanchez, at the last

3  deposition, we talked about a few agreements,

4  including that everyone involved in these

5  proceedings would not be disclosing the nature of

6  the deposition outside of the context of this

7  litigation, and that would include anyone in the

8  room over in Sofia, Bulgaria and also anyone here

9  as well.

10          MR. SANCHEZ:  Is it acceptable that

11  it's going to be within the limits of the Court's

12  order, as far as materials provided in discovery,

13  just that it can't be revealed outside of the...

14          MR. CONNOLLY:  Yes, but I'm also

15  talking about the testimony in these proceedings

16  as well, so the questions and answers here won't

17  be given out to any outside parties or otherwise

18  used by your clients except in connection with

19  this case.

20          MR. SANCHEZ:  And it's our

21  understanding that the deposition testimony is

22  covered by the Court's order.

23          MR. CONNOLLY:  Okay.  That's our

24  understanding as well.  I just wanted to make

25  that clear at the beginning.  And, also, is there

1    anyone other than the parties in this room and

2    the parties in Bulgaria currently observing the

3    video of these deposition proceedings?

4        MR. SANCHEZ:  By counsel for

5    petitioners, the answer is no.

6        MR. CONNOLLY:  Okay.  And there's no

7    one otherwise monitoring the discussions.

8        MS. SHISHKOVA:  Apart from Nadia from

9    the previous time and as the person helping

10   Mr. Sanchez.

11       MR. CONNOLLY:  Okay.  And the

12   transcript of this deposition will control and

13   not the videotape.  Correct?

14       MR. SANCHEZ:  That's correct.

15       MR. CONNOLLY:  And, again, we would

16   note all of our reservations of rights that we

17   stated before, but I won't repeat them now in the

18   interest of time.

19       MR. SANCHEZ:  Okay.  And just for

20   clarity of the record, counsel for the parties

21   are here in New York City and the witnesses are

22   in Sofia, Bulgaria, and we are connected via the

23   internet, video com.  The witness is Konstantin

24   Petrov, and within the room is Olga Shishkova,

25   and from my office assisting is Nadia Emaneiluva.

```
1                    K. Petrov
     V E S S E L I N  D I T T R I C H, having
2    been sworn in as the Bulgarian interpreter, and
     K O N S T A N T I N  P E T R O V, having first
3    been duly sworn by a Notary Public of the State
     of New York, through the Bulgarian interpreter,
4    was examined and testified as follows:

5    EXAMINATION BY MR. SANCHEZ:

6        Q    Mr. Petrov, I'm going to be asking you

7    a series of questions this morning regarding your

8    work with Lessno, LLC.  If you don't understand a

9    question I'm asking, please let me know and I can

10   rephrase the question.  Do you understand?

11       A    Yes.

12       Q    For each question that I give you, in

13   order to have a clear record, I'm going to ask

14   that you wait until I finish asking the question

15   before you respond.  And for each answer that you

16   give, please give a verbal response to my

17   questions.  Okay?

18       A    Okay.

19       Q    And, Mr. Petrov, where do you presently

20   live?

21       A    I live in Sofia.

22       Q    Okay.  And where were you born?

23       A    In Sofia.

24       Q    And what is the highest level of

25   education that you've completed?
```

1                    K. Petrov

2          MR. CONNOLLY:  Mr. Sanchez, before the

3   witness answers, I do apologize for being late to

4   this deposition, but I would note that we are

5   under some time pressures, so to the extent that

6   your background questions about the witness could

7   be curtailed, I think that would be most

8   productive.

9          MR. SANCHEZ:  Understood.

10     Q    If you could answer the question, Mr.

11  Petrov?

12     A    I have two master's degrees in

13  engineering and our economy.

14     Q    And where did you earn those degrees?

15     A    From two institutes in Bulgaria, the

16  Vish Institute, (phonetic) for economy, and the

17  Higher Institute (phonetic) for architecture and

18  building.

19     Q    Okay.  Are you a member of any

20  professional organizations?

21     A    What do you mean by professional

22  organizations?

23     Q    Are you a CPA or an accountant,

24  anything like that?

25     A    No.

1                            K. Petrov

2        Q    Okay.  Beginning in 2008, up until the

3   period June 12, 2009, were you a member of the

4   board of directors of Lessno?

5        A    I don't think the question is precise.

6   In 2008, the Lessno company did not have

7   officially registered work.  It was managed by

8   another company.

9        Q    What company was it managed by?

10       A    From the firm, maika, Travel Technology

11  Solutions.  The first maika, Travel Technology

12  Solutions.

13            MS. SHISHKOVA:  The translations are

14  incorrect.  He was saying that it was managed by

15  a parent company, maika, parent company, which

16  was called Travel Technology Solutions.

17       Q    Mr. Petrov, when you're referring to

18  Lessno, do you understand there are two entities

19  known as Lessno?  Do you know there is Lessno

20  Bulgaria and Lessno, LLC, a New York corporation?

21            MR. CONNOLLY:  I'm going to object to

22  the form of the question, but the witness can

23  answer.

24       A    Yes, I make the difference.

25       Q    Okay.  And which Lessno are you

1                        K. Petrov

2  referring to?

3        A    I talk about Lessno, LLC.

4        Q    And did there come a time that Lessno,

5  LLC was managed by a board of directors?

6        A    At the moment, there is, but in 2008,

7  Lessno did not have a board of directors.

8        Q    Okay.  So when did Lessno first have a

9  board of directors?

10       A    From the middle of 2009.

11       Q    And have you served on the board of

12  directors of Lessno, LLC?

13       A    When?

14       Q    The question is have you served?

15       A    At the moment, I am.

16       Q    And when did you first begin serving on

17  the board of directors of Lessno, LLC?

18       A    From the middle of 2009.

19       Q    And beginning in the middle of 2009,

20  did you serve in a special capacity on the board

21  of directors?

22       A    What do you mean by special capacity?

23       Q    Did you serve in the role of chairman

24  of the board of directors?  Deputy chairman?

25       A    Yes, I was a chairman of the board of

                              K. Petrov

2  directors.

3      Q    Okay.  And do you remain chairman of

4  the board of directors of Lessno, LLC?

5          MR. CONNOLLY:  Are you asking him is he

6  currently the chairman?  I think you said did you

7  remain.  I'm not sure of your question.  Did you

8  say is he currently the chairman?

9          MR. SANCHEZ:  That's the question.

10     A    I say this very clearly, from the

11 middle of 2009, Lessno has a board of directors,

12 and since then, I am the chairman of the board of

13 directors.

14     Q    Mr. Petrov, when was Lessno, LLC first

15 formed?

16     A    Do you mean Lessno, LLC?

17     Q    Yes.

18     A    I'm not sure about the date, because we

19 made an investment in 2007, and I'm not sure

20 about the date.

21     Q    And, Mr. Petrov, did you say that NEVEQ

22 made an investment in 2007?  Is that your

23 testimony?

24     A    Yes, the firm made an investment.

25     Q    And was that first investment in 2007?

1                    K. Petrov

2          MR. CONNOLLY:  I'm sorry, let the

3    witness finish his answer.

4          Was there something else?

5     Q    Go ahead, Mr. Petrov.

6     A    Do you hear me?

7     Q    Yes.

8     A    The investment was made through the

9    company, maika, Travel Technology Solutions.

10          MS. SHISHKOVA:  Excuse me, there is

11   again an error in translation.  The firm is

12   called Travel Technology Solutions, and it is the

13   parent company.  The parent company in Bulgarian

14   is maika.  So please translate maika as that.

15    Q    Mr. Petrov, are you presently working

16   in any organization other than Lessno, LLC?

17    A    Yes, I work in other organizations.

18    Q    And what are those organizations?

19    A    I work as a manager of two investment

20   firms and in ten other companies.

21    Q    And what are the investment funds that

22   you work for?

23    A    I'm a manager NEVEQ Investment Firm.

24    Q    Okay.  And what was the second

25   investment fund?

                        K. Petrov

1

2      A     Seres.

3      Q     Can we get the spelling on that.

4      A     S-E-R-E-S.

5      Q     Okay.  And tell me what your role is at

6  NEVEQ as manager.

7      A     I am one of the managing partners.  My

8  role is to select investments, to negotiate the

9  investments, to make the investments.

10     Q     How many other managing partners are

11 there in NEVEQ presently?

12     A     There are two more partners at the

13 moment.

14     Q     And when NEVEQ made the investment in

15 TTS, were you then a partner of NEVEQ?

16     A     Yes.

17     Q     As of June 2009, who were the owners of

18 Lessno, LLC?

19     A     From June 2009, the owners of Lessno,

20 LLC are two companies:  Travel Technology

21 Solutions and NEVEQ, LP.

22     Q     And does anyone else own shares in

23 Lessno, LLC, as of June 2009?

24     A     No.

25     Q     Does anyone else presently own shares

1                      K. Petrov

2    in Lessno, LLC?

3        A    No.

4        Q    And who owns TTS?

5        A    NEVEQ Sarl.  S-A-R-L.

6        Q    Any other owners of TTS?

7        A    No.

8        Q    And what does TTS do?

9        A    TTS is a cooperative which invested in

10   two companies.  The only role of TTS was to make

11   these investments in these companies and, through

12   the advisory board of TTS, to manage these two

13   companies.

14       Q    And what are the two companies that TTS

15   owns?

16            MR. CONNOLLY:  Mr. Sanchez, I would

17   like you to ask a couple of background questions

18   that can make up who owns Lessno, and I think

19   that's fair, but now you're getting into

20   everything regarding TTS over and above Lessno,

21   and I do think that's beyond the scope of these

22   proceedings.

23            MR. SANCHEZ:  And the witness can

24   answer the question.

25            MR. CONNOLLY:  The witness can answer,

1                          K. Petrov

2   but, you know, if we can keep it confined to

3   this.

4        Q    So Mr. Petrov, what are the names of

5   the two companies that TTS owns?

6        A    The first company is Lessno, LLC.

7        Q    And the second company, sir?

8        A    This is not relevant to the case of

9   Lessno, I accept the position of my attorney.

10        Q    No. Mr. Petrov, you're going to answer

11   the question, please.

12             MR. CONNOLLY:  If I can have a minute

13   to talk with Bulgarian counsel.  We'll go off the

14   record for a minute, please.

15             MR. SANCHEZ:  Okay.

16             THE WITNESS:  Okay, I'll wait.

17             (A brief recess was taken.)

18             MR. CONNOLLY:  Mr. Sanchez, I had an

19   opportunity to talk with Bulgarian counsel about

20   this.  We're willing to let the witness answer

21   the question as to what other company TTS owns,

22   besides Lessno, LLC; however, what we maintained

23   all along in connection with this case is, it's

24   about Lessno, LLC, it's not about any other

25   companies or entities, so while it was fair to

1                    K. Petrov

2  find out who owned Lessno, LLC, now we're getting

3  into what other assets do the owners of Lessno

4  own.  So he'll be allowed to answer this, but

5  we'll object and contact a judge if it goes into

6  assets or interest of other companies or other

7  persons.

8          MR. SANCHEZ:  Okay.  And I understand

9  we probably will be calling the judge.  I just

10 want to have on the record, we've already talked

11 to the judge about things like relevance, and the

12 judge said that petitioners would have a broad

13 discretion to ask questions which even could lead

14 to evidence.

15         MR. CONNOLLY:  All right.  That's your

16 position.

17         MR. SANCHEZ:  All right.  We'll proceed

18 from there.

19 EXAMINATION BY MR. SANCHEZ:

20    Q    Okay.  So, Mr. Petrov, what other

21 company does TTS currently own?

22    A    The other company is called Vayant.

23    Q    And prior to June 2009 --

24         MR. CONNOLLY:  What is your question,

25 Joe?

1                        K. Petrov

2       Q      -- was Vayant known by another name?

3       A      Yes.

4       Q      And what was the name of that company?

5       A      EZ Search, LLC.

6       Q      Finally, Mr. Petrov, does TTS own any

7    other business entities?

8       A      No.

9       Q      Mr. Petrov, are there any other members

10   of the board of Lessno, LLC, aside from yourself,

11   presently?

12      A      Yes.

13      Q      And who are those people?

14      A      Petar Nedyalkov, Pavel Ezekiev.

15      Q      And prior to June 2009, do you know who

16   the board of directors were composed of?

17      A      I explained that before June 2009,

18   Lessno didn't have a board of directors.

19             (Petitioner's Exhibit 1 was marked for

20   identification.)

21      Q      Mr. Petrov, are you looking at

22   Petitioner's Exhibit 1?

23      A      Yes.

24      Q      And when you finish looking at that,

25   could you let me know.

1                          K. Petrov

2       A    Yes.  This document is in English, what

3  do you want me to look at?

4       Q    I'm going to ask you to look at page

5  21.

6       A    Yes.

7       Q    Is that your signature on page 21?

8       A    Yes.

9       Q    Okay.  And did you read that document

10  before you signed it?

11           MR. CONNOLLY:  I'm going to object, but

12  the witness can answer.

13      Q    Go ahead, Mr. Petrov, your answer?

14           Mr. Petrov, are you having a

15  conversation with your counsel, Olga?

16      A    No, I don't speak at the moment.

17           MR. CONNOLLY:  Mr. Sanchez, your last

18  question, I believe, was referring to

19  Petitioner's 1, and you asked him did he read the

20  document before he signed it.  It is not my

21  intention to coach the witness here, but the

22  witness said that this document is in English,

23  so...

24           MR. SANCHEZ:  Mr. Connolly, you asked

25  me to abbreviate my initial questions --

1              K. Petrov

2        MR. CONNOLLY:  And the last time I was

3  asking if he read English, if he understands

4  English.

5        Q    So, Mr. Petrov, can you read English?

6        A    No.

7        Q    But it is your testimony that that's

8  your signature on page 21?

9        A    Yes, this is my signature.

10       Q    Did you know what you were signing, Mr.

11 Petrov?

12       A    Yes.

13       Q    What is it that you signed, Mr. Petrov?

14       A    Agreement between shareholders.

15       Q    Okay.  And shareholders of what

16 company?

17       MR. CONNOLLY:  Okay.  Again, Mr.

18 Sanchez, just so the record is clear, are you

19 asking him to describe Petitioner's 1 or are you

20 asking him to describe what his understanding of

21 the shareholders' agreement is?

22       MR. SANCHEZ:  I'm actually just asking

23 him questions as to what his understanding is.

24       Q    I'll rephrase.

25       The shareholders of what company signed

1                          K. Petrov

2  this agreement?

3      A    On one side, it is signed by NEVEQ and

4  the other side from Lessno.  With Mario Sotirov,

5  by Ani Sotirov, Assen Vassilev.

6      Q    Mr. Petrov, did you say Assen Vassilev

7  as well?

8      A    I said Assen Vassilev, Mario Sotirov,

9  Ralitza Bobochikova.

10     Q    So the shareholders that signed this

11  agreement, they are the shareholders of what

12  company is, sir?

13         MR. CONNOLLY:  I'll object to the form,

14  but the witness can answer.

15     A    Can you repeat the question.

16     Q    Is this a shareholders' agreement for

17  Lessno, LLC?

18     A    This is agreement what the shareholders

19  are going to do.  At this time, Lessno was not

20  registered yet.

21     Q    It's an agreement of the shareholders

22  of what company, Mr. Petrov?

23         MR. CONNOLLY:  Here's what we are going

24  to do.  Can the interpreter please translate the

25  question, I'm going to interpose an objection.

1                    K. Petrov

2          (The question was re-interpreted.)

3          MR. CONNOLLY:  My objection is, you're

4    asking the witness the question it is an

5    agreement between the shareholders of what

6    company, I believe there has already been

7    testimony that at least one of these companies is

8    a shareholder in a few other companies.  So I

9    think that your question is confusing in that

10   regard, so I'm going to object to the form, but

11   also given the translation issues, I just wanted

12   to explain it a bit.

13          MR. SANCHEZ:  And, Mr. Connolly, you're

14   saying that there has been testimony that one of

15   the companies is involved in more than one

16   company?

17          MR. CONNOLLY:  I believe NEVEQ Sarl was

18   testified as being the owner of Lessno, LLC, and

19   then there is also references that some of the

20   individuals identified as existing shareholders

21   own shares in a couple different companies,

22   Lessno, LLC, Lessno Bulgaria, and EZ Search, so

23   your question just gets a bit confusing.

24          MR. SANCHEZ:  I'll strike my question

25   and make it easier for everyone.

1                    K. Petrov

2            You can just mention that I've

3    withdrawn my question.

4        Q    Mr. Petrov, this document, was this

5    explained to you by anyone?

6        A    I participated in the creation of this

7    document.

8        Q    And the document, it governs the

9    operation of a particular company?

10            MR. CONNOLLY:  The witness just gave an

11   answer that needs to be put on the record.

12       A    I don't understand the question.

13            MR. SANCHEZ:  Would you just read back

14   the question.

15            (The previous question was read back by

16   the court reporter.)

17       A    This document shows our relationships

18   and what we intend to do.

19       Q    Mr. Petrov, I'm going to turn your

20   attention to page 6 of Petitioner's 1.

21       A    What?

22       Q    In the middle of page 6, it refers to

23   the management of a particular company.  What

24   company is the middle of page 6 referring to?

25            MR. CONNOLLY:  The witness can answer,

1                      K. Petrov

2  but I'm going to object to the form.

3          MR. SANCHEZ:  Mr. Petrov testified that

4  he created the document.

5          MR. CONNOLLY:  Right, but the problem

6  that I'm having is that you're asking him to look

7  at a document that's in English and he's

8  testified that he doesn't read English.  And I

9  would just also note that company is capitalized

10 and there is a reference to what it means in the

11 document itself, but that may be beyond the

12 witness because he can't understand English.  But

13 if you want to ask the witness's recollections

14 about what the documents intended to do or what

15 his understanding is about the shareholders'

16 agreement, that would be fine, but I think if

17 you're going to ask him specifically about terms

18 that are defined in English in the document,

19 that's a bit unfair to the witness.

20         MR. SANCHEZ:  I'll rephrase the

21 question.

22         MR. CONNOLLY:  And if you want, I can

23 point out where the definition of "the company"

24 is for you.

25         MR. SANCHEZ:  I'll ask the witness.

1                     K. Petrov

2          MS. SHISHKOVA:  Excuse me, Mike, could

3   I provide translation of what our counsel said?

4          MR. CONNOLLY:  Sure.

5          (Objection was re-translated by Ms.

6   Shishkova in Bulgaria.)

7          MR. CONNOLLY:  So you're going to ask

8   another question?

9          MR. SANCHEZ:  I will.

10         MR. CONNOLLY:  Okay.

11     Q    Mr. Petrov, the middle of page 6, it

12  says Article 3:  Management of "the" Company.

13  The management of what company is being

14  referenced in this document?

15         MR. CONNOLLY:  Same objection, but the

16  witness can attempt to answer.

17         MS. SHISHKOVA:  Maybe you didn't hear,

18  but the witness is saying he doesn't understand.

19     Q    Mr. Petrov, you testified that you

20  helped create this document.  The middle of page

21  6 says, "Article 3-Management of the Company."

22  My question was, what company does this document

23  refer to?

24     A    This document was created before more

25  than three years.  The document which we created

1                     K. Petrov

2  then was for the investments of the TTS.

3      Q    So when the document that you created

4  says, at Section 3.01B, that the board shall

5  manage the business and affairs of the company in

6  accordance with applicable law, what company is

7  that referring to?  Is that Lessno, LLC?

8           MR. CONNOLLY:  My objection is the same

9  as before.  Company is a defined term in the

10  document, which, if you want me to, I can point

11  out exactly where it says what the company is or

12  if you want the witness to keep trying to guess

13  what the document says in English, we can do this

14  all day.

15          MR. SANCHEZ:  He said that he created

16  it.

17          MR. CONNOLLY:  Well, he said he created

18  the agreement, but you're handing him an English

19  translation of it.  There are plenty of documents

20  that I've created that if you handed them to me

21  in Bulgarian, I would have no clue what they say.

22          MR. SANCHEZ:  I don't want you to

23  translate that.  It's a speaking objection.  I'm

24  waiting for his answer and we'll actually move

25  faster if we can get it.

                        K. Petrov

1

2     A    My answer was, we created this document

3  before more than three years.  I don't remember

4  what we meant by company.  The shareholders

5  intended to make the investments.

6         MS. SHISHKOVA:  I see a problem with

7  translation, it did not cover everything that the

8  witness said.  If you want, I can provide

9  translation.

10        MR. SANCHEZ:  Olga, I'd like that.

11        MS. SHISHKOVA:  Okay.  So he said that,

12  back in 2008, three years ago nearly, this

13  document was created for the company Travel

14  Technology Solutions in 2008, and because of the

15  time that's passed, he is not sure about what the

16  definition of the company is on this document,

17  but his understanding is that it was meant to be

18  created for managing company TTS.

19        MR. CONNOLLY:  Olga, the last part of

20  what you said, did you say to manage the company

21  TTS?

22        MS. SHISHKOVA:  Yes, that was the

23  intention of the parties.

24        MR. CONNOLLY:  Thank you.

25     Q    Mr. Petrov, please tell me your duties

1                    K. Petrov

2  as chairman of the board of Lessno, LLC.

3      A    Basically, I have the control

4  functions.

5      Q    What does that mean, Mr. Petrov?

6      A    To monitor, to make sure that there

7  were no activities in the company against the

8  interests of the shareholders.

9      Q    And can you tell me the last time you

10  had a meeting of the board of directors?

11      A    I cannot give you an exact date, but it

12  was about three months.

13      Q    And where was that meeting held?

14      A    In Sofia.

15      Q    Was it held at an office building?

16      A    In the office of NEVEQ.

17      Q    And were any notices given regarding

18  the meeting?

19      A    To whom?  I don't understand the

20  question.

21      Q    I'll rephrase.

22          To your understanding, are notices

23  required to be given to the members of the board

24  prior to a meeting?

25      A    Yes.

Capital Reporting Company

1                       K. Petrov

2        Q      And can you tell me how it is that you

3    have that understanding?

4        A      From the agenda of the board of

5    directors.

6        Q      Is Lessno governed by a set of bylaws?

7        A      What do you mean by bylaws of Lessno,

8    LLC?

9        Q      Are there -- strike that.

10              Is Lessno governed by any documents?

11              MR. CONNOLLY:  I'll object to the form,

12   but the witness can answer.

13       A      Yes.

14       Q      Okay.  And what documents are those?

15       A      Shareholders' agreement.

16       Q      Have you ever heard the term bylaws?

17   Do you know what that means?

18       A      Yes, I heard about bylaws of the

19   company.

20       Q      Okay.  And does Lessno have bylaws to

21   the best of your knowledge?

22       A      At the moment, I cannot tell you if it

23   is called bylaws or shareholders' agreement, but

24   there is such a document.

25              MR. SANCHEZ:  I'm going to ask Mr.

1                          K. Petrov

2    Petrov to provide that to his attorney and I'm

3    going to call for production of a copy of that.

4              MR. CONNOLLY:  I believe that we

5    already produced the shareholders' agreement, but

6    to the extent that we haven't, I'll take it under

7    advisement.

8              MR. SANCHEZ:  And the bylaws as well.

9    You can't open a bank account without bylaws.

10   There's got to be bylaws.

11             MR. CONNOLLY:  I'm not agreeing or

12   disagreeing with that, sir.  I'll take it under

13   advisement.

14        Q    Mr. Petrov, you testified that notices

15   were required prior to a meeting of the board of

16   directors.  And where is that requirement set

17   forth?

18        A    This is an internal agreement between

19   the members of the board of directors in order to

20   have a meeting of the board.

21        Q    Is it in writing, Mr. Petrov?

22        A    Yes.

23        Q    And is that requirement in a document

24   different than the shareholders' agreement or the

25   bylaws as you've testified?

1                          K. Petrov

2      A     This is described in the shareholders'

3  agreement.

4      Q     And three months ago, when you held the

5  last board meeting, a notice -- it's your

6  testimony that a notice was given to the other

7  board members that a meeting of the board of

8  directors would be held?

9      A     Yes, this notice was sent by e-mail to

10  the members of the board.

11          MR. SANCHEZ:  I'm going to ask you to

12  provide that e-mail to your attorney and I'm

13  going to call for production of that e-mail.

14          MR. CONNOLLY:  I'll take it under

15  advisement.

16      Q     And prior to your last meeting of the

17  board of directors, how often would the board of

18  directors of Lessno meet?

19      A     The meeting of the board, when the

20  chairman of the board was not able to make

21  decisions alone.

22      Q     Petar Nedyalkov and Pavel Ezekiev, they

23  both work at NEVEQ with you?

24          MS. SHISHKOVA:  I believe the

25  translation was not precise.  You have asked

1                    K. Petrov

2    about whether they worked together or whether

3    they were on the board?

4        Q    The question is whether all three

5    worked together at NEVEQ.

6        A    I and Pavel work in NEVEQ.

7        Q    And where does Petar work?

8        A    He works is Lessno, LLC.

9        Q    And where is Lessno, LLC?

10       A    I don't understand the question.

11       Q    Where is Lessno, LLC located?  You said

12   that Petar works at Lessno, LLC.

13       A    Last time I see, it was registered in

14   the United States.

15       Q    So Petar works in the United States?

16       A    No.  Petar is in Bulgaria.

17       Q    Did Petar work at NEVEQ in the past?

18       A    Yes, before he used to work in NEVEQ.

19       Q    And Petar doesn't work at NEVEQ any

20   longer?

21       A    No.

22       Q    When did Petar leave NEVEQ?

23       A    I cannot tell you the exact date.

24       Q    Did he leave in 2010 or was it before?

25       A    Before.

1                          K. Petrov

2      Q    Okay.  So tell me the procedure for

3  calling a meeting of the board of directors of

4  Lessno.

5      A    Some of the members of the board want

6  to discuss certain questions.  They make a phone

7  call or they send e-mail to discuss these issues.

8      Q    Did the same procedures apply to TTS?

9      A    Same procedures apply also to TTS.

10      Q    Did the meeting of the board of

11  directors, did they occur at a physical location

12  or were they by telephone?

13      A    Almost all of the meetings were in

14  personal meetings, but some were by telephone.

15      Q    And, again, it's your testimony that

16  the meetings were held at NEVEQ; is that right?

17      A    Some of the meetings took place in

18  NEVEQ and others in Lessno Bulgaria.

19      Q    And where was Lessno Bulgaria located?

20      A    In this moment?

21      Q    At this moment, yes.

22      A    Office building near The National

23  Palace of Culture.

24      Q    Can I get the address?

25      A    I don't know the exact address.

K. Petrov

2    Q    Is there any document that you could

3  look at that would refresh your memory?

4    A    About the address of the company?

5    Q    Yes.

6    A    This is in the center of Sofia,

7  everybody knows this building.  I don't know the

8  exact address.

9    Q    How much space does Lessno have there?

10    A    I don't know, maybe 20 square meters.

11    Q    And how many people work there?

12    A    At the moment, there are no people who

13  work there.

14    Q    Okay.  Prior to June 2009, it's your

15  testimony that Lessno did not have a board of

16  directors, and my question to you is, how were

17  the affairs of the company governed prior to June

18  2009?

19    A    The company was managed by the advisory

20  board of Travel Technology Solutions.

21    Q    Who was on the advisory board of Travel

22  Technology Solutions just prior to 2009?

23    A    I was a member.  Assen Vassilev.

24  Ralitza Bobochikova.  Mario Sotirov.  Stanislav

25  Gyoshen.

1                    K. Petrov

2      Q    And what was your role on the advisory

3 board of TTS just prior to June 2009?

4      A    I was secretary of the board.

5      Q    Was there a chairman of the board at

6 that time?

7      A    Yes, there was, Stanislav Gyoshen.

8      Q    And were there governing documents for

9 the TTS advisory board in effect just prior to

10 June 2009?

11     A    Yes, shareholders' agreement.

12          MR. SANCHEZ:  I'm going to ask you to

13 provide that to your attorney and I'll call for

14 production of that shareholders' agreement.

15          MR. CONNOLLY:  I'll take that under

16 advisement.

17     Q    Now, Mr. Petrov, you testified that TTS

18 was a cooperative; is that right?

19     A    I don't remember saying this, but, yes,

20 this is correct.

21     Q    And in your work as secretary, there's

22 a shareholders' agreement of the cooperative?

23     A    Yes.

24     Q    And to be clear, that's what it's

25 called, it's a shareholders' agreement of TTS?

1                              K. Petrov

2       A     Yes, I think this is how it is called.

3       Q     Okay.  And the governing board of

4   Lessno, LLC, just prior to June 2009, it was an

5   advisory board, it wasn't a board of directors,

6   per se?

7             MR. CONNOLLY:  I'm going to object to

8   the form, but the witness can answer.

9             MS. SHISHKOVA:  Will you repeat the

10  question.  Konstantin did not hear it well.

11      Q     The question is that Lessno, LLC was

12  governed, just prior to June 2009, by an advisory

13  board of TTS, it wasn't a board of directors of

14  Lessno, LLC, I'm just asking if that's correct?

15            MR. CONNOLLY:  I'm going to object to

16  the form, but the witness can answer.

17            MS. SHISHKOVA:  Can I just say the

18  question, the translation was not clear, but I

19  think I understand the question in English.

20            MR. SANCHEZ:  I'd like that.

21            (The question was re-asked by Ms.

22  Shishkova.)

23      A     According to official documents, TTS

24  has advisory board, because TTS is a cooperative.

25  Whether we call it managing board or advisory

1                    K. Petrov

2  board, I don't understand what is the difference.

3       Q    The shareholders' agreement of TTS, is

4  that in Bulgarian or English?

5       A    I don't remember exactly, but it is

6  possible to be in English and in Bulgarian.

7       Q    And when the advisory board met, just

8  prior to June 2009, was a notice sent out

9  regarding the meeting of the advisory board?

10      A    There were always notices sent about

11 the agenda of the meetings and the issues to be

12 discussed at the meetings.

13      Q    Mr. Petrov, how long did you serve as

14 secretary of the board of advisors of TTS?

15      A    From the creation of TTS.

16      Q    And do you maintain copies of the

17 notices regarding meetings of the board of

18 advisors of TTS?

19      A    From when?

20      Q    From its inception.

21      A    I'm not sure whether we kept all the

22 copies, but we may have some.

23      Q    And were those notices always sent by

24 e-mail to your knowledge?

25      A    Basically, we used e-mail.

1                      K. Petrov

2     Q    Okay.  And were some notices of the

3  board of advisors of TTS, were they given by

4  telephone?

5     A    Please ask the question again, I didn't

6  understand.

7          MR. SANCHEZ:  Can you read it back.

8          (The previous question was read back by

9  the court reporter.)

10    A    I said that most of the notices with

11  the agenda of the meetings were given by e-mail.

12    Q    But some were given by telephone?

13    A    I said that most of the notices about

14  meetings for important decisions were made by

15  e-mail.  I am not sure about notices given by

16  telephone.

17         MR. CONNOLLY:  Do you want him to

18  repeat his answer and he'll translate it again?

19         MR. SANCHEZ:  Yes.

20    A    All the important issues, all the

21  agendas of the meetings of the board, we

22  communicated them by e-mail.

23    Q    And does TTS have an office location?

24    A    In Holland.

25    Q    And is that where the books and records

```
 1                    K. Petrov

 2   of TTS are kept?

 3      A    Yes, the basic documents are there.

 4      Q    And the minutes for the advisory board,

 5   are they kept in Holland as well?

 6      A    I think some of the minutes are there;

 7   some of the minutes are here in Bulgaria.

 8      Q    Okay.  And do you have access to the

 9   documents in Holland?

10      A    What do you mean by access?

11           MR. SANCHEZ:  I'm going to ask you to

12   produce copies of the minutes of the advisory

13   board of TTS to your attorney, and I'm going to

14   ask you to produce the copies that you have in

15   Holland that you have access to and also the

16   copies that you maintain yourself.

17      Q    And in response to that request, my

18   question is, are you going to be able to provide

19   those documents or does someone else have access

20   to those documents?

21      A    Yes, whatever is stored here, I will

22   give to the attorney.

23      Q    And what about the documents in

24   Holland?

25      A    Whatever I can do, I will give the
```

1                          K. Petrov

2    documents which are stored here.

3        Q    And, Mr. Petrov, my question is, do you

4    personally have access to the documents in

5    Holland?

6        A    The documents in Holland are kept in

7    the law office which does all the actions

8    necessary in accordance with the Dutch laws.

9        Q    Mr. Petrov, what is your role as

10   secretary of the board of advisors of TTS?  Is it

11   your job to maintain the records of the board of

12   advisors of TTS?

13       A    There's nothing in writing about my

14   role as a secretary, but, yes, in my role

15   includes also keeping these records.

16       Q    And so, you maintain a complete copy of

17   the notices and the minutes of the advisory board

18   of TTS; is that correct?

19       A    No, this is not correct.

20       Q    Who maintains those records?

21       A    There are some documents in all of the

22   board members.  I cannot say that I have all the

23   documents.

24       Q    So there is no central location for the

25   books and records of TTS?

                            K. Petrov

1

2      A     Is the question about TTS?

3      Q     Yes.

4      A     No, there's no central place.

5      Q     So prior to June 2009, if an

6  advisory -- if a notice of a meeting of an

7  advisory board was sent, you would not have

8  records of that; is that your testimony?

9      A     Could you repeat the question.

10           MR. SANCHEZ:  Could you read back the

11  question.

12           (The question was read back by the

13  court reporter.)

14     A     I never said this.

15     Q     Okay.  Do you have copies of the

16  notices of the meetings of the board of advisors

17  of TTS -- do you have copies of all of the

18  notices, as secretary of the board of advisors of

19  TTS?

20     A     I explained that most of the meetings,

21  the notices were sent by e-mail.

22     Q     And how were the remaining notices

23  sent?

24     A     I don't understand the question.

25     Q     You said most of the notices, so I

1                        K. Petrov

2  understand that some notices were sent in another

3  manner, how were the other notices sent?

4      A    I said that all the notices about

5  important issues on the agenda of the board

6  meetings were sent by e-mail.  It is possible

7  that some of the notices about not important

8  issues were sent by different way.

9      Q    And what was the way?

10         MR. CONNOLLY:  I'm going to object to

11  the form, but that's all I'm going to do without

12  coaching the witness.  Go ahead.

13      A    For example, they would come to our

14  office and they would suggest issue for the

15  board.

16      Q    Okay.

17      A    I would go to the office of Lessno and

18  we would discuss different issues for the board.

19      Q    Okay.  And the advisory board would

20  make certain decisions at those meetings for

21  Lessno?

22      A    Yes, make decisions.

23      Q    So really, it's your testimony that

24  notices weren't given in every case.  For

25  unimportant matters, you would go to the Lessno

K. Petrov

1                             K. Petrov

2    offices or the other TTS employees would come to

3    the Lessno offices and a meeting of the advisory

4    board would be held.

5        A    This is how we discuss about issues

6    before the board.

7        Q    And were some of the meetings of the

8    advisory board held spontaneously?

9        A    What do you mean by spontaneously?

10       Q    You testified that you would drive to

11   the Lessno offices or the advisory board members

12   would come to the NEVEQ offices, was that

13   pursuant to an understanding that an advisory

14   board meeting would be held or did people just go

15   and hold a meeting of the advisory board without

16   notice?

17       A    If not all the members of the board are

18   present, there could not be a meeting of the

19   board.

20       Q    And where is that requirement

21   specified?

22       A    I think this is in shareholders'

23   agreement, how the decisions are to be made.

24       Q    And is it possible that the

25   shareholders' agreement specified that only

1                          K. Petrov

2    two-thirds of the board members of the board of

3    advisors need to be present?  Is that possible?

4        A    I think two-thirds is necessary for

5    making a decision.

6        Q    And the two-thirds constituted a

7    quorum?

8        A    There's a requirement that a member of

9    NEVEQ has to be present at the meeting in order

10   to make a decision.  There's no decision to be

11   made without presence of somebody from NEVEQ.

12           THE WITNESS:  I need a break to go to

13   the restroom.

14           MR. SANCHEZ:  Okay.

15           (A brief recess was taken.)

16   EXAMINATION BY MR. SANCHEZ:

17       Q    Mr. Petrov, we're back on the record

18   and you remain under oath.

19       A    Yes.

20       Q    The requirement that NEVEQ join in on

21   any important decisions of the advisory board, is

22   that in the shareholders' agreement?

23       A    It is either in the bylaws or in the

24   shareholders' agreement.

25       Q    And when you say bylaws, are you

```
1                    K. Petrov

2  referring to the bylaws of TTS or Lessno?

3      A    TTS.  I said that Lessno was managed by

4  this board of TTS.

5      Q    And is it your testimony that TTS has

6  bylaws?

7           MR. CONNOLLY:  I'm going to object,

8  only because he was asked and he answered, but he

9  can answer again.

10     A    Could you repeat the question.

11     Q    Is it your testimony that TTS is

12 governed by bylaws or is it just a shareholders'

13 agreement?

14     A    Yes.

15          MR. SANCHEZ:  I'm going to call for

16 production of the bylaws of TTS, if you can

17 provide that to your attorney.

18          MR. CONNOLLY:  We'll take that under

19 advisement, but just to clarify the record, I

20 think you asked him an either or question and his

21 response was yes.

22          MR. SANCHEZ:  Can you repeat the

23 question.

24          (The previous question and answer were

25 read back by the court reporter.)
```

1                      K. Petrov

2       Q    Mr. Petrov, if I can have your

3   attention.

4       A    Yes.

5       Q    Is it your testimony that TTS is

6   governed by bylaws?

7       A    I said that TTS is governed by bylaws

8   or by shareholders' agreement.  I cannot tell you

9   exactly by which document.

10      Q    But you know that there is a

11  shareholders' agreement for TTS?

12      A    There is a document managing TTS, but I

13  cannot tell you the exact name of this document,

14  whether it's shareholders' agreement or bylaws.

15      Q    And that document, it specifies that

16  the board of advisors is required to meet to

17  approve certain important actions by Lessno, LLC;

18  is that correct?

19           MR. SANCHEZ:  Can you repeat what I

20  asked.

21           (The question was read back by the

22  court reporter.)

23      A    I never said that.  I said that the

24  decisions of the board are taken with at least

25  one vote from NEVEQ.

1                        K. Petrov

2        Q    Tell me the kinds of decisions that

3    Lessno, LLC could make without seeking the

4    advisory board approval of TTS.

5        A    Could you repeat the question.

6             MR. CONNOLLY:  Could you read that back

7    to me in English.

8             (The question was read back by the

9    court reporter.)

10       A    For example, appointment of employee

11   who is not in a key position.

12       Q    What else?

13            MR. CONNOLLY:  I'm going to object to

14   the form, but the witness can answer.

15       A    For example, who can take vacation.

16       Q    What else?

17            MR. CONNOLLY:  Same objection.  I'll

18   say it in English so I'm not coaching the

19   witness.  If you want to get a flavor of the

20   types of things, but I'm sure that any business

21   makes hundreds of decisions a day, including what

22   to order for lunch.

23            MR. SANCHEZ:  His testimony was certain

24   important things, I want to get a flavor of some

25   of the important things.

1                    K. Petrov

2          MR. CONNOLLY:  Just noting my objection

3    to the form.

4      A    I did not hear the translation of what

5    he said.

6      Q    The question is really just:  What

7    else?

8      A    Other small decisions, which the

9    executive director can make, determination of the

10   salaries of certain non-key employees.

11     Q    And, Mr. Petrov, these are things that

12   Lessno, LLC could decide without getting advisory

13   board approval?

14     A    Yes, these are things in the business

15   plan of Lessno which was approved.

16     Q    Okay.  Are they approved without the

17   advisory board approval of TTS is the question?

18     A    Could you please repeat the question.

19     Q    You testified that the appointment of

20   an employee, or who can take a vacation, the

21   determination of salary of non-key employees,

22   these are the types of things that Lessno could

23   do without getting advisory board approval.

24     A    Yes, exactly so.

25     Q    Okay.  And what are the types of things

1                        K. Petrov

2    that Lessno could do only if they obtained

3    advisory board approval?

4        A    For example, appointment or the firing

5    of a key employee, entering into contracts,

6    borrowing money, creation of other companies,

7    buying and selling assets.  All these decisions

8    are made with the approval from NEVEQ.

9        Q    Okay.  And were there any monetary

10   limits on any of these decisions, for example,

11   Lessno could buy or sell assets up to $1,000 on

12   their own or did every purchase and sale of

13   assets require advisory board approval?

14       A    I think that there were some

15   limitations, but I cannot tell you in this

16   moment.

17       Q    Do you know if the limitations were

18   above $1,000?

19       A    Yes, I think they were above $1,000.

20       Q    Were they above $10,000?

21            MR. CONNOLLY:  You don't need to

22   translate this.  Just so I'm clear, your question

23   is transactions above $10,000 requiring board

24   approval?

25            MR. SANCHEZ:  Yes.  His testimony was

Capital Reporting Company

48

1                         K. Petrov

2    that Lessno could make decisions, so far, up to

3    $1,000, so now my question is $10,000.

4        A    I don't remember exactly what are the

5    limitations, but they are specified in the

6    documents and I can look them up in the

7    documents.

8        Q    Okay.  And the documents that you're

9    referring to, that's either the shareholders'

10   agreement or the bylaws, whichever one you have?

11       A    Yes, the basic documents governing the

12   company.

13       Q    And do you know when those documents

14   were developed, those basic documents?

15       A    What do you mean?  Could you repeat the

16   question.

17       Q    Were the TTS advisory board, were the

18   bylaws or shareholders' agreement of TTS, were

19   those created when TTS was formed or was it

20   created at a different time?

21       A    Some of the documents were created at

22   the time of the creation of TTS, like, term

23   sheet, there are different documents.

24       Q    And what documents are those?

25       A    Document between the shareholders at

1                          K. Petrov

2    different times, term sheet, bylaws,

3    shareholders' agreement, other agreements.

4        Q    And where specifically are the

5    limitations contained which would govern Lessno,

6    LLC?

7             MR. CONNOLLY:  I'm going to object to

8    the form but the witness can answer.

9        A    I said these limitations are contained

10   in some of the documents which I mentioned.

11       Q    So, for example, the limitation on

12   buying or selling assets, where is that

13   limitation contained?

14       A    Either in the bylaws or the

15   shareholders' agreement.

16       Q    Okay.  And the limitation on firing or

17   hiring a key employee, where is that limitation

18   contained?

19       A    Also in some of these documents.

20       Q    But you don't know specifically what

21   the limitations are?

22       A    I said that I don't remember exactly in

23   which document are these limitations, but I can

24   look the documents up and I can tell you them.

25       Q    So, Mr. Petrov, how would you know what

1                    K. Petrov

2  actions Lessno, LLC could take on their own?

3          MR. CONNOLLY:  I'm going to object as

4  asked and answered, but the witness can answer

5  again.

6      A    I don't know how to answer to this

7  question, but I know that these provisions are

8  contained in these documents.  These provisions

9  are either in the term sheet or the shareholders'

10 agreement or the bylaws.  After I look up these

11 documents, I can tell you.

12     Q    Mr. Petrov, how would you fulfill your

13 duties as secretary of the advisory board without

14 knowing what the limitations were?

15         MR. CONNOLLY:  I'm going to object to

16 the form.  That wasn't his testimony.

17     Q    You can answer.

18         MR. CONNOLLY:  Before you do that.

19 We'll do this in English.  He didn't say he

20 didn't know what his duties were.  He said,

21 probably for the last ten minutes or so, that the

22 limitations were set forth in various documents,

23 including, but not limited to, the shareholders'

24 agreement, bylaws, if they existed, and a few

25 other documents that you previously referenced.

Capital Reporting Company

1                         K. Petrov

2  He didn't say he didn't know what the laws were.

3              MR. SANCHEZ:  I'll strike the question.

4              It's all right, he doesn't have to

5  answer.

6      Q    Mr. Petrov, can you tell me what the

7  term sheet is that you're referring to?

8      A    This is a preliminary contract between

9  the shareholders.

10             MR. SANCHEZ:  And I'm going to ask you

11  to produce a copy of that term sheet to your

12  attorney so that I can call for production of

13  that.

14      Q    Mr. Petrov, did all of the members of

15  the advisory board meet at the physical location

16  or did some join by telephone?

17      A    Some of the members were available by

18  the phone.

19      Q    And which members were those?

20      A    Different members of different boards.

21      Q    I'm referring to the advisory board of

22  TTS.

23      A    Yes, different boards, different

24  meetings, different people were present at the

25  meeting and different were available on the

1                          K. Petrov

2    phone.

3        Q    Okay.  And it was your duty, as

4    secretary of the advisory board of TTS, to keep

5    the minutes of those advisory board meetings; is

6    that correct?

7        A    It was not my duty, but there were

8    minutes of the meetings.

9        Q    Do you know who prepared the minutes of

10    those meetings?

11        A    For different boards, different people

12    prepared the minutes.

13        Q    And who prepared the agenda for the

14    meetings of the board of TTS?

15        A    Every member of the advisory board can

16    call for a meeting of the board.

17            MS. SHISHKOVA:  And propose an agenda.

18        Q    How was Lessno, LLC governed, between

19    April 2007 and April 2008, when TTS was first

20    formed?

21        A    What do you mean by how?

22        Q    When did NEVEQ first invest in Lessno,

23    LLC.

24        A    In the beginning of 2007.

25        Q    Okay.  And what was your understanding

1                          K. Petrov

2  as to how Lessno, LLC was governed when your

3  company, NEVEQ, invested in Lessno?

4       A     Regarding the managing with the

5  executive director, there were some problems.

6  The business plans were not executed.

7       Q     Were there any governing documents of

8  Lessno, LLC when your company, NEVEQ, invested?

9       A     What documents?

10      Q     Any governing documents.

11      A     There were business plans.  There are

12  three-months reports.

13      Q     Was there a shareholders' agreement?

14      A     I said that Lessno was managed by the

15  advisory board of TTS and basic documents were

16  there.

17      Q     And my question was, prior to the

18  formation of TTS, Lessno had -- excuse me, NEVEQ

19  had invested in Lessno, LLC, they invested in

20  approximately April 2007, and so my question is,

21  how was Lessno governed prior to the formation of

22  TTS?

23           MR. CONNOLLY:  I'll object to the form,

24  but the witness can answer.

25      A     Before TTS, Lessno was managed by the

1                    K. Petrov

2  term sheet and the shareholders' agreement.

3           MS. SHISHKOVA:  Konstantin said that

4  the shareholders' agreement that you produced

5  during this meeting is correct.

6     Q    That shareholders' agreement that is

7  Petitioner's Exhibit-1.

8           MR. CONNOLLY:  Can I have the last

9  question and answer read back please.

10          (The previous four questions and

11  answers were read back by the court reporter.)

12          MR. CONNOLLY:  Go ahead and ask the

13  witness what he meant.  I think that's where

14  you're going, but it is a little vague.

15    Q    Mr. Petrov, to clarify your testimony,

16  you stated that prior to the formation of TTS,

17  Lessno, LLC was governed by the shareholders'

18  agreement, which you've identified as

19  Petitioner's Exhibit-1.

20          MR. CONNOLLY:  I'm going to object to

21  the form.  That wasn't his testimony.  We just

22  had it read back, the question was, how was

23  Lessno governed prior to TTS and he testified the

24  term sheet and the shareholders' agreement.

25          MR. SANCHEZ:  Except Olga said --

1                        K. Petrov

2            MR. CONNOLLY:  Olga may have jumped in,

3    but she is not testifying.

4            MR. SANCHEZ:  Well, then Olga needs to

5    speak or not speak.  I mean, she is interpreting.

6            MR. CONNOLLY:  So why don't you ask him

7    what he meant.

8        Q    Mr. Petrov, can I get your attention,

9    sir.  The question is, prior to the formation of

10   TTS, was Lessno, LLC governed by Petitioner's

11   Exhibit 1, which has been shown to you?

12           MR. CONNOLLY:  And again, I'm going to

13   object to the question in that it is a document

14   that is written entirely in English and the

15   witness testified that he does not read English.

16           MR. SANCHEZ:  And, Olga, can you jump

17   in there.

18           MR. CONNOLLY:  No, Olga is not a

19   witness.  Olga is not testifying.

20           MR. SANCHEZ:  The judge let her be

21   there and she's offering interpretation.

22           MR. CONNOLLY:  Okay.  She can offer

23   interpretation, but if you're asking him to

24   identify a document that's written in a language

25   he can't read, I'm objecting it to.  If you have

1                          K. Petrov

2  a translation in Bulgarian, we'd be happy to have

3  him look at it and identify it.  You can also ask

4  him what he meant by term sheet and shareholders'

5  agreement.  It's up to you.

6            MR. SANCHEZ:  I'm good with all of

7  this, as long as Olga's statements are on the

8  record.

9            MR. CONNOLLY:  Olga is not a witness.

10  You are free to ask him what term sheet and

11  shareholders' agreement he was referring to.  I

12  think that would make it clearer, but if you're

13  asking him questions about the import of a

14  document that's written in a language that he

15  doesn't read...

16            MR. SANCHEZ:  He said he created it.

17            MR. CONNOLLY:  My objection is on the

18  record.

19      Q    Mr. Petrov, what document were you

20  referring to when you said that Lessno, LLC was

21  governed by a shareholders' agreement?  Can you

22  tell me what document that is.

23      A    I said that before the creation of TTS,

24  Lessno was managed by the term sheet and the

25  document which you presented as document Number

1                    K. Petrov

2  1, Exhibit Number 1.

3      Q     Mr. Petrov, the investment by NEVEQ in

4  April 2007, was that a debt or equity investment?

5      A     In the beginning, it was a loan.

6      Q     And did there come a time when it

7  became an equity investment?

8            MR. CONNOLLY:  I'm going to object to

9  the form, but the witness can answer.

10     A     Yes, when TTS was created, the

11 investment was transformed into equity.

12     Q     And how much money did NEVEQ loan

13 Lessno, LLC in April of 2007?

14     A     The investment was done in parts, every

15 quarter, and the agreed upon investment was $3

16 million.

17     Q     And did NEVEQ invest $3 million in

18 Lessno?

19     A     I think this question is not very

20 correct.

21     Q     Is there a document which refers to the

22 investment by NEVEQ in April 2007?

23     A     Yes, there is.

24     Q     And what is the name of that document?

25     A     The first document is the preliminary

1                    K. Petrov

2   agreement term sheet.  After their investment was

3   restructured, a part of the $3 million went in

4   Lessno and another part went in other companies.

5       Q    Which other companies did the

6   investment go into?

7       A    According to the first document,

8   shareholders' agreement, this was EZ Search.

9       Q    And how much money was ultimately

10  invested, out of the $3 million April 2007 loan,

11  in Lessno?

12      A    What date?

13      Q    The April 2007 loan, it was an

14  investment of $3 million, how much went into

15  Lessno?

16      A    April, what year?

17      Q    April 2007.

18      A    In April 2007 was the beginning of the

19  investment to the company.

20      Q    And pursuant to the term sheet, how

21  much money was invested in Lessno and how much

22  money was invested in EZ Search?

23          MR. CONNOLLY:  I have an objection to

24  the form.  Are you asking him how much the term

25  sheet required NEVEQ to invest in Lessno

1                    K. Petrov

2  specifically or are you asking how much did

3  Lessno invest -- I'm sorry, how much did NEVEQ

4  invest in Lessno based upon an understanding of

5  the term sheet?

6          MR. SANCHEZ:  I actually think I

7  probably need to clarify that.  I think it was

8  amended, I think the understanding was.

9          MR. CONNOLLY:  I'm not sure what the

10  term sheet says, if anything, and I'm not sure if

11  that's what you're looking -- if you're looking

12  for how much NEVEQ invested in Lessno.

13          MR. SANCHEZ:  That's really all I want

14  to know.

15     Q    Between April 2007 and May 2009, how

16  much money did NEVEQ invest in Lessno, LLC?

17     A    As a loan, in both companies, we

18  invested four million and a half dollars.

19          MR. SANCHEZ:  Can you ask him to repeat

20  the answer.

21          (The interpreter asked the witness to

22  repeat his answer.)

23     A    Between April 2007 and May 2009, NEVEQ

24  invested in both companies, Lessno and EZ Search,

25  four million and a half dollars.

1                    K. Petrov

2      Q    And was that a loan and equity?

3      A    One part was a loan and the other part

4  was equity.  Bridge loan.  A loan which can be

5  converted into equity.

6      Q    And was that loan converted to equity?

7      A    Yes, it was.

8      Q    What is the allocation of the

9  investment between Lessno and EZ Search?

10     A    As far as I remember, three million in

11 Lessno and a million and a half in EZ Search.

12     Q    And after May 2009, has NEVEQ invested

13 additional funds in Lessno, LLC?

14     A    Yes, there were additional investments.

15     Q    Were those investments loans or -- I'm

16 sorry, go ahead.

17     A    I clarify that under investment, I

18 understand either a loan, which could be

19 converted into equity or equity.

20     Q    How much additional monies were

21 invested?  What is the amount invested since May

22 2009 by NEVEQ?

23     A    We're talking about different time

24 periods, but as far as I can remember, from the

25 beginning of 2009, there were additional

                      K. Petrov

1

2  investment of $800,000.

3      Q    And were those additional investments

4  loans or equity?

5      A    I said that under -- they were made

6  under both loans and equity.

7      Q    And did Lessno convert the loan into

8  equity or did it repay NEVEQ?

9          MR. CONNOLLY:  I'm going to object to

10  the form, but the witness can answer.

11      A    Lessno did not return anything to

12  NEVEQ.  A part was converted into equity.  The

13  other part is still a loan.

14      Q    And what part is still a loan?

15      A    I cannot tell you exactly, I have to

16  look it up.

17      Q    And for the additional investment,

18  beginning of 2009, are there documents that would

19  refer to the investments by NEVEQ into Lessno?

20      A    Yes, there are documents.

21      Q    What are those documents called?

22      A    These are documents about making these

23  investments.

24          MR. SANCHEZ:  I'm going to ask you to

25  provide those documents to your attorney and call

1                          K. Petrov

2    for production, and I'll also call for production

3    of the additional loans made by NEVEQ into Lessno

4    from the beginning of 2009 to the present.

5        Q    Did there come a time that --

6        A    In what capacity can I present these

7    documents?

8             MR. SANCHEZ:  I'll work with his

9    attorney.

10       Q    Mr. Petrov, did there come a time that

11   Mario Sotirov loaned Lessno, LLC money?

12       A    I think this question is not correct.

13       Q    Is there a promissory note between

14   Mario Sotirov and Lessno, LLC for monies owed?

15       A    As of today, there is such a document.

16   This document was never approved at a meeting of

17   the board of directors.  I never knew about what

18   amounts.  And I didn't know under what conditions

19   these loans were given and if this document

20   appeared in Lessno after firing the executive

21   directors of Lessno.

22       Q    Mr. Petrov, was there a meeting held of

23   the TTS advisory board to discuss the loans?

24       A    No.

25       Q    And how do you know that?

1                    K. Petrov

2      A    Because nobody from NEVEQ participated

3  in such meeting of the board.

4      Q    And do you know whether Mario Sotirov

5  actually provided funds to Lessno, LLC?

6      A    Yes, I know, as of today, according to

7  this document.

8      Q    But do you know it as of the finances

9  of Lessno, did Lessno receive the money from

10  Mario Sotirov?

11      A    Please repeat the question.

12      Q    Do you know whether Lessno, LLC

13  received cash from Mario Sotirov?

14      A    I don't know whether it was cash or it

15  was bank transfer.

16      Q    Okay.  But Lessno received into its

17  bank account monies from Mario Sotirov?

18      A    I don't control the bank account of

19  Lessno, but from the contract which arrived in

20  the office backdated, I know that such sum was

21  invested.

22      Q    Okay.  And who would know the finances

23  of Lessno, LLC in May through June 2009?

24      A    Assen Vassilev and Mario Sotirov, who

25  was executive director of Lessno at that time.

1                       K. Petrov

2      Q     And who was the CFO during that time?

3      A     Lessno, LLC?

4      Q     Yes.

5      A     I don't understand the question.

6      Q     Who was the CFO of Lessno, LLC during

7  the period of May through June of 2009?

8      A     Lessno, LLC?

9      Q     Yes.

10     A     Control over the bank account, at that

11 time, had Mario Sotirov and Assen Vassilev.  At

12 that time, there was no CFO of Lessno.

13     Q     And who is Antoeneta Orbetsova?

14     A     She is CFO of Lessno Bulgaria.

15     Q     Who owns Lessno Bulgaria?

16     A     Lessno, LLC.

17     Q     100%?

18     A     Yes.

19     Q     How do you know Antoeneta Orbetsova?

20     A     I know Antoeneta as an employee in a

21 company which I managed years ago.

22     Q     What company was that?

23     A     Telecommunication company.

24     Q     And that was Orbitel?

25     A     Yes.

1                    K. Petrov

2      Q    And how long did you work with

3  Antoeneta at Orbitel?

4      A    About two years.

5      Q    And when did she come to Lessno?

6      A    If I remember correctly, in the second

7  half of 2008.

8      Q    And is she still with Lessno?

9      A    Lessno Bulgaria.

10     Q    And was there an advisory board meeting

11  to discuss hiring Antoeneta?

12     A    Yes, I think there was a meeting of the

13  advisory board about appointing Antoeneta.

14          MR. SANCHEZ:  I'm going to specifically

15  call for production of the minutes of that

16  advisory board meeting.

17          THE WITNESS:  I'm not sure if the

18  document exists.  If there is such a document, I

19  will give it.

20          It is quarter to 8:00 in the evening

21  here, and I suggest to conclude.

22          MR. SANCHEZ:  Can I just get a couple

23  more questions in just to resolve this line of

24  questioning.

25          MR. CONNOLLY:  If that's fine with the

1                              K. Petrov

2    witness, another five or ten more minutes to

3    finish one line of questioning, and then we'll

4    conclude.  Go ahead.

5                THE WITNESS:  We are 45 minutes over

6    the scheduled time.

7                MR. SANCHEZ:  Okay.  Just a couple more

8    minutes.

9        Q    Now, Antoeneta, she was hired by Lessno

10   Bulgaria as the CFO?

11       A    Yes, she was.

12       Q    As an executive officer?

13       A    No.

14       Q    The CFO though is a key employee?

15       A    Yes, it is a key position.

16       Q    Okay.  So we will have -- let me

17   rephrase.

18                So there are going to be minutes of a

19   board meeting of TTS for the hiring of key

20   employees, per your earlier testimony?

21                MR. CONNOLLY:  I'm going to object

22   again.  The witness said that he's not aware --

23   I'll do this in English so I'm not coaching the

24   witness -- I believe the witness's prior

25   testimony was, if there are documents he would

1                    K. Petrov

2  produce them, but I don't think he testified

3  there are documents.

4          MR. SANCHEZ:  I'll strike the question.

5          You don't need to translate that

6  question.

7      Q    Did Antoeneta also have access to the

8  Lessno, LLC bank accounts?

9      A    I said I don't know.

10          MR. SANCHEZ:  Petitioner's Exhibit 2.

11          (Petitioner's Exhibit 2 was marked for

12  identification.)

13          MR. CONNOLLY:  Petitioner's 2, is that

14  written in English or is it written in Bulgarian,

15  what the witness is looking at?

16          MR. SANCHEZ:  I'm not even sure he's

17  looking at anything.

18          Is Mr. Petrov looking at Petitioner's 2

19  for identification?

20      A    Yes, I'm looking at Document Number 5.

21      Q    Is he copied on that cc, K. Petrov?  Is

22  that his e-mail address?  Is he copied on the

23  e-mail as K. Petrov?

24      A    Yes.

25      Q    Okay.  And Antoeneta sent this, it

1                          K. Petrov

2  looks like to Mario Sotirov, and it was copied to

3  Mr. Petrov, and it was sent from Antoeneta in

4  English.

5       A    Yes.  I must have received it.

6       Q    Okay.  Do you recall receiving this in

7  approximately June 2009?

8       A    I don't remember exactly, but if it has

9  my address, I must have received it.

10      Q    Mr. Petrov, turning about three

11 quarters of the way down the page, there are

12 various figures given with monies purportedly

13 transferred.  My question is if you can identify

14 those transactions?

15           MR. CONNOLLY:  I'm going to object to

16 the form.  What do you mean identify?  I don't

17 understand what you mean identify, so I'm not

18 sure how that's coming out in translation.

19           MR. SANCHEZ:  I'll strike the question.

20      Q    Three quarters of the way down the

21 page, it refers to certain banks, BOA and FIB and

22 ING, and my question is if Mr. Petrov is familiar

23 that Lessno maintains bank accounts at BOA, FIB,

24 and ING, as of June 10, 2009.

25           MR. SANCHEZ:  Did you phrase it as a

1                    K. Petrov

2  question?

3           INTERPRETER:  Yes.

4      Q    As of June 10, 2009, did Lessno

5  maintain bank accounts at BOA, FIB and ING?

6      A    I said I never managed the bank

7  accounts of the company.  There must have been

8  such a thing.

9      Q    Are you familiar with whether BOA, FIB,

10  or ING are Lessno, LLC or Lessno Bulgaria

11  accounts?

12           MR. CONNOLLY:  I'll object to the form,

13  but the witness can answer.

14      A    I said I never managed the bank

15  accounts, neither Lessno, LLC nor of Lessno

16  Bulgaria.  I never get access to the bank

17  accounts.

18      Q    My last question.  Final question.  Did

19  anyone explain this e-mail of June 10, 2009 to

20  you?

21           MR. CONNOLLY:  I'll object to the form,

22  but the witness can answer.

23           You don't have to translate that.

24      A    I don't remember.  I cannot answer to

25  this question.  I'm sure we have discussed this

1                        K. Petrov

2    e-mail.  And as you said, this document is dated

3    June 10, 2009, which is much later than the

4    events we talked about.

5           MR. SANCHEZ:  I've got to get one more

6    question in.

7           MR. CONNOLLY:  Final question.

8       Q    Who was the CEO as of June 10, 2009 of

9    Lessno, LLC?

10      A    I think at this time Mario Sotirov was

11   already fired, but I have to look it up.

12      Q    Okay.

13          (Whereupon, at 12:55 p.m., the deposition

14           of KONSTANTIN PETROV was concluded.)

15

16                     *   *   *   *   *

17

18

19

20

21

22

23

24

25

```
 1              C E R T I F I C A T E

 2


 3   STATE OF NEW YORK )
                      ) ss.
 4   COUNTY OF NEW YORK)


 5         I, ELIZABETH WILLESKI, a Registered
     Professional Reporter and Notary Public within
 6   and for the State of New York, do hereby certify:
           That KONSTANTIN PETROV, the witness
 7   whose deposition is hereinbefore set forth, was
     duly sworn by me and that such deposition is a
 8   true record of the testimony given by such
     witness.
 9         I further certify that I am not related
     to any of the parties to this action by blood or
10   marriage and that I am in no way interested in
     the outcome of this matter.
11         IN WITNESS WHEREOF, I have hereunto set
     my hand this 15th day of September, 2010.
12         _____
           ELIZABETH A. WILLESKI, COURT REPORTER
13   My Commission Expires:  February 27, 2014

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    I N D E X

2 WITNESS                EXAMINATION BY        PAGE

3 KONSTANTIN PETROV    MR. SANCHEZ           6

4

5                  E X H I B I T S

6 EXHIBIT              DESCRIPTION           PAGE

7 Petitioner's 1    Shareholders' Agreement   16

8 Petitioner's 2    June 12, 2009 E-mail     67
                    (Exhibits retained.)
9

10

11                R E Q U E S T S
   1.  E-mail noticing the last meeting of the of
12 directors (three months ago).

13 2.  Shareholders' agreement prior to 2009 and

14 bylaws.
   3.  Copies of minutes of the advisory board
15 meetings in Mr. Petrov's position or accessible

16 in Holland.

17 4.  Bylaws of TTS.
   5.  Preliminary contract between shareholders
18 (term sheet).

19 6.  Documents referring to investments by NEVEQ

20 into Lessno converted from loan to equity.
   7.  Any additional loans made to Lessno from
21 NEVEQ.

22 8.  Meeting minutes hiring Antoeneta Orbetsova.

23

24

25

1              E R R A T A   S H E E T

2    Case Name: In re:  Lessno, LLC

3    Depo Date: September 15, 2010
     Deponent:  KONSTANTIN PETROV
4    Page/Line   Now Reads       Should Read     Reason

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19    _____       _____

20    Date                    Signature

21

22

23

24

25

1    A C K N O W L E D G E M E N T   O F   D E P O N E N T

2

3   STATE OF NEW YORK)
                    :ss
4   COUNTY OF NEW YORK)

5           I, KONSTANTIN PETROV, hereby certify
    that I have read the transcript of my testimony
6   taken under oath in my deposition of September
    15, 2010; that the transcript is a true, complete
7   and correct record of what was asked, answered
    and said during this deposition, and that the
8   answers on the record as given by me are true and
    correct.

9

10                          _____

11                          KONSTANTIN PETROV

12

13  SUBSCRIBED AND SWORN BEFORE ME
    THIS___DAY OF_____, 2010.
14

15  _____
    Notary Public
16  My Commission Expires:_____

17

18

19

20

21

22

23

24

25

**$**

**$1,000** 47:11,18,19 48:3

**$10,000** 47:20,23 48:3

**$3** 57:15,17 58:3,10,14

**$800,000** 61:2

**0**

**07652** 2:7

**1**

**1** 16:19,22 17:19 18:19 21:20 55:11 57:2 72:7,11

**10** 68:24 69:4,19 70:3,8

**100%** 64:17

**10017** 1:7

**11021** 2:3

**12** 8:3 72:8

**12:55** 70:14

**15** 1:4 73:3 74:7

**15th** 71:12

**16** 72:7

**2**

**2** 67:10,11,13,18 72:8,12

**20** 32:10

**2007** 10:19,22,25 52:19,24 53:20 57:4,13,22 58:10,13,17,18 59:15,23

**2008** 8:2,6 9:6 25:12,14 52:19 65:7

**2009** 8:3 9:10,18,19 10:11 12:17,19,23

15:23 16:15,17 32:14,18,22 33:3,10 34:4,12 35:8 39:5 59:15,23 60:12,22,25 61:18 62:4 63:23 64:7 68:7,24 69:4,19 70:3,8 72:8,12

**201)845-1000** 2:7

**2010** 1:4 30:24 71:12 73:3 74:7,14

**2014** 71:13

**21** 17:5,7 18:8

**221** 3:3

**27** 71:13

**290** 2:6

**295** 2:3

**3**

**3** 23:12 72:14

**3.01B** 24:4

**301** 2:3

**3116** 3:10

**3-Management** 23:21

**4**

**4** 2:6 72:16

**45** 66:5

**5**

**5** 67:20 72:17

**516)417-8525** 2:4

**6**

**6** 21:20,22,24 23:11,21 72:3,18

**60** 3:10

**67** 72:8

**7**

**7** 72:20

**757** 1:6

**8**

**8** 72:21

**8:00** 65:20

**80** 2:6

**9**

**9:30** 1:4

**A**

**a.m** 1:4

**abbreviate** 17:25

**able** 29:20 37:18

**accept** 14:9

**acceptable** 4:10

**access** 37:8,10,15,19 38:4 67:7 69:16

**accessible** 72:14

**accordance** 24:6 38:8

**according** 34:23 58:7 63:6

**account** 28:9 63:17,18 64:10

**accountant** 7:23

**accounts** 67:8 68:23 69:5,7,11,15,17

**action** 3:7 71:10

**actions** 38:7 44:17 50:2

**activities** 26:7

**actually** 18:22 24:24 59:6 63:5

**addition** 3:5

**additional** 60:13,14,20,25

61:3,17 62:3 72:20

**address** 31:24,25 32:4,8 67:22 68:9

**advisement** 28:7,13 29:15 33:16 43:19

**advisors** 35:14,18 36:3 38:10,12 39:16,18 42:3 44:16

**advisory** 13:12 32:19,21 33:2,9 34:5,12,24,25 35:7,9 37:4,12 38:17 39:6,7 40:19 41:3,8,11,13,15 42:21 45:4 46:12,17,23 47:3,13 48:17 50:13 51:15,21 52:4,5,15 53:15 62:23 65:10,13,16 72:14

**affairs** 24:5 32:17

**against** 26:7

**agenda** 27:4 35:11 36:11 40:5 52:13,17

**agendas** 36:21

**ago** 25:12 29:4 64:21 72:11

**agreed** 57:15

**agreeing** 28:11

**agreement** 18:14,21 19:2,11,16,18,21 20:5 22:16 24:18 27:15,23 28:5,18,24 29:3 33:11,14,22,25 35:3 41:23,25 42:22,24 43:13

44:8,11,14
48:10,18 49:3,15
50:10,24 53:13
54:2,4,6,18,24
56:5,11,21 58:2,8
72:7,12

**agreements** 4:3
49:3

**ahead** 11:5 17:13
40:12 54:12
60:16 66:4

**allocation** 60:8

**allowed** 15:4

**alone** 29:21

**already** 15:10 20:6
28:5 70:11

**am** 9:15 10:12 12:7
36:15 71:9,10

**amended** 59:8

**amount** 60:21

**amounts** 62:18

**Ani** 19:5

**answer** 5:5 6:15
7:10 8:23 11:3
13:24,25
14:10,20 15:4
17:12,13 19:14
21:11,25 23:16
24:24 25:2 27:12
34:8,16 36:18
43:9,24 45:14
49:8 50:4,6,17
51:5 53:24 54:9
57:9 59:20,22
61:10
69:13,22,24

**answered** 43:8 50:4
74:7

**answers** 4:16 7:3
54:11 74:8

**Antoeneta**
64:13,19,20
65:3,11,13 66:9
67:7,25 68:3

72:21

**anyone** 4:7,8 5:1
12:22,25 21:5
69:19

**anything** 7:24
59:10 61:11
67:17

**Apart** 5:8

**apologize** 7:3

**appeared** 62:20

**applicable** 24:6

**apply** 31:8,9

**appointing** 65:13

**appointment** 45:10
46:19 47:4

**approval** 45:4
46:13,17,23
47:3,8,13,24

**approve** 44:17

**approved** 46:15,16
62:16

**approximately**
53:20 68:7

**April** 52:19 53:20
57:4,13,22
58:10,13,16,17,1
8 59:15,23

**architecture** 7:17

**arrived** 63:19

**Article** 23:12,21

**aside** 16:10

**Assen** 19:5,6,8
32:23 63:24
64:11

**assets** 15:3,6
47:7,11,13 49:12

**assisting** 5:25

**attempt** 23:16

**attention** 21:20
44:3 55:8

**attorney** 3:13 14:9

28:2 29:12 33:13
37:13,22 43:17
51:12 61:25 62:9

**attorneys** 3:2

**available** 51:17,25

**Avenue** 1:7

**aware** 66:22

―――――――――
B
**backdated** 63:20

**background** 7:6
13:17

**bank** 28:9
63:15,17,18
64:10 67:8 68:23
69:5,6,14,16

**BANKRUPTCY**
1:1

**banks** 68:21

**bar** 3:6

**based** 59:4

**basic** 37:3 48:11,14
53:15

**Basically** 26:3
35:25

**became** 57:7

**begin** 4:1 9:16

**beginning** 4:25 8:2
9:19 52:24 57:5
58:18 60:25
61:18 62:4

**begun** 3:9

**behalf** 2:2,5

**believe** 17:18
20:6,17 28:4
29:24 66:24

**besides** 14:22

**best** 27:21

**beyond** 13:21 22:11

**bit** 20:12,23 22:19

**blood** 71:10

**BOA** 68:21,23
69:5,9

**board** 8:4
9:5,7,9,11,17,20,
24,25 10:4,11,12
13:12
16:10,16,18 24:4
26:2,10,23 27:4
28:15,19,20
29:5,7,10,17,19,2
0 30:3 31:3,5,10
32:15,20,21
33:3,4,5,9
34:3,5,13,24,25
35:2,7,9,14,17
36:3,21 37:4,13
38:10,11,17,22
39:7,16,18
40:5,15,18,19
41:4,6,8,11,14,15
,17,19 42:2,21
43:4 44:16,24
45:4 46:13,17,23
47:3,13,23 48:17
50:13 51:15,21
52:4,5,14,15,16
53:15 62:17,23
63:3 65:10,13,16
66:19 72:14

**boards** 51:20,23
52:11

**Bobochikova** 19:9
32:24

**books** 36:25 38:25

**born** 6:22

**borrowing** 47:6

**Boulevard** 2:3

**break** 42:12

**Bridge** 60:4

**brief** 14:17 42:15

**broad** 15:12

**building** 7:18 26:15
31:22 32:7

**Bulgaria** 4:8 5:2,22
7:15 8:20 20:22

23:6 30:16 31:18,19 37:7 64:14,15 65:9 66:10 69:10,16

**Bulgarian** 2:8 6:1,3 11:13 14:13,19 24:21 35:4,6 56:2 67:14

**business** 1:6 16:7 24:5 45:20 46:14 53:6,11

**buy** 47:11

**buying** 47:7 49:12

**bylaws** 27:6,7,16,18,20,2 3 28:8,9,10,25 42:23,25 43:2,6,12,16 44:6,7,14 48:10,18 49:2,14 50:10,24 72:13,16

---

**C**

**C.P.L.R** 3:2,11

**capacity** 9:20,22 62:6

**Capital** 1:7

**capitalized** 22:9

**case** 4:19 14:8,23 40:24 73:3

**cash** 63:13,14

**cc** 67:21

**center** 1:6 32:6

**central** 38:24 39:4

**CEO** 70:8

**certain** 31:6 40:20 44:17 45:23 46:10 68:21

**certify** 71:6,9 74:5

**CFO** 64:2,6,12,14 66:10,14

**chairman**

9:23,24,25 10:3,6,8,12 26:2 29:20 33:5

**charge** 3:14

**City** 5:21

**clarify** 43:19 54:15 59:7 60:17

**clarity** 5:20

**clear** 4:25 6:13 18:18 33:24 34:18 47:22

**clearer** 56:12

**clearly** 10:10

**clients** 4:18

**clue** 24:21

**coach** 17:21

**coaching** 40:12 45:18 66:23

**com** 5:23

**coming** 68:18

**Commission** 71:13 74:16

**communicated** 36:22

**companies** 11:20 12:20 13:10,11,13,14 14:5,25 15:6 20:7,8,15,21 47:6 58:4,5 59:17,24

**company** 1:7 8:6,8,9,15 11:9,13 14:6,7,21 15:21,22 16:4 18:16,25 19:12,22 20:6,16 21:9,23,24 22:9,23 23:12,13,21,22 24:5,6,9,11 25:4,13,16,18,20 26:7 27:19 32:4,17,19 48:12 53:3,8 58:19

64:21,22,23 69:7

**complete** 38:16 74:7

**completed** 6:25

**composed** 16:16

**conclude** 65:21 66:4

**concluded** 70:14

**conditions** 62:18

**Conduct** 3:3

**confined** 14:2

**confusing** 20:9,23

**connected** 5:22

**connection** 4:18 14:23

**Connolly** 2:5 4:1,14,23 5:6,11,15 7:2 8:21 10:5 11:2 13:16,25 14:12,18 15:15,24 17:11,17,24 18:2,17 19:13,23 20:3,13,17 21:10,25 22:5,22 23:4,7,10,15 24:8,17 25:19,24 27:11 28:4,11 29:14 33:15 34:7,15 36:17 40:10 43:7,18 45:6,13,17 46:2 47:21 49:7 50:3,15,18 53:23 54:8,12,20 55:2,6,12,18,22 56:9,17 57:8 58:23 59:9 61:9 65:25 66:21 67:13 68:15 69:12,21 70:7

**constituted** 42:6

**contact** 15:5

**contained** 49:5,9,13,18 50:8

**context** 4:6

**contract** 51:8 63:19 72:17

**contracts** 47:5

**control** 5:12 26:3 63:18 64:10

**controlled** 3:11

**conversation** 17:15

**convert** 61:7

**converted** 60:5,6,19 61:12 72:19

**cooperative** 13:9 33:18,22 34:24

**copied** 67:21,22 68:2

**copies** 35:16,22 37:12,14,16 39:15,17 72:14

**copy** 3:12 28:3 38:16 51:11

**CORPORATE** 1:6

**corporation** 8:20

**correct** 5:13,14 33:20 34:14 38:18,19 44:18 52:6 54:5 57:20 62:12 74:7,9

**correctly** 65:6

**counsel** 3:10 5:4,20 14:13,19 17:15 23:3

**COUNTY** 71:4 74:4

**couple** 13:17 20:21 65:22 66:7

**court** 1:1 21:16 36:9 39:13 43:25 44:22 45:9 54:11 71:13

**Court's** 4:11,22

**cover** 25:7

**covered** 4:22

**CPA** 7:23

**create** 23:20

**created** 22:4
23:24,25
24:3,15,17,20
25:2,13,18
48:19,20,21
56:16 57:10

**creation** 21:6 35:15
47:6 48:22 56:23

**Culture** 31:23

**currently** 5:2
10:6,8 15:21

**curtailed** 7:7

_____

D

**date** 1:4 10:18,20
26:11 30:23
58:12 73:3,20

**dated** 70:2

**day** 24:14 45:21
71:12

**days** 3:10

**debt** 57:4

**decide** 46:12

**decision** 42:5,10

**decisions** 29:21
36:14 40:20,22
41:23 42:21
44:24 45:2,21
46:8 47:7,10 48:2

**deemed** 3:10

**defined** 22:18 24:9

**definition** 22:23
25:16

**degrees** 7:12,14

**Depo** 73:3

**Deponent** 73:4

**deposition** 1:5
3:7,9,11 4:3,6,21
5:3,12 7:4 70:13
71:7,8 74:6,8

**Depositions** 3:3

**Deputy** 9:24

**describe** 18:19,20

**described** 29:2

**DESCRIPTION**
72:7

**determination**
46:9,21

**developed** 48:14

**difference** 8:24
35:2

**different** 20:21
28:24 40:8,18
48:20,23 49:2
51:20,23,24,25
52:11 60:23

**director** 46:9 53:5
63:25

**directors** 8:4
9:5,7,9,12,17,21,
24 10:2,4,11,13
16:16,18 26:10
27:5 28:16,19
29:8,17,18
31:3,11 32:16
34:5,13 62:17,21
72:11

**disagreeing** 28:12

**disclosing** 4:5

**discovery** 4:12

**discretion** 15:13

**discuss** 31:6,7
40:18 41:5 62:23
65:11

**discussed** 35:12
69:25

**discussions** 5:7

**DISTRICT** 1:1

**Dittrich** 2:8

**document**
17:2,9,20,22
21:4,7,8,17
22:4,7,11,18
23:14,20,22,24,2
5 24:3,10,13
25:2,13,16 27:24
28:23 32:2
44:9,12,13,15
48:25 49:23
55:13,24
56:14,19,22,25
57:21,24,25 58:7
62:15,16,19 63:7
65:18 67:20 70:2

**documents** 22:14
24:19 27:10,14
33:8 34:23
37:3,9,19,20,23
38:2,4,6,21,23
48:6,7,8,11,13,14
,21,23,24
49:10,19,24
50:8,11,22,25
53:7,9,10,15
61:18,20,21,22,2
5 62:7 66:25 67:3
72:18

**dollars** 59:18,25

**done** 57:14

**drive** 41:10

**duly** 6:2 71:8

**during** 54:5 64:2,6
74:8

**Dutch** 38:8

**duties** 25:25
50:13,20

**duty** 52:3,7

_____

E

**earlier** 66:20

**earn** 7:14

**easier** 20:25

**East** 2:6

**EASTERN** 1:1

**economy** 7:13,16

**education** 6:25

**effect** 33:9

**either** 42:23 43:20
48:9 49:14 50:9
60:18

**ELIADES** 2:6

**Elizabeth** 1:7
71:5,13

**else** 11:4 12:22,25
37:19 45:12,16
46:7

**e-mail** 29:9,12,13
31:7 35:24,25
36:11,15,22
39:21 40:6
67:22,23 69:19
70:2 72:8,11

**Emaneiluva** 2:11
5:25

**employee** 45:10
46:20 47:5 49:17
64:20 66:14

**employees** 41:2
46:10,21 66:20

**engineering** 7:13

**English** 17:2,22
18:3,4,5
22:7,8,12,18
24:13,18 34:19
35:4,6 45:7,18
50:19 55:14,15
66:23 67:14 68:4

**entering** 47:5

**entirely** 55:14

**entities** 8:18 14:25
16:7

**equity** 57:4,7,11
60:2,4,5,6,19
61:4,6,8,12 72:19

**error** 11:11

ESQ 2:2,5

evening 65:20

events 70:4

everybody 32:7

everyone 4:4 20:25

everything 13:20 25:7

evidence 15:14

exact 26:11 30:23 31:25 32:8 44:13

exactly 24:11 35:5 44:9 46:24 48:4 49:22 61:15 68:8

examination 3:4,6,9,13 6:4 15:19 42:16 72:3

examined 3:8,13 6:3

example 40:13 45:10,15 47:4,10 49:11

except 3:4 4:18 54:25

excuse 11:10 23:2 53:18

executed 53:6

executive 46:9 53:5 62:20 63:25 66:12

Exhibit 16:19,22 55:11 57:2 67:10,11 72:7

Exhibit-1 54:7,19

existed 50:24

existing 20:20

exists 65:18

Expires 71:13 74:16

explain 20:12 69:19

explained 16:17 21:5 39:20

extent 7:5 28:6

EZ 16:5 20:22 58:8,22 59:24 60:9,11

Ezekiev 16:14 29:22

_____

F

failure 3:5,9

fair 13:19 14:25

familiar 68:22 69:9

faster 24:25

February 71:13

FIB 68:21,23 69:5,9

figures 68:12

filing 3:11

Final 69:18 70:7

Finally 16:6

finances 63:8,22

fine 22:16 65:25

finish 6:14 11:3 16:24 66:3

fired 70:11

firing 47:4 49:16 62:20

firm 8:10 10:24 11:11,23

firms 11:20

first 6:2 8:11 9:8,16 10:14,25 14:6 52:19,22 57:25 58:7

five 66:2

flavor 45:19,24

form 3:4 8:22 19:13 20:10 22:2 27:11 34:8,16 40:11 45:14 46:3 49:8 50:16 53:23 54:21 57:9 58:24 61:10 68:16

69:12,21

FORMAN 2:6

formation 53:18,21 54:16 55:9

formed 10:15 48:19 52:20

forth 28:17 50:22 71:7

free 56:10

fulfill 50:12

functions 26:4

fund 11:25

funds 11:21 60:13 63:5

furnished 3:13

_____

G

gets 20:23

getting 13:19 15:2 46:12,23

given 4:17 20:11 26:17,23 29:6 36:3,11,12,15 40:24 62:19 68:12 71:8 74:8

govern 49:5

governed 27:6,10 32:17 34:12 43:12 44:6,7 52:18 53:2,21 54:17,23 55:10 56:21

governing 33:8 34:3 48:11 53:7,10

governs 21:8

Great 2:3

guess 24:12

Gyoshen 32:25 33:7

_____

H

half 59:18,25 60:11 65:7

hand 71:12

handed 24:20

handing 24:18

happy 56:2

haven't 28:6

having 6:1,2 17:14 22:6

hear 11:6 23:17 34:10 46:4

heard 27:16,18

held 1:6 26:13,15 29:4,8 31:16 41:4,8,14 62:22

he'll 15:4 36:18

helped 23:20

helping 5:9

hereby 3:1 71:6 74:5

hereinbefore 71:7

Here's 19:23

hereto 3:2

hereunto 71:11

he's 22:7 66:22 67:16

Higher 7:17

highest 6:24

hired 66:9

hiring 49:17 65:11 66:19 72:21

hold 41:15

Holland 36:24 37:5,9,15,24 38:5,6 72:15

HOLT 2:6

hundreds 45:21

_____

I

I'd 25:10 34:20

**identification** 16:20 67:12,19

**identified** 20:20 54:18

**identify** 55:24 56:3 68:13,16,17

**I'll** 14:16 18:24 19:13 20:24 22:20,25 26:21 27:11 28:6,12 29:14 33:13,15 45:17 51:3 53:23 62:2,8 66:23 67:4 68:19 69:12,21

**I'm** 4:14 6:6,9,13 8:21 10:7,18,19 11:2,23 17:4,11 18:22 19:25 20:10 21:19 22:2,6 24:23 27:25 28:2,11 29:11,12 33:12 34:7,14,15 35:21 37:11,13 40:10,11 43:7,15 45:13,18,20 47:22 49:7 50:3,13 51:10,21 54:20 55:12,25 56:6 57:8 59:3,9,10 60:15 61:9,24 65:14,17 66:21,23 67:16,20 68:15,17 69:25

**import** 56:13

**important** 36:14,20 40:5,7 42:21 44:17 45:24,25

**inception** 35:20

**include** 4:7

**includes** 38:15

**including** 3:3 4:4 45:21 50:23

**incorrect** 8:14

**INDEX** 72:2

**individuals** 20:20

**ING** 68:22,24 69:5,10

**initial** 17:25

**Institute** 7:16,17

**institutes** 7:15

**intend** 21:18

**intended** 22:14 25:5

**intention** 17:21 25:23

**interest** 5:18 15:6

**interested** 71:10

**interests** 26:8

**internal** 28:18

**internet** 5:23

**interpose** 19:25

**interpretation** 55:21,23

**interpreter** 2:9 6:1,3 19:24 59:21 69:3

**interpreting** 55:5

**invest** 52:22 57:17 58:25 59:3,4,16

**invested** 13:9 53:3,8,19 58:10,21,22 59:12,18,24 60:12,21 63:21

**investment** 10:19,22,24,25 11:8,19,21,23,25 12:14 57:3,4,7,11,14,15 ,22 58:2,6,14,19 60:9,17 61:2,17

**investments** 12:8,9 13:11 24:2 25:5 60:14,15 61:3,19,23 72:18

**involved** 4:4 20:15

**issue** 40:14

**issues** 20:11 31:7 35:11 36:20 40:5,8,18 41:5

**it's** 4:11,20 14:23,24 19:21 24:23 29:5 31:15 32:14 33:24,25 40:23 44:14 51:4 56:5

**I've** 21:2 24:20 70:5

**J**

**Jersey** 2:7

**job** 38:11

**Joe** 15:25

**join** 42:20 51:16

**JOSEPH** 2:2

**judge** 15:5,9,11,12 55:20

**jump** 55:16

**jumped** 55:2

**June** 8:3 12:17,19,23 15:23 16:15,17 32:14,17 33:3,10 34:4,12 35:8 39:5 63:23 64:7 68:7,24 69:4,19 70:3,8 72:8

**K**

**key** 45:11 47:5 49:17 66:14,15,19

**kinds** 45:2

**knew** 62:17

**knowledge** 27:21 35:24

**known** 8:19 16:2

**Konstantin** 1:5 5:23 34:10 54:3

70:13 71:7 72:3 73:4 74:5,11

**L**

**language** 55:24 56:14

**last** 4:2 17:17 18:2 25:19 26:9 29:5,16 30:13 50:21 54:8 69:18 72:11

**late** 7:3

**later** 70:3

**law** 24:6 38:7

**laws** 38:8 51:2

**lead** 15:13

**least** 20:7 44:24

**leave** 30:22,24

**Lessno** 1:2 6:8 8:4,6,18,19,20,25 9:3,4,7,8,12,17 10:4,11,14,16 11:16 12:18,19,23 13:2,18,20 14:6,9,22,24 15:2,3 16:10,18 19:4,17,19 20:18,22 24:7 26:2 27:6,7,10,20 29:18 30:8,9,11,12 31:4,18,19 32:9,15 34:4,11,14 40:17,21,25 41:3,11 43:2,3 44:17 45:3 46:12,15,22 47:2,11 48:2 49:5 50:2 52:18,22 53:2,3,8,14,18,19 ,21,25 54:17,23 55:10 56:20,24 57:13,18 58:4,11,15,21,25

59:3,4,12,16,24
60:9,11,13
61:7,11,19
62:3,11,14,20,21
63:5,9,12,16,19,2
3,25
64:3,6,8,12,14,15
,16 65:5,8,9 66:9
67:8 68:23
69:4,10,15 70:9
72:19,20 73:3

**level** 6:24

**limitation**
49:11,13,16,17

**limitations**
47:15,17 48:5
49:5,9,21,23
50:14,22

**limited** 50:23

**limits** 4:11 47:10

**line** 65:23 66:3

**litigation** 4:7

**little** 54:14

**live** 6:20,21

**LLC** 1:2 2:6 6:8
8:20 9:3,5,12,17
10:4,14,16 11:16
12:18,20,23 13:2
14:6,22,24 15:2
16:5,10 19:17
20:18,22 24:7
26:2 27:8
30:8,9,11,12
34:4,11,14 44:17
45:3 46:12 49:6
50:2 52:18,23
53:2,8,19 54:17
55:10 56:20
57:13 59:16
60:13 62:11,14
63:5,12,23
64:3,6,8,16 67:8
69:10,15 70:9
73:3

**loan** 57:5,12
58:10,13 59:17

60:2,3,4,6,18
61:7,13,14 72:19

**loaned** 62:11

**loans** 60:15 61:4,6
62:3,19,23 72:20

**located** 30:11 31:19

**location** 31:11
36:23 38:24
51:15

**long** 35:13 56:7
65:2

**longer** 30:20

**LP** 12:21

**lunch** 45:22

_____

M

**maika** 8:10,11,15
11:9,14

**maintain** 35:16
37:16 38:11,16
69:5

**maintained** 14:22

**maintains** 38:20
68:23

**manage** 13:12 24:5
25:20

**managed** 8:7,9,14
9:5 32:19 43:3
53:14,25 56:24
64:21 69:6,14

**management** 21:23
23:12,13

**manager** 11:19,23
12:6

**managing** 12:7,10
25:18 34:25
44:12 53:4

**manner** 40:3

**Mario** 2:9 19:4,8
32:24 62:11,14
63:4,10,13,17,24
64:11 68:2 70:10

**marked** 16:19

67:11

**marriage** 71:10

**master's** 7:12

**materials** 4:12

**matter** 71:11

**matters** 40:25

**may** 3:7 22:11
35:22 55:2
59:15,23
60:12,21 63:23
64:7

**maybe** 23:17 32:10

**mean** 7:21 9:22
10:16 26:5 27:7
37:10 41:9 48:15
52:21 55:5
68:16,17

**means** 22:10 27:17

**meant** 25:4,17
54:13 55:7 56:4

**meet** 29:18 44:16
51:15

**meeting**
26:10,13,18,24
28:15,20
29:5,7,16,19
31:3,10 35:9 39:6
41:3,14,15,18
42:9 51:25 52:16
54:5 62:16,22
63:3 65:10,12,16
66:19 72:11,21

**meetings**
31:13,14,16,17
35:11,12,17
36:11,14,21
39:16,20 40:6,20
41:7 51:24
52:5,8,10,14
72:14

**member** 7:19 8:3
32:23 42:8 52:15

**members** 16:9
26:23 28:19

29:7,10 31:5
38:22 41:11,17
42:2
51:14,17,19,20

**memory** 32:3

**mention** 21:2

**mentioned** 49:10

**met** 35:7

**meters** 32:10

**MICHAEL** 2:5

**middle** 9:10,18,19
10:11 21:22,24
23:11,20

**Mike** 23:2

**million** 57:16,17
58:3,10,14
59:18,25
60:10,11

**minute** 14:12,14

**minutes** 37:4,6,7,12
38:17 50:21
52:5,8,9,12 65:15
66:2,5,8,18
72:14,21

**moment** 9:6,15
12:13 17:16
27:22 31:20,21
32:12 47:16

**monetary** 47:9

**money** 47:6 57:12
58:9,21,22 59:16
62:11 63:9

**monies** 60:20 62:14
63:17 68:12

**monitor** 26:6

**monitoring** 5:7

**months** 26:12 29:4
72:11

**morning** 6:7

**motion** 3:6

**move** 3:4,5 24:24

---
N
---

**Nadia** 2:11 5:8,25

**National** 31:22

**nature** 4:5

**nearly** 25:12

**necessary** 38:8 42:4

**Neck** 2:3

**Nedyalkov** 16:14 29:22

**negotiate** 12:8

**neither** 69:15

**NEVEQ** 10:21 11:23 12:6,11,14,15,21 13:5 19:3 20:17 26:16 29:23 30:5,6,17,18,19,22 31:16,18 41:12 42:9,11,20 44:25 47:8 52:22 53:3,8,18 57:3,12,17,22 58:25 59:3,12,16,23 60:12,22 61:8,12,19 62:3 63:2 72:18,20

**nobody** 63:2

**non-key** 46:10,21

**nor** 69:15

**Northern** 2:3

**Notary** 1:8 3:8 6:2 71:6 74:16

**note** 5:16 7:4 22:9 62:13

**nothing** 38:13

**notice** 1:6 29:5,6,9 35:8 39:6 41:16

**notices** 26:17,22 28:14 35:10,17,23 36:2,10,13,15

38:17 39:16,18,21,22,2 5 40:2,3,4,7,24

**noticing** 72:11

**noting** 46:2

---
O
---

**oath** 42:18 74:6

**object** 3:3,5 8:21 15:5 17:11 19:13 20:10 22:2 27:11 34:7,15 40:10 43:7 45:13 49:7 50:3,15 53:23 54:20 55:13 57:8 61:9 66:21 68:15 69:12,21

**objecting** 55:25

**objection** 19:25 20:3 23:5,15 24:8,23 45:17 46:2 56:17 58:23

**obtained** 47:2

**occur** 31:11

**offer** 55:22

**offering** 55:21

**office** 5:25 26:15,16 31:22 36:23 38:7 40:14,17 63:20

**officer** 66:12

**offices** 41:2,3,11,12

**official** 34:23

**officially** 8:7

**Okay** 4:1,23 5:6,11,19 6:17,18,22 7:19 8:2,25 9:8 10:3 11:24 12:5 14:15,16 15:8,20 17:9 18:15,17 23:10 25:11 27:14,20 31:2 32:14 34:3 36:2 37:8 39:15

40:16,19 42:14 46:16,25 47:9 48:8 49:16 52:3,25 55:22 63:16,22 66:7,16 67:25 68:6 70:12

**Olga** 2:10 5:24 17:15 25:10,19 54:25 55:2,4,16,18,19 56:9

**Olga's** 56:7

**open** 28:9

**operation** 21:9

**opportunity** 14:19

**Orbetsova** 64:13,19 72:21

**Orbitel** 64:24 65:3

**order** 4:12,22 6:13 28:19 42:9 45:22

**organization** 11:16

**organizations** 7:20,22 11:17,18

**original** 3:9,11

**others** 31:18

**otherwise** 4:17 5:7

**outcome** 71:11

**outside** 4:6,13,17

**owed** 62:14

**owned** 15:2

**owner** 20:18

**owners** 12:17,19 13:6 15:3

**owns** 13:4,15,18 14:5,21 64:15

---
P
---

**p.m** 70:14

**page** 17:4,7 18:8 21:20,22,24 23:11,20 68:11,21 72:3,7

**Page/Line** 73:4

**Palace** 31:23

**Paramus** 2:7

**parent** 8:15 11:13

**participated** 21:6 63:2

**particular** 21:9,23

**parties** 3:2 4:17 5:1,2,20 25:23 71:10

**partner** 12:15

**partners** 12:7,10,12

**passed** 25:15

**past** 30:17

**Pavel** 16:14 29:22 30:6

**people** 16:13 32:11,12 41:14 51:24 52:11

**per** 34:6 66:20

**period** 8:3 64:7

**periods** 60:24

**person** 5:9

**personal** 31:14

**personally** 38:4

**persons** 15:7

**Petar** 16:14 29:22 30:7,12,15,16,17, 19,22

**Petitioner** 2:2

**petitioners** 1:6 5:5 15:12

**Petitioner's** 16:19,22 17:19 18:19 21:20 54:7,19 55:10 67:10,11,13,18 72:7,8

**Petrov** 1:5 5:24 6:6,19 7:1,11 8:1,17 9:1

10:1,14,21
11:1,5,15 12:1
13:1 14:1,4,10
15:1,20
16:1,6,9,21
17:1,13,14
18:1,5,11,13
19:1,6,22 20:1
21:1,4,19 22:1,3
23:1,11,19 24:1
25:1,25 26:1,5
27:1 28:1,2,14,21
29:1 30:1 31:1
32:1 33:1,17 34:1
35:1,13 36:1 37:1
38:1,3,9 39:1
40:1 41:1 42:1,17
43:1 44:1,2 45:1
46:1,11 47:1 48:1
49:1,25 50:1,12
51:1,6,14 52:1
53:1 54:1,15
55:1,8 56:1,19
57:1,3 58:1 59:1
60:1 61:1
62:1,10,22 63:1
64:1 65:1 66:1
67:1,18,21,23
68:1,3,10,22 69:1
70:1,14 71:7 72:3
73:4 74:5,11

**Petrov's** 72:14

**phone** 31:6 51:18
52:2

**phonetic** 7:16,17

**phrase** 68:25

**physical** 31:11
51:15

**plan** 46:15

**plans** 53:6,11

**please** 6:9,16 11:14
14:11,14 19:24
25:25 36:5 46:18
54:9 63:11

**plenty** 24:19

**point** 22:23 24:10

**position** 14:9 15:16
45:11 66:15
72:14

**possible** 35:6 40:6
41:24 42:3

**precise** 8:5 29:25

**preliminary** 51:8
57:25 72:17

**prepared**
52:9,12,13

**presence** 42:11

**present** 2:8 41:18
42:3,9 51:24
62:4,6

**presented** 56:25

**presently** 6:19
11:15 12:11,25
16:11

**pressures** 7:5

**previous** 5:9 21:15
36:8 43:24 54:10

**previously** 50:25

**prior** 15:23 16:15
26:24 28:15
29:16
32:14,17,22
33:3,9 34:4,12
35:8 39:5
53:17,21
54:16,23 55:9
66:24 72:12

**probably** 15:9
50:21 59:7

**problem** 22:5 25:6

**problems** 53:5

**procedure** 31:2

**procedures** 31:8,9

**proceed** 15:17

**proceedings** 4:5,15
5:3 13:22

**produce** 37:12,14
51:11 67:2

**produced** 28:5 54:4

**production** 28:3
29:13 33:14
43:16 51:12 62:2
65:15

**productive** 7:8

**professional**
7:20,21 71:6

**promissory** 62:13

**propose** 52:17

**provide** 23:3 25:8
28:2 29:12 33:13
37:18 43:17
61:25

**provided** 3:2,10
4:12 63:5

**provisions** 50:7,8

**Public** 1:8 3:8 6:2
71:6 74:16

**purchase** 47:12

**purportedly** 68:12

**pursuant** 1:6 41:13
58:20

--------

**Q**

**quarter** 57:15
65:20

**quarters** 68:11,20

**question** 3:4,5
6:9,10,12,14 7:10
8:5,22 9:14
10:7,9 13:24
14:11,21 15:24
17:18 19:15,25
20:2,4,9,23,24
21:3,12,14,15
22:21 23:8,22
26:20 30:4,10
32:16
34:10,11,18,19,2
1 36:5,8 37:18
38:3
39:2,9,11,12,24
43:10,20,23,24

**produced** 28:5 54:4

44:21 45:5,8
46:6,17,18 47:22
48:3,16 50:7 51:3
53:17,20 54:9,22
55:9,13 57:19
62:12 63:11 64:5
67:4,6
68:13,19,22
69:2,18,25 70:6,7

**questioning** 4:2
65:24 66:3

**questions** 4:16
6:7,17 7:6 13:17
15:13 17:25
18:23 31:6 54:10
56:13 65:23

**quorum** 42:7

--------

**R**

**Ralitza** 19:9 32:24

**RAVIN** 2:6

**re** 1:2 73:3

**Reads** 73:4

**really** 40:23 46:6
59:13

**re-asked** 34:21

**Reason** 73:4

**recall** 68:6

**receive** 63:9

**received** 63:13,16
68:5,9

**receiving** 68:6

**recess** 14:17 42:15

**recollections** 22:13

**record** 5:20 6:13
14:14 15:10
18:18 21:11
42:17 43:19
56:8,18 71:8
74:7,8

**records** 36:25
38:11,15,20,25
39:8

refer 23:23 61:19

reference 22:10

referenced 23:14
50:25

references 20:19

referring 8:17 9:2
17:18 21:24 24:7
43:2 48:9 51:7,21
56:11,20 72:18

refers 21:22 57:21
68:21

refresh 32:3

regard 20:10

regarding 6:7
13:20 26:17
35:9,17 53:4

registered 8:7
19:20 30:13 71:5

re-interpreted 20:2

related 71:9

relationships 21:17

relevance 15:11

relevant 14:8

remain 10:3,7
42:18

remaining 39:22

remember 25:3
33:19 35:5 48:4
49:22 60:10,24
65:6 68:8 69:24

repay 61:8

repeat 5:17 19:15
34:9 36:18 39:9
43:10,22 44:19
45:5 46:18 48:15
59:19,22 63:11

rephrase 6:10
18:24 22:20
26:21 66:17

reporter 21:16 36:9
39:13 43:25
44:22 45:9 54:11

71:6,13

Reporting 1:7

reports 53:12

request 37:17

require 47:13

required 26:23
28:15 44:16
58:25

requirement
28:16,23 41:20
42:8,20

requiring 47:23

reservations 5:16

reserved 3:4,6

resolve 65:23

respective 3:2

respond 6:15

Respondent 2:5

response 6:16
37:17 43:21

restroom 42:13

restructured 58:3

re-translated 23:5

return 3:9 61:11

revealed 4:13

rights 3:2,10 5:16

role 9:23 12:5,8
13:10 33:2
38:9,14

room 4:8 5:1,24

Route 2:6

RPR 1:7

Rule 3:10

Rules 3:3

_____
S

salaries 46:10

salary 46:21

sale 47:12

Sanchez 2:2
4:2,10,20
5:4,10,14,19 6:4
7:2,9 10:9
13:16,23
14:15,18
15:8,17,19
17:17,24
18:18,22
20:13,24 21:13
22:3,20,25 23:9
24:15,22 25:10
27:25 28:8 29:11
33:12 34:20
36:7,19 37:11
39:10 42:14,16
43:15,22 44:19
45:23 47:25
51:3,10 54:25
55:4,16,20
56:6,16
59:6,13,19 61:24
62:8 65:14,22
66:7 67:4,10,16
68:19,25 70:5
72:3

Sarl 13:5 20:17

S-A-R-L 13:5

scheduled 66:6

scope 13:21

se 34:6

Search 16:5 20:22
58:8,22 59:24
60:9,11

second 11:24 14:7
65:6

secretary 33:4,21
35:14 38:10,14
39:18 50:13 52:4

Section 24:4

seeking 45:3

select 12:8

sell 47:11

selling 47:7 49:12

send 31:7

sent 29:9
35:8,10,23
39:7,21,23
40:2,3,6,8 67:25
68:3

September 1:4
71:12 73:3 74:6

Seres 12:2

S-E-R-E-S 12:4

series 6:7

serve 9:20,23 35:13

served 9:11,14

serving 9:16

shareholder 20:8

shareholders
18:14,15,21,25
19:10,11,16,18,2
1 20:5,20 22:15
25:4 26:8
27:15,23 28:5,24
29:2
33:11,14,22,25
35:3 41:22,25
42:22,24 43:12
44:8,11,14
48:9,18,25
49:3,15 50:9,23
51:9 53:13
54:2,4,6,17,24
56:4,11,21 58:8
72:7,12,17

shares 12:22,25
20:21

sheet 48:23 49:2
50:9 51:7,11
54:2,24
56:4,10,24
58:2,20,25
59:5,10 72:17

she's 55:21

Shishkova 2:10
5:8,24 8:13 11:10
23:2,6,17
25:6,11,22 29:24

34:9,17,22 52:17
54:3

**shown** 55:11

**shows** 21:17

**signature** 17:7
18:8,9 73:20

**signed** 17:10,20
18:13,25 19:3,10

**signing** 18:10

**sir** 14:7 19:12 28:12
55:9

**Skype** 2:10

**small** 46:8

**Sofia** 4:8 5:22
6:21,23 26:14
32:6

**Solutions**
8:11,12,16
11:9,12 12:21
25:14 32:20,22

**somebody** 42:11

**someone** 37:19

**sorry** 11:2 59:3
60:16

**Sotirov** 2:9 19:4,5,8
32:24 62:11,14
63:4,10,13,17,24
64:11 68:2 70:10

**space** 32:9

**speak** 17:16 55:5

**speaking** 24:23

**special** 9:20,22

**specifically** 22:17
49:4,20 59:2
65:14

**specified** 41:21,25
48:5

**specifies** 44:15

**spelling** 12:3

**spontaneously**
41:8,9

**square** 32:10

**ss** 71:4 74:4

**Stanislav** 32:24
33:7

**State** 1:8 6:2 71:3,6
74:3

**stated** 5:17 54:16

**statements** 56:7

**States** 1:1 30:14,15

**STIPULATED**
3:1,12

**STIPULATIONS**
3:1

**stored** 37:21 38:2

**strike** 3:4,5 20:24
27:9 51:3 67:4
68:19

**SUBSCRIBED**
74:13

**suggest** 40:14 65:21

**Suite** 2:3,6

**SUITES** 1:6

**sum** 63:20

**sure** 10:7,18,19
23:4 25:15 26:6
35:21 36:15
45:20 59:9,10
65:17 67:16
68:18 69:25

**sworn** 3:7 6:1,2
71:8 74:13

_____
T
**talk** 9:3 14:13,19

**talked** 4:3 15:10
70:4

**talking** 4:15 60:23

**Technology**
8:10,11,16
11:9,12 12:20
25:14 32:20,22

**Telecommunicatio**

**n** 64:23

**telephone** 31:12,14
36:4,12,16 51:16

**ten** 11:20 50:21
66:2

**term** 24:9 27:16
48:22 49:2 50:9
51:7,11 54:2,24
56:4,10,24
58:2,20,24
59:5,10 72:17

**terms** 22:17

**testified** 6:3 20:18
22:3,8 23:19
28:14,25 33:17
41:10 46:19
54:23 55:15 67:2

**testifying** 55:3,19

**testimony** 3:4,5
4:15,21 10:23
18:7 20:7,14 29:6
31:15 32:15 39:8
40:23 43:5,11
44:5 45:23 47:25
50:16 54:15,21
66:20,25 71:8
74:6

**Thank** 25:24

**that's** 4:23 5:14
10:9 13:19,21
15:15 18:7
22:7,19 25:15
33:24 34:14
40:11 48:9 54:13
55:24 56:14
59:11,13 65:25
68:18

**thereby** 3:11

**there's** 5:6 28:10
33:21 38:13 39:4
42:8,10

**Third** 1:6

**THIS___DAY**
74:14

**three-months** 53:12

**today** 62:15 63:6

**transactions** 47:23
68:14

**transcript** 5:12
74:6,7

**transfer** 63:15

**transferred** 68:13

**transformed** 57:11

**translate** 11:14
19:24 24:23
36:18 47:22 67:5
69:23

**translation** 11:11
20:11 23:3 24:19
25:7,9 29:25
34:18 46:4 56:2
68:18

**translations** 8:13

**Travel** 8:10,11,16
11:9,12 12:20
25:13 32:20,21

**trial** 3:7

**true** 71:8 74:7,8

**trying** 24:12

**TTS** 12:15
13:4,6,8,9,10,12,
14,20 14:5,21
15:21 16:6 24:2
25:18,21 31:8,9
33:3,9,17,25
34:13,23,24
35:3,14,15,18
36:3,23 37:2,13
38:10,12,18,25
39:2,17,19 41:2
43:2,3,4,5,11,16
44:5,7,11,12 45:4
46:17
48:17,18,19,22
51:22 52:4,14,19
53:15,18,22,25
54:16,23 55:10
56:23 57:10
62:23 66:19

72:16

**turn** 21:19

**turning** 68:10

**two-thirds** 42:2,4,6

**types** 45:20
46:22,25

---

### U

**ultimately** 58:9

**understand** 6:8,10
8:18 15:8 21:12
22:12 23:18
26:19 30:10
34:19 35:2 36:6
39:24 40:2 60:18
64:5 68:17

**understanding**
4:21,24 18:20,23
22:15 25:17
26:22 27:3 41:13
52:25 59:4,8

**understands** 18:3

**Understood** 7:9

**unfair** 22:19

**Uniform** 3:3

**unimportant** 40:25

**United** 1:1 30:14,15

**upon** 57:15 59:4

---

### V

**vacation** 45:15
46:20

**vague** 54:14

**various** 50:22 68:12

**Vassilev** 19:5,6,8
32:23 63:24
64:11

**Vayant** 15:22 16:2

**verbal** 6:16

**Vesselin** 2:8

**via** 2:10 5:22

**video** 5:3,23

**videotape** 5:13

**Vish** 7:16

**vote** 44:25

---

### W

**wait** 6:14 14:16

**waiting** 24:24

**waived** 3:12

**waiver** 3:6,10

**wasn't** 34:5,13
50:16 54:21

**we'd** 56:2

**Wednesday** 1:4

**we'll** 14:13 15:5,17
24:24 43:18
50:19 66:3

**we're** 14:20 15:2
42:17 60:23

**we've** 15:10

**whatever** 37:21,25

**WHEREOF** 71:11

**Whereupon** 70:13

**whether** 30:2,4
34:25 35:21
44:14 63:4,12,14
69:9

**whichever** 48:10

**whom** 3:8 26:19

**whose** 71:7

**Willeski** 1:7
71:5,13

**willing** 14:20

**withdrawn** 21:3

**witness** 3:8,13 5:23
7:3,6 8:22 11:3
13:23,25
14:16,20
17:12,21,22
19:14 20:4
21:10,25

22:12,19,25
23:16,18 24:12
25:8 27:12
34:8,16 40:12
42:12 45:14,19
49:8 50:4 53:24
54:13 55:15,19
56:9 57:9 59:21
61:10 65:17
66:2,5,22,24
67:15 69:13,22
71:7,9,11 72:3

**witnesses** 5:21

**witness's** 22:13
66:24

**work** 6:8 8:7
11:17,19,22
29:23
30:6,7,17,18,19
32:11,13 33:21
62:8 65:2

**worked** 30:2,5

**working** 11:15

**works** 30:8,12,15

**writing** 28:21 38:13

**written** 55:14,24
56:14 67:14

---

### Y

**yet** 19:20

**York** 1:1,7,8 2:3
5:21 6:3 8:20
71:3,4,6 74:3,4

**yourself** 16:10
37:16

**you've** 6:25 28:25
54:18