# ORIGINAL

2   UNITED STATES BANKRUPTCY COURT

3   EASTERN DISTRICT OF NEW YORK

4   ---------------------------------------------- x

5   IN RE:

6           LESSNO, LLC,

7           ALLEGED DEBTOR

8                                       Index No.

                                        44979/09

9

    ---------------------------------------------- x

10

11

12       EXAMINATION UNDER OATH of the Respondent,

13   LESSNO, LLC, by SDFANOV NEDYALKOV, taken by the

14   Respondent, pursuant to Order, held at the offices

15   of Barrister Reporting Service, Inc., 120 Broadway,

16   Suite 1111, New York, New York, on January 20, 2011,

17   at 8:22 a.m., before a Notary Public of the State of

18   New York.

19

20

21

22   ************************************************

23       BARRISTER REPORTING SERVICE, INC.

                 120 Broadway

24               New York, N.Y. 10271

                 212-732-8066

25

```
 1
 2   A P P E A R A N C E S:
 3
 4
 5          JOSEPH SANCHEZ, ESQ.
                  Attorney for Petitioner
 6                295 Northern Boulevard
                  Suite 301
 7                Great Neck, New York  11021
 8
 9
10
11
           FORMAN HOLT ELIADES & RAVIN, LLC
12                Attorneys for Respondent
                  80 Route 4 East, Suite 290
13                Paramus, New Jersey  07652
14         BY:   MICHAEL J. CONNOLLY, ESQ.
15
16
17   ALSO PRESENT:
18          VESSELIN DITTRICH, Bulgarian Interpreter
19          NADIA EMANUILOVA, General Counsel, via Skype
20          OLGA SHISHKOVA,  General Counsel, via Skype
21          MARIO SOTIROV, Petitioner Observer
22
23                       xxxxx
24
25
```

1

2

3          S T I P U L A T I O N S

4

5          IT IS HEREBY STIPULATED AND AGREED by and

6     between the attorneys for the respective parties

7     herein, that filing, sealing and certification, and

8     the same are, hereby waived.

9

10          IT IS FURTHER STIPULATED AND AGREED that all

11    objections except as to the form of the question,

12    shall be reserved to the time of the trial.

13

14          IT IS FURTHER STIPULATED AND AGREED that the

15    within deposition may be signed and sworn to by an

16    officer authorized to administer an oath, with the

17    same force and effect as if signed and sworn to

18    before the Court.

19

20

21                    xxxxx

22

23

24

25

1                    Sdfanov Nedyalkov

2    V E S S E L I N   D I T T R I C H,

3    called as the official interpreter in this action,

4    was duly sworn to faithfully translate the questions

5    to the witness from English to Bulgarian, and the

6    answers from Bulgarian to English.

7

8    S D F A N O V   N E D Y A L K O V,

9    called as a witness, having been first duly sworn

10   by a Notary Public of the State of New York, was

11   examined and testified as follows:

12

13               (Whereupon series of documents

14            is marked Petitioner's Exhibits 5

15            through 8 for identification as of

16            this date.)

17

18   EXAMINATION BY

19   MR. SANTOS:

20   Q     Please state your name for the record.

21   A     Sdfanov Nedyalkov.

22   Q     What is your address?

23   A     Building 302, Lyulin, Sofia.

24   Q     Mr. Nedyalkov, my name is Joseph

25   Santos. I represent NEVEQ, the petitioners

1        Sdfanov Nedyalkov

2    in this case.  I am going to asking you a

3    series of the questions regarding your work

4    at Lessno, LLC.

5    A       Am I going to see only translator --

6    Q       Yes, sir.  Before we begin with the

7    questions, do you understand English?

8    A       Yes.

9    Q       Are you fluent in understanding

10   English?

11   A       I cannot swear I understand hundred

12   percent of your words, but if I need some

13   clarification, I can ask the translator that.

14   I hope this answer your question.

15   Q       Before we begin, Mr. Nedyalkov, can

16   you tell me who is in your room there with

17   you in Sofia, Bulgaria?

18   A       It's Olga, and Nadia, who is

19   representing me, the other party.

20   Q       Nadia is from our office.  And here in

21   New York, we have myself, representing the

22   petitioners, Michael Connolly, representing

23   alleged debtor.  We have Vesselin Dittrich,

24   as an interpreter, and Mario Sotirov, one of

25   the Petitioners.  And of course the court

1       Sdfanov Nedyalkov

2   reporter.

3       Our interpreter from Bulgarian into

4   English is going to be in here on standby and

5   available if you have any need his services.

6       Mr. Nedyalkov, if you don't understand

7   a question I am asking, if you could please

8   state that on the record I can explain it

9   again, or we can have an interpreter

10  translate that for you.

11      Also, I am going to ask all your

12  responses be given verbally so our court

13  reporter here in New York can take this down.

14  A shake of the head or anything like that

15  can't be recorded, so you have to respond to

16  each time verbally.  Do you understand that?

17  A    Yes.

18  Q    Mr. Nedyalkov, are you currently

19  employed?

20  A    Yes.

21  Q    Who are you employed by?

22  A    I am member of the Board of Directors

23  for NEVEQ, one of the company of three.  I am

24  also senior 3VC, LLC.

25  Q    You're on the Board of Directors of

1                    Sdfanov Nedyalkov

2    two NEVEQ companies, and those are -- if you

3    state those again?

4    A      One is Ontotext.

5    Q      And the other company?

6    A      It's called 3VC.

7    Q      And for each of those two companies,

8    you served in the capacity of member of the

9    Board of Directors?

10   A      Yes.

11   Q      Do you have any particular role on the

12   Board of Directors.  Are you chairman, a

13   secretary of the Board of Directors?

14   A      I am just member of the Board.

15   Q      How long you've been a member of the

16   Board of Directors of each of those

17   companies?

18   A      Ever since they were constituted.  Let

19   me remember.  I think that Ontotext was

20   established 2008, yeah, and 3VC also.

21   Q      Both in 2008, okay.  You mentioned

22   your are currently the CEO of Lessno, LLC?

23   A      Yes.

24   Q      When were you appointed to the

25   position of CEO of Lessno, LLC?

```
 1                    Sdfanov Nedyalkov

 2   A      Last end of last June 2009.

 3   Q      Can you tell me the circumstances that

 4   you led to your being hired for the position

 5   of the CEO of Lessno?

 6   A      What you mean by circumstances?

 7   Q      Did you apply for the job?  Did you

 8   interview for that position?

 9   A      I was asked for that executive

10   position.  I didn't apply myself.

11   Q      Who asked you to take the position of

12   CEO of Lessno, LLC?

13   A      The manager of NEVEQ.

14   Q      Who is the manager?

15   A      Konstantin Petrov.  By the time I was

16   asked, Lessno, LLC as CEO, three partners of

17   NEVEQ were Konstantin, Pavel Ezekiev, and Ivo

18   Evgeniev.  I was specifically asked by

19   Konstantin Petrov.

20   Q      Prior to June 2009, did you work in

21   any capacity at Lessno, LLC?

22   A      Lessno, LLC.  I have to check the

23   contract. I consulted one of the big

24   companies, either Lessno, LLC, or ezSearch,

25   LLC.  I just got to check the contract.  It
```

```
 1                  Sdfanov Nedyalkov
 2    was consulting.  I helped with them in
 3    optimizing expenses for part of it.
 4    Q      You said that was a consulting
 5    contract that you had with --
 6    A      I haven't checked the contract.  I
 7    think more than two and a half years.  I have
 8    checked it, how it's specified.
 9                  MR. SANCHEZ:  I'm going to ask
10          you to produce that contract to your
11          attorney and call NEVEQ the production
12          of that document.
13    A      Okay, if it's not relating to Lessno
14    in any way.
15                  MR. CONNOLLY:  The request is
16          noted on the record.  We'll respond
17          appropriately.
18                  MR. SANCHEZ:  That was your
19          attorney, Mr. Nedyalkov.
20    REQUEST NOTED
21    Q      Prior to June 2009, you may have
22    served in consulting capacity for Lessno,
23    LLC.  Did you have any employment other than
24    your role on the two boards that you
25    mentioned prior to June 2009 and your
```

1                    Sdfanov Nedyalkov

2    consulting work for Lessno, or ezSearch, if

3    the case may be?

4    A       Yeah, it was long-time contract.  I

5    did some -- I offered some help.  I helped,

6    and by the time that I joined Lessno, LLC, I

7    was also investment manager in NEVEQ.

8    Q       Can you tell me the period of time

9    that you were investment manager for NEVEQ?

10   A       I had to check initial date on the

11   contract.  It's either 2007 -- I think it's

12   2007, but I have to check that, but I was, I

13   think -- I'm so confused -- late 2009.

14   Q       And just --

15   A       The exact month, I have to check that.

16   Q       For clarity, you were investment

17   management for NEVEQ from approximately 2007

18   until approximately late 2009?

19   A       Yes.

20   Q       Again, for clarity, after your

21   appointment to the position of CEO of Lessno,

22   you remained in the position of investment

23   manager for NEVEQ for at least a period of

24   time?

25   A       Yes.

1          Sdfanov Nedyalkov

2     Q     Are you currently being paid a salary

3     by Lessno?

4     A     No.

5     Q     At any time during your employment for

6     Lessno, were you paid a salary?

7     A     No.

8     Q     Is Lessno paying your Social Insurance

9     or other taxes?

10    A     No.

11    Q     Is Lessno offering any compensation to

12    you for your work?

13    A     No.

14    Q     Is any other company paying your

15    compensation for your work for Lessno?

16    A     No.

17    Q     Is NEVEQ paying for your work at

18    Lessno?

19              MR. CONNOLLY:  I'm going to

20          object to the form, but the witness

21          can answer.

22    A     No.

23    Q     Are you volunteering your time for

24    Lessno?

25    A     What do you mean by volunteering?

1                    Sdfanov Nedyalkov

2    Q      You testified that you have a contract

3    with Lessno, and I had asked if you were

4    being paid by Lessno, and you said no.  My

5    question is if you're volunteering your time,

6    or is there any kind of arrangement for your

7    compensation?

8    A      I haven't been compensated for my work

9    as CEO of Lessno anytime.

10   Q      Does your contract with Lessno provide

11   you will be compensated for your work?

12   A      As far as I remember, no.

13                  MR. SANCHEZ:  I'm going to call

14           for production of the copy of your

15           employment contract with Lessno.

16   A      Okay.

17                  MR. CONNOLLY:  You already did.

18                  MR. SANCHEZ:  Okay.

19   Q      Does Lessno have any employees other

20   than yourself?

21   A      As far as I know now, no.

22   Q      When was the last time that Lessno had

23   any employees?

24   A      This was before my I stepped as CEO.

25   I don't know.

1          Sdfanov Nedyalkov

2   Q     You're telling me Lessno had no

3   employees since June 2009?

4   A     Lessno, LLC.

5   Q     Lessno, LLC.  Whenever I refer to

6   Lessno, I mean Lessno, LLC.  That's the

7   alleged debtor?

8   A     Members of your Board here or no?

9   Q     I mean employees as you understand

10  them.

11  A     I think as far as can remember, no.

12  Q     Have any of the subsidiaries of Lessno

13  had employees since June 2009?

14  A     Yes.

15  Q     Was your answer yes?

16  A     Yes.

17  Q     Which subsidiaries of Lessno currently

18  have employees?

19  A     Currently Lessno Bulgaria, there is no

20  other subsidiary, as far as I know.

21  Q     Just a moment, Mr. Nedyalkov.  You're

22  still on the record, so just a moment.

23          (Discussion held off the record.)

24          (Back on the record.)

25  Q     Mr. Nedyalkov, we're back on.  Can you

1                    Sdfanov Nedyalkov

2   tell me the subsidiary of Lessno, LLC?

3   Lessno Bulgaria EOOD?

4   A    Yes.

5   Q    That's one subsidiary?

6   A    Yes.

7   Q    Are there any other subsidiary?

8   A    I'm not aware of any others.

9   Q    Do you serve in any capacity for

10   Lessno Bulgaria EOOD?

11   A    No.

12   Q    Does Lessno, LLC maintain any office

13   presently?

14   A    No.

15   Q    When was the last time it had an

16   office?

17   A    I don't know.  Lessno, LLC?

18   Q    Yes, Lessno LLC, when was the last

19   time Lessno, LLC had an office?

20   A    Not aware whether Lessno has had an

21   office.

22   Q    You are saying it was before June 2009

23   that Lessno, LLC had an office?

24   A    No, I am saying I don't know if Lessno

25   had an office ever.

1                    Sdfanov Nedyalkov

2    Q       During your role as the chief

3    executive officer of Lessno, LLC, Lessno has

4    not had an office?

5    A       As far as I know, no.

6    Q       Has Lessno Bulgaria EOOD had an office

7    since June 2009?

8    A       I don't know -- you mean if Lessno

9    Bulgaria has rented an office or had a

10   renting contract or what?

11   Q       Has it any office for the conduct of

12   business?  I am referring to Lessno Bulgaria

13   EOOD.

14   A       I think it has had --

15   Q       Where was that office?

16   A       I don't remember the exact address. I

17   think it was Oborishte Street, in Sofia, but

18   I am not sure. I mean, I am sure of the

19   street, but the numbering details, I am not

20   aware of that.

21   Q       As you sit here today, does Lessno,

22   LLC conduct any business?

23   A       No.

24   Q       When was the last time Lessno LLC

25   conducted any business?

1      Sdfanov Nedyalkov

2 A  I think last year, 2009.

3 Q  When did it stop conducting business?

4 A  I have to check.  I don't remember the

5 exact date.  If you need exact date, I can

6 check the document.

7 Q  Can you tell me approximately?

8 A  Maybe the first month of the 2010.

9 Q  You began your work with Lessno, LLC

10 in June, sometime between June and July, and

11 August.  It stopped conducting in August?

12 A  July, August.

13 Q  Was the Lessno Bulgaria EOOD office

14 co-located with Vayant?

15 A  When?

16 Q  As of last time it had an office.

17 A  Lessno Bulgaria?

18 Q  Yes.

19 A  Let me see.  Since established as a

20 company after I started to serve as the CEO,

21 I don't remember if existence of Vayant as

22 something with Lessno Bulgarian's office.  I

23 don't know.

24 Q  When you were referring to Vayant, it

25 was formerly known as ezSearch?

1          Sdfanov Nedyalkov

2     A    Can you ask this another way?

3     Q    I am asking you -- Mr. Nedyalkov, I am

4     asking you if you know the answer to the

5     question.

6     A    Please repeat the question.

7               (Record was read back by the

8          reporter.)

9     Q    You may not have heard the question

10    when you were referring to Vayant.  Is Vayant

11    formerly known as ezSearch?

12    A    What do you mean by formerly known?  I

13    don't understand what formerly known means in

14    terms of a legal entity. How can you formerly

15    be known as a legal entity?

16    Q    I am going to ask the translator to

17    explain it that to you in Bulgarian.  Before

18    we do that, I think his --

19               MR. CONNOLLY:  Before we do

20          that, I think -- could you please

21          translate the words "formerly known"

22          into Bulgarian?

23    A    You mean Vayant?

24    Q    Yes.

25    A    The name of the company before was

```
 1                    Sdfanov Nedyalkov

 2     Vayant was ezSearch.

 3     Q     Mr. Nedyalkov, does Lessno currently

 4     generate any revenue?

 5     A     Not that I am aware of.

 6     Q     Does Lessno have any contracts, any

 7     pending contract with others for the

 8     generation of revenue?

 9     A     Currently?

10     Q     Yes.

11     A     For generation I say, no.

12     Q     When was last time Lessno, LLC had any

13     revenue?

14     A     I have to check that.  I think 2010.

15     Q     Was it the last quarter of 2010?

16     A     I don't think so, but I have to check

17     it.

18     Q     What are your day-to-day

19     responsibilities at Lessno, LLC?

20     A     During the business.

21     Q     Can you repeat your answer?

22     A     Overviewing the business of the

23     company.

24     Q     What does that consist of?

25     A     For CEO of the company without any
```

1          Sdfanov Nedyalkov

2    other employees, most of my work consisted of

3    signing documents, and that's all.

4    Q     What kind of documents are those that

5    you are signing?

6    A     Various documents, all kinds of

7    documents, contracts.  I sign as member of

8    the board for --

9    Q     You're signing contracts with what

10   kind of companies?

11   A     I am also having access to company

12   bank accounts.  I operate the current

13   banking.

14   Q     What kind of contract are you signing

15   with other companies?

16   A     Sorry.

17   Q     What kind of contracts are you signing

18   with other companies?

19   A     I haven't signed document conference

20   last payment was one of the creditors of the

21   company.

22   Q     What creditor was that?

23   A     It was Internap.

24   Q     How much did Lessno, LLC owe Internap?

25   A     I don't remember exactly.  I have to

```
 1                    Sdfanov Nedyalkov
 2   check that information.
 3   Q      Was it more than $10,000, you think?
 4   A      Yes.
 5   Q      Was it more than $50,000?
 6   A      The amount due?
 7   Q      Yes, the amount due to Internap?
 8   A      I think, yes.
 9   Q      Did you settle that claim from
10   Internap?
11   A      Yes.
12   Q      As part of the settlement, you paid
13   them some money?
14   A      Yes.
15   Q      Do you recall how much you paid
16   Internap?
17   A      I have to check the exact amount.
18   Q      Does Lessno, LLC currently have a
19   contract with Internap?
20   A      I don't think so.
21   Q      What does Internap provide to Lessno,
22   LLC?
23             MR. CONNOLLY:  I am going to
24          object to the form, but the witness
25          can answer.
```

1           Sdfanov Nedyalkov

2    A    I have to check the contract for the

3    exact specifications of the service provided

4    by Internap, but in general they were

5    providing some cost prevention.

6    Q    As CEO of Lessno, LLC, does Lessno

7    have any plans for business in the future?

8    A    Not that I am aware of.

9    Q    Does Lessno currently own any assets

10   to your knowledge?

11   A    Sorry.

12   Q    Does Lessno, LLC currently own any

13   assets?

14   A    I think Lessno has assets.

15   Q    Tell me the significant assets that

16   Lessno, LLC owns.

17   A    How you mean?  What you do --

18   understand by "significant"?

19   Q    Anything you would deem significant.

20   You tell me what those assets are.  You are

21   the CEO.

22   A    I think it has intellectual property

23   as assets.

24   Q    What is the intellectual property that

25   Lessno, LLC owns?

1              Sdfanov Nedyalkov

2    A      I have to check it for you.

3    Q      Where would you check?

4    A      Sorry.

5    Q      Where would you check for intellectual

6    property?

7    A      In my files, in my documents.

8              MR. CONNOLLY:  I am sorry.

9          Where?

10             MR. SANCHEZ:  In his files.  In

11         his documents.

12   Q      When you say intellectual property, is

13   that software that Lessno, LLC owns?

14   A      Sorry.

15   Q      The intellectual property that Lessno,

16   LLC owns, is that software?

17   A      Yes.

18   Q      Is it anything else?

19   A      Sorry?

20   Q      When you refer to intellectual

21   property, do you mean any anything else;

22   patents, trademarks?

23   A      I am not sure if Lessno has trademark,

24   but I have to check that.

25   Q      But the significant assets that

```
 1                    Sdfanov Nedyalkov
 2    Lessno, LLC owns, it's primarily the
 3    software; is that correct?
 4    A      You mean only the software or --
 5    Q      I said the significant assets.
 6    A      Please repeat the question.
 7                    MR. CONNOLLY:  I'm going to
 8            object to the form.  Do you want to
 9            ask what other assets there are if--
10    Q      No, I'll rephrase the question.  The
11    significant assets that Lessno, LLC owns,
12    it's primarily composed of the software;
13    correct?
14    A      What does primary mean, that they are
15    the biggest asset of company or what?
16                    MR. CONNOLLY:  Can you
17            interpret that?
18    A      I think so.
19    Q      The software, is it one software
20    program?  Is it more than one?
21    A      I think it's more than one.
22    Q      How many would you say there are?
23    A      Less than five.
24    Q      Do you know what the names of those
25    software programs are?
```

```
 1                    Sdfanov Nedyalkov
 2    A      I don't know the exact names now.  I
 3    can -- if you need the exact names, I'll
 4    provide them.
 5    Q      Who developed that software?
 6                   MR. CONNOLLY:  Could we get a
 7              translation on that?
 8                   MR. SANCHEZ:  Just a moment,
 9              Mr. Nedyalkov.
10    A      You mean the names of the people who
11    programmed the software?
12    Q      No, I mean what company developed that
13    software. Was it Lessno, was it Microsoft;
14    who made the software?
15    A      Lessno -- I have to check the
16    contracts of the company to check if the
17    development of these two was done by Lessno
18    itself or by any other company as -- whatever
19    the development out of.
20    Q      Lessno currently owns that software?
21    A      I think so.
22    Q      Has Lessno licensed that software to
23    anyone else?
24    A      I have to check again my file.
25    Q      If I mentioned the name Albatross,
```

1             Sdfanov Nedyalkov

2    does it sound like one of the programs that

3    Lessno owns?

4    A       I don't know. I know what the name

5    Albatross means in terms of the business

6    segment, the market segment in which Lessno

7    operates, but I am not sure that official

8    name of any of the models. Albatross, I have

9    to check that over.

10   Q       If I mentioned the name White Label,

11   does that sound like one of the program that

12   Lessno, LLC owns?

13   A       I have to check that.

14   Q       Where would you check that?

15   A       Again, in my file.

16   Q       What you maintain in your files, that

17   would tell you the software Lessno, LLC owns?

18   A       As I told you, I have other

19   responsibilities, so if I know what it is, I

20   would answer the question sitting here in

21   terms of answering.

22   Q       Lessno, LLC, does it own a schedule of

23   its assets?

24   A       Sorry?

25   Q       Does it own a schedule of its assets.

1                    Sdfanov Nedyalkov

2     Is there a sheet of paper that tells you what

3     the assets are?

4     A      At least -- you mean a list of the

5     assets telling me the schedule, these assets?

6     Q      A list or schedule, does Lessno LLC

7     have a document like that?

8     A      Yes, can provide that.

9                    MR. SANCHEZ:  I call for the

10          production.  Take it up with your

11          attorney.

12    REQUEST NOTED

13    Q      If there was any licensing agreement,

14    would you have access to those documents as

15    well?

16    A      Sorry.

17    Q      If there was any licensing agreement

18    between Lessno, LLC and any other company,

19    would you have those documents as well?

20    A      Yes, if you need them we'll provide

21    them also, if that's okay with -- in terms of

22    legal.

23    REQUEST NOTED

24    Q      Has Lessno licensed its software to

25    Vayant?

```
 1                    Sdfanov Nedyalkov

 2   A      I am not sure. I have to check that

 3   also.

 4   Q      Is Vayant using Lessno, LLC software?

 5   A      Now?

 6   Q      Yes, as of today.

 7   A      I am not aware of that.

 8   Q      Has any other NEVEQ-owned company used

 9   Lessno, LLC software since you have been CEO?

10   A      The exact answer of that would be yes.

11   If any of our company has Lessno as owned by

12   travel agent as purchased, I am not aware of

13   that.  I don't have the legal authority to

14   monitor all the portfolio property company of

15   NEVEQ, because, you know, the business of the

16   present was online travel agent.  This is out

17   of my authority.

18   Q      In your own role as CEO, did you allow

19   others to use the source code for Lessno's

20   software?

21              MR. CONNOLLY:  I'm going to

22          object to form, but the witness can

23          answer.  Can we get the translator to

24          --

25   A      Sorry.
```

```
 1              Sdfanov Nedyalkov
 2              MR. CONNOLLY:  One minute.
 3              MR. SANCHEZ:  Can you read back
 4         the question?
 5              (Record was read back by the
 6         reporter.)
 7    Q    I'll rephrase the question.  In your
 8    role as CEO of Lessno, did you allow others
 9    to use the source code for Lessno software?
10    A    What you mean by use?  Please clarify
11    mean the means "use."
12              MR. CONNOLLY:  Hold on a
13         minute.  You asked a question.  The
14         witness gave an answer which
15         essentially asked for clarification.
16         Are you going to clarify?
17    Q    I understand interpretation might
18    differ the source code.  I think translated
19    was software product.
20              MR. CONNOLLY:  Why don't we try
21         the question again.  Let him
22         translate, and he'll give an answer.
23    Q    In your role as a CEO of Lessno, has
24    Lessno allowed others to use its source code?
25    A    Let me give you an example that
```

1                  Sdfanov Nedyalkov

2     illustrates that this question is not

3     relevant.  Because, for instance, Internap

4     was consisted of Lessno software, it was

5     deployed by from infrastructure of Internap,

6     so this usage of software code.  So, your

7     question is out of my authority, because

8     software code is just textual information.

9     How you use, you can use in various ways.  It

10    travels the internet, for instance.

11    Q     Mr. Nedyalkov, what does the term

12    intellectual property mean to you?

13                  MR. CONNOLLY:  I'm going to

14          object to form. You're asking for his

15          legal conclusion, but if you want his

16          understanding of it, that's fine and

17          can you translate that.

18    A     I have to formulate a definition.

19    Q     He's doing that now?

20    A     Yes, I think.  I am thinking my

21    definition of intellectual property would be

22    that it is all kinds of information that is

23    either knowledge or, yeah, in fact knowledge.

24    Q     Does it have value to your company?

25    A     Sorry.

1                    Sdfanov Nedyalkov

2    Q      Does it have value to your company?

3                    MR. CONNOLLY:   I am going to

4           object to form.

5    A      I think in general not intellectual

6    property.

7    Q      Do you own shares in Lessno, LLC?

8    A      No.

9    Q      Have you ever owned shares in Lessno,

10   LLC?

11   A      No.

12   Q      When you were appointed to CEO of

13   Lessno in June 2009, was it your testimony

14   that Lessno, LLC had no employees at that

15   time?

16   A      Sorry.

17   Q      Was it your testimony that Lessno, LLC

18   had no employees from June 2009?

19   A      Lessno I was the only one, except the

20   other members of the Board.  If you need

21   exact answer for your question, I have to

22   check again.

23   Q      What would you check?

24   A      Sorry.

25   Q      What would you check?

```
 1                    Sdfanov Nedyalkov
 2      A      Check all my documents to see if that
 3      answer is correct.
 4      Q      Does your company maintain payroll
 5      records that would indicate whether you had
 6      employees from June 2009 to the present?  The
 7      answer was yes?
 8      A      Yes.
 9      Q      Did the employees of Lessno Bulgarian
10      EOOD get transferred from Vayant or ezSearch?
11                    MR. CONNOLLY:  I'm going to
12               object to the form.  The witness can
13               answer this. Just generally this is a
14               deposition regarding Lessno, LLC, and
15               not Lessno Bulgarian, but the witness
16               can answer that.
17                    MR. SANCHEZ:  We can get back
18               to that. We do have your statement on
19               the record.  It will be, I guess,
20               relevant shortly.  But go ahead, Mr.
21               Nedyalkov, you can answer.
22      A      Can you please repeat the question?
23                    (Record was read back by the
24               reporter.)
25                    MR. CONNOLLY:  It looks like
```

1          Sdfanov Nedyalkov

2          the last question got a little

3          muddled.  Keep the same objection as

4          before, but if you want to rephrase

5          I'll just say objection.

6     Q    Mr. Nedyalkov, after June 2009, did

7     the employees of Lessno Bulgarian EOOD get

8     transferred from ezSearch or Vayant?

9          MR. CONNOLLY:  Objection for

10         the same reason.

11    A    Please give me definition of transfer

12    of employees.  How do you transfer employees

13    between two entities that are separate, like?

14         MR. SANCHEZ:  Get a

15         translation.  Do you remember the

16         question?

17    A    What do you mean by transfer?

18    Q    Do the same people that worked for

19    Lessno Bulgarian EOOD currently work for

20    ezSearch/Vayant?

21    A    I -- this is out of my authority,

22    because I don't have enough visibility of

23    Vayant or EZ Search.

24    Q    EZ Search or Vayant, where do they

25    maintain their offices?

1          Sdfanov Nedyalkov

2    A     This is question that has to be answer

3    by someone related to serve Vayant.

4    Q     Mr. Nedyalkov, you understand you're

5    under oath. I am asking you give an answer if

6    you know the answer.

7    A     I don't know the exact answer. I just

8    know that the thing is somewhere near where

9    we are currently. I never been to the current

10   office address.

11   Q     When you answered where we are

12   located, who is we?

13   A     Me and the other woman in the room.

14   Q     Mr. Nedyalkov, have you served in any

15   role in Lessno Bulgaria EOOD?

16   A     No.

17   Q     Have you ever appointed any employees

18   of Lessno Bulgaria EOOD?

19   A     I have to check all my documents. I am

20   not sure if -- I am not sure.

21   Q     Does Stefan Minchev work for Lessno

22   Bulgaria EOOD?

23   A     Currently?

24   Q     Currently.

25   A     What you mean by work?  Like, a

1                    Sdfanov Nedyalkov

2    current contractor.

3                    MR. CONNOLLY:  Can we get a

4         translation?  I think he asked a

5         question to your question.

6    Q    Does Stefan Minchev serve in any

7    capacity for Lessno Bulgaria EOOD, to your

8    knowledge?

9    A    Yes.

10   Q    What capacity is that?

11   A    I have to check the documents. I am

12   not sure currently if it's member of Board or

13   CEO.  I think he was CEO for a time, but I'm

14   not sure.

15   Q    In June 2009, did you appoint Stefan

16   Minchev to a role at Lessno Bulgaria EOOD?

17   A    Can you repeat this?  I missed some of

18   them?

19                    (Record was read back by the

20        reporter.)

21   A    I have to check the document because

22   --

23   Q    But you did appoint him.  You're just

24   not sure of the --

25   A    Sorry.

1          Sdfanov Nedyalkov

2    Q     Did you appoint Stefan Minchev to a

3    role in Lessno Bulgaria, but you are not sure

4    of the time?

5    A     No, I don't -- I didn't say that. I'm

6    sorry, just hit the monitor.

7    Q     From June 2009 forward, how has Lessno

8    financed its operation?

9    A     Lessno was provided a loan $300,000

10   and I have done --

11             MR. SANCHEZ:  Repeat your last

12         answer.

13             THE WITNESS:  NEVEQ was granted

14         a loan of 300,000 U.S. dollars.

15   Q     When did they make that loan?

16   A     In 2009.

17   Q     From June 2009 forward, has Lessno

18   repaid any of that loan?

19   A     No.  Sorry, communication trouble. I

20   am adjusting the wire because it's without --

21   Q     We're back on the record.  Your answer

22   was that Lessno, LLC has not repaid NEVEQ the

23   $300,000 loan.  Is that your answer?

24   A     Yes.

25   Q     Is there a loan agreement referring to

1          Sdfanov Nedyalkov

2     the loan from NEVEQ?

3     A      Yeah.

4               MR. SANCHEZ:   I am going to

5          call for production of a copy of that

6          loan agreement from NEVEQ to Lessno.

7     REQUEST NOTED

8     Q      As from June 2009 onward, has NEVEQ

9     made any equity investments in Lessno?

10    A      No.

11    Q      I am going to show you what's been

12    marked as Petitioner's Exhibit 5 for

13    identification.   Nadia will hand that to you.

14    A      Okay.

15    Q      I am going to ask you to take a look

16    at that.  Are you familiar with that

17    document?

18    A      I have to read it to recognize it.

19    Q      Please do.

20    A      The whole document?

21    Q      Please read the document and become

22    familiar with it.

23    A      Will take some time.  Okay, ready.

24    Q      I am going to ask you to turn to page

25    4 and ask you if that's your signature.

```
 1                  Sdfanov Nedyalkov
 2     A     Yeah.
 3     Q     You made this statement under the
 4     penalty of perjury?
 5     A     Yes.
 6     Q     Is everything in the document true and
 7     correct?
 8     A     Let me check it again.  I think it's
 9     correct.
10     Q     Did you prepare this document or did
11     your attorneys prepare it?
12                  MR. CONNOLLY:  I am going to
13            object to the form, but the witness
14            can answer.
15     A     Did you prepare this document or did
16     your attorneys prepare it?
17                  MR. CONNOLLY:  Get a
18            translation.
19     A     I think that's the lawyers.
20     Q     Mr. Nedyalkov, do you read English
21     well?
22     A     I hope so.
23     Q     Did you understand this document
24     before you signed it?
25     A     Yes.
```

```
 1                   Sdfanov Nedyalkov

 2     Q        I am going to ask you turn to

 3     paragraph three of Petitioner's Exhibit 5, if

 4     you could tell me what that means.

 5            My question is if you can tell me what

 6     that means.

 7     A        I know means.

 8     Q        When you made the affidavit, you were

 9     the chief executive officer for Lessno?

10     A        Lessno LLC.

11     Q        Paragraph three, you stated that

12     Lessno has reduced its work force to 16

13     salaried workers.  Was that statement

14     correct?

15     A        I have to check if it's correct again.

16     I think --

17     Q        Would the statement have been

18     incorrect at the time you made it?

19     A        Sorry.

20     Q        Would the statement had been incorrect

21     at the time you made the statement in the

22     affidavit?

23     A        I don't think so, but I don't have all

24     the contracts here with me right now when was

25     that, when was report.
```

1                    Sdfanov Nedyalkov

2    Q    How long did Lessno keep those

3    employees?

4    A    Sorry.

5    Q    How long Lessno keep those 16

6    employees?

7    A    I have to check that.

8    Q    Where would you check?

9    A    Sorry?

10   Q    Where would you check to see how long

11   those employees were kept at Lessno?

12   A    I would check the documents of the

13   company.

14   Q    Where are those documents located?

15   A    Sorry?

16   Q    Where are those documents located?

17   A    Either at our lawyers or NEVEQ's

18   office.

19   Q    Can you tell me why you made this

20   sworn statement?

21   A    Why?

22   Q    Yes.

23            MR. CONNOLLY:  I am going to

24        object to the question to the extent

25        it seeks any information that might be

1          Sdfanov Nedyalkov

2          shielded by attorney client privilege.

3          I will note for the record pleading

4          file in opposition to a Motion.

5          Beyond that -- also given the

6          translation issue I am just a little

7          bit cautious about waiving or opening

8          the door to anything that would be

9          protected by attorney-client

10         communication.

11              MR. SANCHEZ:  I'll withdraw

12         that question, so don't answer that

13         question.

14     Q    I'm going to ask you to look at

15     paragraph four of your statement.  If you

16     could look at that and tell me if you know

17     what that means.

18     A    Kind of.

19     Q    How much was Lessno, LLC losing per

20     month at the time you made this statement?

21     A    I would have to check the document for

22     a moment.

23     Q    When you refer to Petitioner's Exhibit

24     5 to Lessno, are you referring to Lessno, LLC

25     or Lessno Bulgaria EOOD?

1             Sdfanov Nedyalkov

2    A     You mean Vayant.

3    Q     No, when-- this document which is four

4    pages, I am calling that Petitioner's Exhibit

5    5.   When you refer in this document to

6    Lessno, LLC, are you referring to Lessno, LLC

7    itself, or to Lessno Bulgaria EOOD?

8    A     I think I am referring to Lessno, LLC.

9    If you want the exact number, I have to read

10   the document and find the sentence or

11   paragraph you interpret the word Lessno.

12   Q     In paragraph three, where you say that

13   Lessno has reduced its work force to 16

14   salaried workers, who was it that had the 16

15   salaried workers?  Was it Lessno, LLC or

16   Lessno Bulgaria EOOD?

17   A     I have to check because maybe Lessno

18   Bulgaria might have those 16. I don't know,

19   but I'll find out.

20   Q     At the time you made this statement,

21   it was true, to your knowledge?

22   A     Sorry.

23   Q     At the time you made this statement,

24   it was true, to your knowledge?

25   A     I feel --

1          Sdfanov Nedyalkov

2     Q     Can you repeat your question?

3     A     I feel from this declaration was

4     performed in Chapter 750.

5     Q     As of March 15th, 2010, you stated

6     that Lessno has reduced its work force to 16

7     salaried workers, and my question is if this

8     refers to Lessno LLC or to Lessno Bulgaria

9     EOOD.

10    A     Where would I see?

11    Q     I'm going to refer you to paragraph

12    three of your affidavit.

13    A     I don't see the date 15th of March

14    here.

15    Q     Look at the last page and tell me if

16    that's the date you signed.

17    A     You mean the date, okay.  Repeat the

18    question again.

19    Q     Let me first ask, did you sign this on

20    or about March 15, 2010?

21    A     Yes.

22    Q     Then I'm going to refer you to

23    paragraph three, and on the date you made

24    this statement Lessno has reduced its work

25    force to 16 salaried workers.  That was a

1           Sdfanov Nedyalkov

2    true statement; is that correct?

3    A      Yeah, but I am not sure if it's Lessno

4    or Lessno Bulgaria.

5    Q      Why would you make a statement

6    referring to Lessno Bulgaria EOOD?

7    A      Sorry.

8    Q      Why would you make a statement to the

9    court referring to Lessno Bulgaria EOOD?

10   A      Because Mr. Sotirov was asserting that

11   Lessno had 30 staff members.

12   Q      On the March 15th, 2010, which was the

13   date you made this statement to the Federal

14   Bankruptcy Court, my question if this

15   statement was accurate.

16            MR. CONNOLLY:  I'm going to

17            object solely to the extent it has

18            been asked and answered two or three

19            times.  If you want him to answer

20            again, he can answer it.

21            MR. SANCHEZ:  I'd like him to

22            answer. Could you answer the question,

23            please.

24   A      Which question?

25            MR. SANCHEZ:  If you can read

1               Sdfanov Nedyalkov

2          back the question.

3               (Record was read back by the

4          reporter.)

5     A     You mean paragraph three in the

6     document?

7     Q     Paragraph three, yes, sir.

8     A     I think it's correct. I am not sure if

9     it means Lessno, LLC or Lessno Bulgaria.  I

10    have to check again what was the exact number

11    of employees of both companies, and then I'll

12    answer.

13    Q     My other question is why would you

14    refer to Lessno Bulgaria EOOD in this

15    affidavit?

16              MR. CONNOLLY:  I am going to

17         object to the form. I don't think

18         that's what he testified to.

19              MR. SANCHEZ:  I appreciate it,

20         Michael, but --

21              MR. CONNOLLY:  Again, you ask

22         him the same series of questions about

23         three times.  I'll allow him to answer

24         again, but I am noting my objection as

25         asked and answered.  I don't think

1          Sdfanov Nedyalkov

2          it's a proper characterization of his

3          prior testimony.  If you want to go

4          off the record, I'll tell you what I

5          believe the proper characterization of

6          his testimony is.

7               MR. SANCHEZ:  Go off the record

8          for a second.

9               (Discussion held off the record.)

10              (Back on the record.)

11              MR. SANCHEZ:  I'll strike the

12         question.

13   A     Can I make a wish?

14              MR. CONNOLLY:  I'll tell you

15         what --

16              MR. SANCHEZ:  I think your

17         attorney has some things to say.

18              MR. CONNOLLY:  This is what I

19         prefer to do so that the transcript is

20         clean.  Could we take the witness off

21         so he can't hear us right now?  Let

22         the record reflect that the witness is

23         not hearing this.

24              He said he's not sure if it was

25         Lessno, LLC or Lessno Bulgaria, I

1          Sdfanov Nedyalkov
2          think his testimony was three
3          different times.
4                 MR. SANCHEZ:  I definitely
5          heard that, and then you told me don't
6          ask him questions about Lessno
7          Bulgaria is not relevant.  My question
8          is, why would he make a statement to
9          the federal judge in a case under
10         sworn affidavit when it refers to a
11         company that he just said he has no
12         control over.
13                Anyway, I don't want to argue
14         about it.
15                MR. CONNOLLY:  I believe if you
16         look at the prior questions and
17         answers, it was -- I am not sure if
18         this is referring to Lessno or Lessno
19         Bulgaria. I have to check.  And I
20         believe he said that several times.  I
21         believe your last question, why are
22         you talking about Lessno Bulgaria in
23         this affidavit, which is it not what
24         he said.  He said I am not sure if
25         it's Lessno or Lessno Bulgaria.  I

1                    Sdfanov Nedyalkov

2          have to check.

3                    That was all my objection

4          grounds today.  Was there anything --

5          I'll tell you what.  Let's return.  I

6          want to take a little recess.

7                    (Whereupon a brief recess was

8          taken.)

9    Q     Mr. Nedyalkov, are you ready?

10   A     Yes.

11   Q     Mr. Nedyalkov, you remain under oath.

12   You understand that?

13   A     Yes.

14   Q     Nadia is going to show you what's been

15   marked as Petitioner's Exhibit 7 for

16   identification, if you can take a look at

17   that and tell me what that is.

18   A     It's excerpts of banking from one of

19   Bulgaria's bank.

20   Q     What period of time does that cover?

21   A     Document dates from 1st of June 2009

22   to June 2010.

23   Q     Is that the bank statement for also

24   Lessno, LLC?

25   A     I don't know, but the exact number of

1              Sdfanov Nedyalkov

2    items from Lessno, LLC.

3              MR. CONNOLLY:  For the record,

4              a lot of that is written in either

5              Russian or Bulgarian. I am not sure if

6              there's a reference to that account.

7              It is either --

8              MR. SANCHEZ:  Does it say -- it

9              says was submitted as Discovery

10             response statement of Lessno Bulgaria.

11

12             Off the record.

13             (Discussion held off the record.)

14             (Back on the record.)

15   Q    Mr. Nedyalkov, I'm going to refer you

16   to an item on the bank statement.  It's the

17   13th item on the first page of Petitioner's

18   Exhibit 7.  I am going to ask you if you know

19   what that refers to.

20   A    The 13th?

21   Q    The 13th entry.

22   A    It starts HDOBIUR 091630470.

23   Q    Yes.

24   A    Twelfth of June?

25   Q    Yes, that's correct.  My question is

```
 1                  Sdfanov Nedyalkov
 2    do you know what that entry refers to?
 3    A      No, not now.
 4    Q      What does it say in Bulgarian, in the
 5    details of payment?
 6    A      It says received payment 80,000 leva
 7    from Direct Capital Partners Limited.  It's a
 8    loan, as per the contract.  It has more
 9    information, maybe some kind of bond with
10    bank account number.
11    Q      When you testified earlier that NEVEQ
12    had loaned Lessno 300,000, is that part of
13    the $300,000 loan from NEVEQ to Lessno?
14    A      I am not sure.
15    Q      What else would have been 80,000 leva?
16    A      This is question very vague.
17    Q      Did NEVEQ do any business with Lessno?
18    A      Sorry, business?
19    Q      Did they purchase or use any of the
20    services that Lessno provided?
21    A      Lessno, LLC?
22    Q      Yes.
23    A      I can check for you, but I don't think
24    so.  I don't know.  Again, business may mean
25    buying some tickets. Somebody from NEVEQ may
```

1                   Sdfanov Nedyalkov

2    have, I don't know.

3    Q       The bank identified it as a loan from

4    NEVEQ?

5    A       Sorry.

6    Q       Did Lessno's bank identify it as a

7    loan from NEVEQ to Lessno?

8    A       Lessno.

9    Q       It stated on the record that this is a

10   document that's been produced by your company

11   to the petitioners?

12   A       Well, the description the record says

13   -- the translator, if you can translate it

14   for me.

15           MR. CONNOLLY:  What did he just

16           say?  Translate the words he just

17           said. Say that in English.

18           THE WITNESS:  Received transfer

19           in letter.

20   Q       What else does the statement indicate

21   from your bank?

22   A       It tells of payment loan according to

23   contract.

24   Q       Does it indicate who the loan is from?

25   A       Well, the beneficiary in the record,

1          Sdfanov Nedyalkov

2     partner -- in fact, I don't know why it's

3     spelled in Bulgarian like this.  It should be

4     on the record Direct Capital Partners

5     Limited.

6     Q      Mr. Nedyalkov, I'm going to refer you

7     to page two of Petitioner's 7.

8     A      The same document?

9     Q      Of the same document.  And I am going

10    to ask you to look at the fifth transaction

11    from the bottom, if you can look at that and

12    tell me if you know what that is.

13    A      It's HPOIBO 091742963, completed June

14    3rd, 2009.  It says that it 20,000 leva.  I

15    think the document -- I am not sure if it's

16    in leva.  It's Bulgarian.  I don't know. Some

17    of description in leva.  It's 20,000 leva.

18    Received payment leva in beneficiary Lessno,

19    LLC.  It's a contract agreement maybe written

20    down.

21    Q      Can you tell me, so the court reporter

22    can take that down; can you summarize those

23    two transactions?

24    A      How?

25    Q      What does it mean to you?

1          Sdfanov Nedyalkov

2     A      From that account number, I stated in

3     beginning of the document received two

4     payments.  One of 80,000 was NEVEQ, 20,000

5     leva, which leads to the conclusion this

6     might not be Lessno, LLC bank account.

7     Q      What is the sixth transaction from the

8     bottom of page two of Petitioner's 7?

9     A      Sixth from the bottom of page?

10    Q      Page 2, the sixth from the bottom, if

11    you can tell me what that transaction is.

12    A      I have to check it.

13    Q      Well?

14    A      Both from June.  I have to check the

15    documents again.  I don't remember.

16    Q      What documents would you check?

17    A      Sorry?

18    Q      What documents would you check?

19    A      The company documents.  Bank account

20    statements, the contracts that contain some

21    kind of contract agreement.  I have to check

22    the contract.

23    Q      You have a specific contract for this?

24                MR. CONNOLLY:  I am going to

25                object to the form -- I don't -- well

```
 1                    Sdfanov Nedyalkov

 2            go ahead.

 3    A       I don't remember this payment what you

 4    asked for. I remember in the contracts.  How

 5    can I know if I don't know what this payment

 6    is about.

 7    Q       Mr. Nedyalkov, wouldn't you agree that

 8    on June 12th Lessno Bulgarian received 80,000

 9    Leva loan from NEVEQ?  Would you agree with

10    that?

11    A       Is this Lessno Bulgaria bank accounts

12    statements?

13    Q       I am asking if you agree with that

14    statement.

15                 MR. CONNOLLY:  To clarify,

16            you're just asking him without

17            reference to the document if Lessno

18            Bulgaria receives a loan from NEVEQ on

19            or about June 12th?

20    Q       Having reviewed Petitioner's 7, would

21    you agree with the statement Lessno Bulgaria

22    received 80,000 leva loan from NEVEQ?

23                 MR. CONNOLLY:  I'll object to

24            the form, but the witness can answer.

25                 THE WITNESS:  I also object to
```

1              Sdfanov Nedyalkov

2         the form.

3    Q    Anyway you still answer the question.

4    A    I don't have that information to make

5    such a statement.

6    Q    In reviewing Petitioner's Exhibit 7,

7    you can't answer that question?

8    A    Yeah, this document doesn't state who

9    is the beneficiary of the account, that this

10   account activity being -- it's not -- I don't

11   know.  Should I remember the bank account

12   number of Lessno Bulgaria?

13   Q     Mr. Nedyalkov, what other bank

14   account statement would this be for?  You

15   provided it to us.

16              MR. CONNOLLY:  What other bank

17        would this be from?  I'm going to

18        object to the form, for a couple of

19        different reasons which I want to

20        state on the record.  I will --

21              MR. SANCHEZ:  Please --

22              MR. CONNOLLY:  First, you

23        asking him to speculate whose account

24        it might be.  Second, you represented

25        that we produced that in discovery.  I

```
1              Sdfanov Nedyalkov
2         know we produced a lot of records to
3         you.  I am not sure if this is the one
4         we produced. I am not sure whose
5         account statement it is.  If you're
6         looking for the witness to essentially
7         authenticate whose account statement,
8         I think he already testified already
9         he couldn't do that solely on the
10        account number.  Those are my
11        objections.
12             MR. SANCHEZ:  I represent that
13        this is a document you provided.
14             MR. CONNOLLY:  It very well
15        might be.  If you're asking the
16        witness to provide additional
17        information other than what's written
18        on the piece of paper, he's not able
19        to.  He's not able to.  If you have
20        more questions, go ahead.
21   Q    Mr. Nedyalkov, looking at the first
22   page of Petitioner's Exhibit 7, the 13th
23   line, the 13th entry, could you tell me what
24   that says in English? It's apparently mostly
25   in Bulgarian.
```

1          Sdfanov Nedyalkov

2    A      You need me to translate the full line

3    in English?

4    Q      Yes, please.

5    A      First cell, the first column of line

6    13 is HDOPIUR 091630170.  This column called

7    reference.  Second column is called value

8    date, and the value 12th of June 2009.

9    Fifteen hours, 20 minutes, seven seconds.

10   The third column is, I don't know what the

11   abbreviation of DRN date is.  But the value

12   the fourth column cell is the top console is

13   empty.  It's under column Debit.  Column is

14   empty.

15         The fifth column says 80,000 from OO.

16   The sixth column cell is received payment

17   from leva.  The seventh column says

18   beneficiary of the value is on the record

19   with Capital Partners Limited.

20         The eighth column, which is named the

21   details of payment, the value of the sale is

22   along, as per contract.

23         The ninth column is empty.  Ninth

24   column, it says sale additional information

25   says is empty.  The 10th column cell, the

1          Sdfanov Nedyalkov

2     column called More, the value is BG60RZBBD

3     9155060618817.   That's all.

4     Q       Having carefully looked at that, does

5     that refresh your recollection what that

6     entry refers to?

7     A       Currently, no.  I have to check.  If

8     you want something to be checked, ask me.

9     Q       You testified earlier that you signed

10    the checks for Lessno, LLC?

11    A       Sorry.

12    Q       You testified earlier you signed the

13    checks for Lessno LLC; is that correct?

14    A       Checks, you mean -- what you mean by

15    checks?

16    Q       Are you authorized signer for the bank

17    account for Lessno, LLC?

18    A       Yes.

19    Q       Are you authorized signer for Lessno

20    Bulgaria's bank accounts?

21    A       No.

22    Q       Who is the authorized signer on the

23    bank accounts for Lessno Bulgaria?

24    A       Who could order payment?

25    Q       Yes.

1           Sdfanov Nedyalkov

2   A    Currently or -- I don't know. Stefan.

3   Q    When you say Stefan, do you mean

4   Stefan Minchev?

5   A    I am not sure. I have to check more

6   for the information.

7   Q    Where would you check?

8   A    Sorry.

9   Q    Where would you check for that

10  information?

11  A    I would ask Stefan.

12  Q    At the top of Petitioner's Exhibit 7,

13  there's an entry that says Account.  There

14  seems be an account number, and what does it

15  say after the account number in Bulgarian to

16  English?

17  A    I will ask the translator to

18  translate. It's a checking account for a

19  company.

20  Q    Where it says account the number and

21  the letters, does that refresh your

22  recollection as to whether that's a Lessno,

23  LLC bank account?

24  A    No, I don't remember the exact bank

25  account numbers.

1           Sdfanov Nedyalkov

2    Q      Mr. Nedyalkov, Nadia is going to show

3    you what's been previously marked as

4    Petitioner's Exhibit 8 for identification, if

5    you can take a look at that.

6    A      Okay.

7    Q      Do you know what that is?

8    A      It's again a bank account statement.

9    I think it's missing some of the pages.

10   Q      It's missing some pages?

11   A      No, the paper has been trimmed back

12   from the printer that's been printed. The

13   page last column of the table is gone.

14   Q      Mr. Nedyalkov, I'm going to ask you to

15   look at page 3 of 3 of Petitioner's Exhibit

16   8, and I am going to ask you to look at the

17   4th entry from the bottom, if you can look at

18   that and tell me what that is.

19   A      It's an entry.  You want me to read

20   it?

21   Q      I am asking if you can look at that

22   and if you can tell me if you know what that

23   is.

24   A      It's a payment from Benefit

25   Investment, LLC.  Payment contract agreement,

1             Sdfanov Nedyalkov

2   and it's for 60,000 from 00.

3   Q      Who is the beneficiary of the payment?

4   A      The beneficiary is Lessno, LLC.

5   Q      If you can look at the entry right

6   below that?

7   A      Yes.

8   Q      Tell me if you know what that is.

9   A      It's debit payment from beneficiary in

10  record -- I'll ask the translator to

11  translate.  Order transfer in leva E-banking.

12  Q      Who is the beneficiary, Mr. Nedyalkov?

13  A      On the record, it's Mario Sotirov.

14  Q      The details of the payment?

15  A      The details of the final repayment of

16  the loan.

17  Q      Does that refresh your recollection as

18  to what this entry refers to?

19  A      I have to check again the -- I don't

20  know who is this bank statement.

21  Q      But you referred to the fifth entry.

22  It's an entry of 60,800 leva from Lessno LLC

23  into this account; is that correct?

24  A      It's a credit payment from Lessno,

25  LLC.

1                    Sdfanov Nedyalkov

2    Q        The very next entry about one hour

3    later was a transfer from this account to

4    NEVEQ, LLC; is that correct?

5    A        It's debit payment for the amount of

6    60,756.16.  The beneficiary is the director

7    of Capital Partners.

8    Q        As you testified, it's a final payment

9    on the loan?

10   A        On that loan.

11   Q        On a loan, okay.  Does it refresh your

12   recollection that Lessno, LLC paid a final

13   payment on a loan of 60,000 leva on July

14   23rd, 2009?

15   A        No, I am not sure if it's Lessno or

16   Lessno Bulgaria.

17   Q        Did Lessno, LLC repay NEVEQ Capital

18   Partners any loans while you were CEO?

19   A        Not that I am sure.  I have to check

20   again.

21   Q        What would you check to verify that

22   whether Lessno, LLC repaid NEVEQ?

23   A        I just check the documents of the

24   company and check the banking.  I am

25   operating -- I have never looked into First

```
 1                  Sdfanov Nedyalkov

 2    Investment Bank accounts on Lessno or Lessno

 3    Bulgaria.  I don't know.  Not my personal

 4    bank account there.

 5    Q      If someone transferred money from

 6    Lessno, LLC bank account online, who would be

 7    able to do that in July 2009?

 8    A      July.  Well, we set up a bank account

 9    NG Bank.  I don't remember the exact dates.

10    I am not sure.  I am not sure.

11    Q      Would you have authority to make an

12    online transfer of Lessno, LLC money?

13    A      Sorry?

14    Q      Would you have the authority to make

15    online transfers of Lessno, LLC money in July

16    of 2009?

17    A      I think so, yeah.

18    Q      Did you need approval from someone to

19    make those transfers?

20    A      What you mean by approval?

21    Q      Did you have to seek anyone's

22    approval, NEVEQ or anyone else?

23    A      Yes, I think every payment has to be

24    approved by the bank.

25    Q      But did you need any company approval
```

```
1                    Sdfanov Nedyalkov
2    aside from the bank to transfer money online
3    in July 2009?
4                    MR. CONNOLLY:  I'm going to
5              object to the form, but the witness
6              can answer.
7    A     Somebody said object to that?
8    Q     You can answer the question, sir.
9    A     But didn't hear what the person said.
10                   MR. CONNOLLY:  You can answer
11             the question. I just stated an
12             objection as to the form of question.
13             If you understand it, you can answer
14             it.
15   A     All the payments I have made had to be
16   terminated to NEVEQ, just because I want to
17   be correct again.
18   Q     Did in July 2009, did Lessno have a
19   CFO?
20   A     Sorry.
21   Q     Did Lessno have a CFO in July of 2009?
22   A     Lessno, LLC.
23   Q     Yes.
24   A     You mean person officially appointed
25   as a CFO?
```

```
 1                    Sdfanov Nedyalkov
 2    Q    In any capacity?
 3              MR. CONNOLLY:  I am going to
 4         object to the form.  Just to be clear
 5         on the record, you gave an
 6         abbreviation that may not transfer
 7         over to Bulgarian. Can you give the
 8         title of the officer?
 9              MR. SANCHEZ:  Actually I'm not
10         going to do that.  You know, he's a
11         CEO.  He needs to know what a CFO is.
12              MR. CONNOLLY:  I want to make
13         sure he understands the question.
14              MR. SANCHEZ:  He's an
15         investment manager.  He's going to
16         know what a CFO is.
17    Q    Do you know what the abbreviation CFO
18    means?
19    A    Financial officer.
20              MR. SANCHEZ:  Can you read back
21         the question.
22              (Record was read back by the
23         reporter.)
24    A    Lessno had no CFO -- Lessno, LLC had
25    no CFO officially contracted or employed as
```

```
1                 Sdfanov Nedyalkov

2    CFO.

3    Q      Any payment that you made on behalf of

4    Lessno, LLC, had you needed NEVEQ's

5    permission to make those payments?

6    A      I didn't do it, but I coordinated it.

7    Q      Were there any instances where you

8    didn't obtain NEVEQ's approval for a payment?

9    A      Not that I am aware of such.

10   Q      Mr. Nedyalkov, are you familiar with a

11   Lessno, LLC corporate resolution of October

12   6th, 2009, requiring approval of CFO for any

13   payment over 5,000 U.S. dollars?

14   A      2009?

15   Q      Yes. October 6th, 2009.  And would I

16   like to clarify my question that it's a

17   resolution of TTS.

18   A      I can't remember this document.  I

19   have see it.

20   Q      Were there any instances from June

21   2009 until the present that you sought the

22   approval of Lessno's CFO for payments in

23   access of 5,000 U.S. dollars?

24   A      Can you repeat the question again?

25                 (Record was read back by the
```

1              Sdfanov Nedyalkov

2         reporter.)

3    A    I would ask you to translate this. I

4    couldn't hear it.

5              (Record was read back by the

6         reporter.)

7    A    From whom, approved from whom?

8              (Record was read back by the

9         reporter.)

10   A    What you mean by Lessno?  Is it Lessno

11   Bulgaria or Lessno, LLC. I cannot ask someone

12   who not exists.  If you mean Lessno, LLC --

13   Q    Mr. Nedyalkov, would you be surprised

14   if I told you that Mr. Petrov testified

15   yesterday that when NEVEQ inserted that

16   clause in the resolution, he specifically

17   intended Antoaneta Orbetsova as the person

18   who would be required to approve such

19   payments?

20             MR. CONNOLLY:  Objection to the

21        form of the question.

22             MR. SANCHEZ:  You can answer

23        the question.

24   A    Yeah, I am not surprised because she

25   was not officially appointed as CFO.

1    Sdfanov Nedyalkov

2    Q     Your answer is you wouldn't be

3    surprised that Mr. Petrov indicated that

4    Antoaneta Orbetsova was the person he had in

5    mind that would approve payments in access of

6    $5,000?

7              MR. CONNOLLY:  Objection.

8    A     Yes, in fact payments were usual

9    payment loan would be that Antoaneta as a

10   financial professional who creates. She has

11   access to the bank account.  She creates the

12   payments and I just authorize it, that's all.

13   She has access to the bank account, but can't

14   approve any payments herself.

15   Q     You're saying that was the usual

16   course of payments, is that Antoaneta

17   Orbetsova would prepare and approve the

18   payments and you would sign the checks?

19   A     No, I didn't say she would approve

20   them.

21   Q     Can you tell me what you did say,

22   because I didn't understand your response.

23   A     I said she's creating the payments in

24   the banking system and I am the one that

25   approves them.  She only has permission to

1           Sdfanov Nedyalkov

2     create and to see bank accounts, and not to

3     order money for anybody.

4     Q      Did you ever -- go ahead.

5     A      Her user for banking system has to

6     have permission to authorize money.

7     Q      Did you ever seek her approval for any

8     payments from Lessno, LLC?

9     A      Approval?  What you mean by approval,

10    because legally it's -- legal should be

11    something written or official?  I didn't have

12    to ask for official approval from Antoaneta.

13    Q      Were there any obligations on your

14    part to obtain her approval for any payments

15    in excess of 5,000 U.S. dollars?

16    A      Sorry.

17    Q      Was there any obligation on your part

18    to obtain her, Antoaneta Orbetsova's approval

19    for any expenditures in excess of 5,000 U.S.

20    dollars?

21    A      Not an official one.

22    Q      Was there an unofficial requirement?

23    A      No, I am not aware of such

24    requirement, but all the payments we have

25    made has become terminated.

1              Sdfanov Nedyalkov

2    Q       During your term as CEO of Lessno,

3    have you negotiated with any suppliers other

4    than Internap as far as the amounts that were

5    due to those suppliers?

6    A       Trans Am.

7    Q       Who participated in those

8    negotiations?

9    A       I participated, Stefan participated,

10   Petrov participated to clarify what we

11   deciding. I don't know some of staff Lessno

12   Bulgaria also helped.

13   Q       What was the resolution of the

14   obligation to Trans Am?

15   A       We paid all the amount due to Trans

16   Am.

17   Q       Did Trans Am promise to continue

18   serving Lessno, LLC?

19   A       Yeah, we tried cooperating with them.

20   Q       What happened with that agreement?

21   A       Nothing in particular.  As you know,

22   the business of the company is not companies.

23   Q       As you sit here today, does Lessno,

24   LLC owe any other companies?

25   A       Sorry.

1          Sdfanov Nedyalkov

2    Q    As you sit here today, does Lessno,

3    LLC owe any other suppliers or companies?

4    A    Yes.

5    Q    Any anyone else besides NEVEQ?

6    A    Some other companies.  I have to check

7    the balance sheet of the documents to name

8    the particular names.

9    Q    When was the last time you prepared a

10   balance sheet?

11   A    Sorry.

12   Q    When was the last time you prepared a

13   balance sheet?

14   A    I never prepared a balance sheet.

15   Q    Who prepares the balance sheet?

16   A    Usually Antoaneta prepares them.

17   Q    She prepares that for Lessno, LLC?

18   A    Yes.

19   Q    Can you tell me why she does that?

20   A    Because we want to lower the cost for

21   the company, and she also working at the

22   company that is, that we invested in and

23   plan.  She can do --

24   Q    How often does the Board of Directors

25   of Lessno, LLC meet?

1              Sdfanov Nedyalkov

2    A    The Board, maybe -- hasn't met

3    recently.

4    Q    Did it meet last year?

5    A    Sorry.

6    Q    Did the Board of Directors of Lessno,

7    LLC meet?

8    A    Maybe.  They met maybe the past six

9    months.  I am not sure how long when was last

10   time, in fact, yeah.

11   Q    Yes, what?

12   A    Nothing.

13   Q    As you sit here today, does Lessno,

14   LLC owe Smart Travel Network any money?

15   A    I think there is.  We're disputing the

16   amount of money that is being owed by Lessno,

17   LLC and to Smart Travel.

18   Q    But Lessno, LLC owes Smart Travel some

19   money?

20   A    Sorry.

21   Q    Lessno, LLC owes Smart Travel some

22   money.  You're just disputing amount?

23             MR. CONNOLLY:  Object to form.

24   A    I mean that zero is also a number, so

25   --

1          Sdfanov Nedyalkov

2               MS. EMANUILOVA:  This is Nadia

3          speaking. I'm sorry to interrupt you.

4          We need change the memory card on the

5          video camera here.

6               MR. SANCHEZ:  How long is it

7          going to take. Eleven-thirty?

8               THE WITNESS:  Yeah.

9               MR. SANCHEZ:  We'll take a

10         two-minute break.  We'll go off the

11         record here for just a bit.  We'll be

12         back in ten minutes.

13               Off the record.

14               (Whereupon a brief recess was

15         taken.)

16    Q    You remain under oath, Mr. Nedyalkov.

17    Do you understand?

18    A    Yes.

19    Q    Jumping back to Petitioner's Exhibit 7

20    and Petitioner's Exhibit 8, can you tell me

21    if you provided these to your attorney?

22    A    Me, myself.

23    Q    Yes.

24    A    I never had to.  First Investment Bank

25    does banking for corporate purposes, no.

1          Sdfanov Nedyalkov

2     Q     Who would have access?

3     A     I don't know. I don't know. I don't

4     know who -- the bank account number. I am

5     not sure.

6     Q     Who has access to the Lessno Bulgaria

7     EOOD bank information?

8     A     Currently?

9     Q     As of the date these were printed,

10    which was, I believe, May 12th, 2010?

11    A     May 12th, I don't know. Maybe is

12    Stefan, maybe Antoaneta. Maybe both.

13    Q     But you do know that Antoaneta

14    Orbetsova has the ability to provide these

15    bank statements?

16    A     Sorry.

17    Q     Antoaneta Orbetsova does have the

18    ability to provide these bank statements; is

19    that true?

20    A     At the date they were printed?

21    Q     As of May 12th, 2010.

22    A     I am not hundred percent sure.

23    Without documents, I am not sure.

24    Q     How about today, as you sit here

25    today?

 1                    Sdfanov Nedyalkov
 2    A      I am not sure if she had access
 3    currently.
 4    Q      How would you find out whether she has
 5    access?
 6    A      I would ask Stefan.
 7    Q      You're saying Stefan Minchev would
 8    know whether Antoaneta has access?
 9    A      I think so.
10    Q      Can you tell me the nature of your
11    Lessno's dispute with Smart Travel?
12                    MR. CONNOLLY:  I'm going to
13             object to form, but the witness can
14             answer.
15    A      Okay.  We have enough time for that?
16    Q      Yes, go ahead.
17    A      As far as I know, by the time that
18    NEVEQ approved the investments, and that was
19    part of NEVEQ's team back then, and
20    participated in the preliminary selection of
21    fact-finding companies and met with the
22    founders of Lessno, no legally signed
23    documents was provided as part of the due
24    diligence package of the document that is
25    confident between Smart Travel and Lessno.

1           Sdfanov Nedyalkov

2           It was provided sometime before Mario

3       Sotirov was expelled from the company back

4       then.  He is -- as far as know, he is or was

5       co-owner of Smart Travel, so the validity of

6       such document provided pages that was not

7       provided in due diligence packages document.

8           If this document is valid, why wasn't

9       it provided as part of the due diligence

10      package?

11      Q       Do you know whether Smart Travel had

12      been providing services to Lessno prior to

13      June 2009?

14      A       I think prior to June 2009 all the

15      bookings or some of bookings made some type

16      of record of my telephone.  Some of the

17      telephone was made through -- the phone were

18      made through SID of Smart Travel and World

19      Comp.

20          This dispute here is between whether

21      allegedly we owe money to Smart Travel,

22      incurring costs to Smart Travel.  Such

23      payments were demanded only after Mario

24      Sotirov was not CEO.  Nobody demanded such

25      payment from Lessno before that. I had

1           Sdfanov Nedyalkov

2    personally participated in meetings at NEVEQ

3    even before the investment, where all the

4    founders nobody objected to that.

5           I am not sure who made the statement,

6    firstly, whether if Mario Sotirov, whether

7    Antoaneta.  I don't know her first or second

8    name. I am sure that I heard from them that

9    -- it's difficult for previous system to

10   demand payment for fee.  That's how the

11   supplier to prior previous system traveling

12   agencies.

13          So, specific authority of travel

14   industry, previous system demand payment to

15   be made by term of travel agency, but also

16   paid them some fee.

17   Q     Who made the decision--

18               MR. CONNOLLY:  I'm sorry, the

19           witness -- I don't think he was

20           finished with his answer. Were you

21           done with your answer or you have

22           more?

23               THE WITNESS:  I have more.

24               MR. SANCHEZ:  We're going to

25           have to bring you back another day.

```
1                    Sdfanov Nedyalkov
2         I'm trying to --
3              MR. CONNOLLY:  Hold on.  You
4         asked a very open question about the
5         nature of the dispute, and he started
6         to give you an answer.  He hasn't
7         finished.  Do you want him to finish?
8              MR. SANCHEZ:  No.  I actually am
9         okay with what he given us so far on
10        that answer.
11             MR. CONNOLLY:  Let the record
12        reflect that the witness didn't finish
13        his answer, but if you want to move
14        on, that's okay.
15   Q    Who made the decision not to pay this
16   Smart Travel invoices?
17   A    I have coordinated that with NEVEQ.
18   Q    Who at NEVEQ made that decision?
19   A    Not personally.
20   Q    No one personally?
21   A    No one.  The decision for the
22   company -- the decision, NEVEQ's decision is
23   not taken by anyone personally.  The
24   partners, management company, general
25   partners of the company are taken decisions
```

1           Sdfanov Nedyalkov

2    together.

3    Q      You testified previously that it was

4    your decision as to who to pay and when to

5    pay it.  In this case for --

6    A      I coordinated everything with NEVEQ, I

7    told you.

8    Q      But the claims of Smart Travel, they

9    relate to searches and also to airline

10   tickets?

11   A      Sorry?

12   Q      Is that correct?

13   A      I think so.

14   Q      Prior June 2009, are you aware of

15   whether Mr. Giochev, Stanislav Giochev had

16   personally guaranteed the corporate credit

17   card?

18   A      I cannot state that.

19   Q      Does Mr. Giochev claim any amount from

20   Lessno, LLC?

21   A      Currently?

22   Q      As of today.

23   A      I have to check the document.

24   Q      What documents would you check?

25   A      Again, financial documents that

1          Sdfanov Nedyalkov

2    Antoaneta has prepared in past to make sure.

3    I wouldn't state anything unless I am sure.

4    Q     From June 2009 until now, do you

5    recall whether you had seen it on any

6    statements whether Lessno was obligated to

7    Mr. Giochev?

8    A     I think Mr. Giochev has some claims. I

9    am not sure of the amount.  I have to check

10   it. I don't know.

11   Q     To your knowledge, has Lessno?

12   A     As far as I know, Mr. Giochev has paid

13   some personal travel expenses from that

14   account. So, again --

15   Q     How do you know that?

16   A     Stefan has told me.

17   Q     Has Lessno LLC paid Mr. Giochev any

18   money since June 2009?

19   A     I am not sure.  I doubt it.

20   Q     Who made the decision not to pay

21   Mr. Giochev any money since June 2009?

22   A     It was again coordinated with investor

23   in the company.

24   Q     Which was NEVEQ?

25   A     Well, indirectly, yes, in fact it

1                    Sdfanov Nedyalkov

2    should be TTS resolution.

3    Q        Is that where you went for authority;

4    you went to TTS or you went to NEVEQ?

5    A        TTS is located Netherlands.

6    Q        You didn't go?

7    A        In fact all the members, all the

8    members of TTS, the board of TTS were

9    relocated in the Netherlands after June.

10   Before that, from what I am aware of, the

11   founders of -- the so-called founders of

12   Lessno was also shareholders.

13   Q        Did the Lessno ever contact

14   Mr. Giochev to try to settle his claims?

15   A        Sorry.

16   Q        Did Lessno ever contact Mr. Giochev to

17   try to settle his claims?

18   A        I haven't contacted Mr. Giochev since

19   then.

20   Q        But you would be the person to try to

21   negotiate a settlement?

22   A        I would be.

23                    MR. SANCHEZ:  Mr. Nedyalkov, we

24            are going to reserve our right to have

25            you come in again pending the

```
 1                  Sdfanov Nedyalkov
 2            production of the documents that we
 3            asked for, but as of now, we're going
 4            to be finished with you.
 5                  There are just a couple of
 6            questions of Mr. Minchev.
 7                  THE WITNESS:  I am free to go?
 8                  MR. SANCHEZ:  Free to go for
 9            today.  Yes, sir.
10                  THE WITNESS:  Thank you all and
11            bye.
12                  (Time noted:  11:14 a.m.)
13
14                                _____
                                        SDFANOV NEDYALKOV
15
16
      Subscribed and sworn to before me
17
      this      day of        , 2011
18
19    _____
      Notary Public
20
21
22
23
24
25
```

```
 1
 2                       EXHIBITS
 3   PETITIONER'S
     FOR IDENTIFICATION   DESCRIPTION            PAGE
 4
     5-8          Series of documents              4
 5
 6
 7
 8          INFORMATION/DOCUMENTS REQUESTED
 9   DESCRIPTION                                 PAGE
10   Production of contract                         9
11   Production of schedule/list of assets         26
12   Production of licensing agreements between    26
     Lessno, LLC and other companies
13
     Production of a copy of loan agreement        36
14   from NEVEQ to Lessno
15
16
17
18
19
20
21
22
23
24
25
```

1

2          C E R T I F I C A T E

3          I, CHRISTOPHER ASPROMONTE, hereby certify

4   that the Examination Before Trial of SDFANOV

5   NEDYALKOV, was held before me on the  20th day of

6   January, 2011, that said witness was duly sworn

7   before the commencement of the testimony; that the

8   testimony was taken stenographically by myself and

9   then transcribed by myself; that the party was

10  represented by counsel as appears herein;

11          That the within transcript is a true record

12  of the Examination Before Trial of said witness;

13          That I am not connected by blood or marriage

14  with any of the parties; that I am not interested

15  directly or indirectly in the outcome of this

16  matter; that I am not in the employ of any of the

17  counsel.

18          IN WITNESS WHEREOF, I have hereunto set my

19  hand this 11ᵗʰ   day of Jib.          , 2011.

20                          *Christopher Aspromonte*

21

                        CHRISTOPHER ASPROMONTE

22

23

24

25

```
 1
 2                              ERRATA SHEET
 3    PAGE/LINE                    CORRECTION

 4    _____      _____

 5    _____      _____

 6    _____      _____

 7    _____      _____

 8    _____      _____

 9    _____      _____

10    _____      _____

11    _____      _____

12    _____      _____

13    _____      _____

14    _____      _____

15    _____      _____

16    _____      _____

17    _____      _____

18    _____      _____

19    _____      _____

20    _____      _____

21    _____      _____

22    _____      _____

23    _____      _____

24    _____      _____
25
```

## A

abbreviation 56:11 64:6,17
ability 73:14,18
able 55:18,19 62:7
about 40:7 42:20 44:22 46:6,14,22 53:6
   53:19 61:2 73:24 77:4
access 19:11 26:14 65:23 67:5,11,13 73:2
   73:6 74:2,5,8
according 50:22
account 48:6 49:10 52:2,6,19 54:9,10,11
   54:14,23 55:5,7,10 57:17 58:13,14,15
   58:18,20,23,25 59:8 60:23 61:3 62:4,6
   62:8 67:11,13 73:4 79:14
accounts 19:12 53:11 57:20,23 62:2 68:2
accurate 43:15
action 4:3
activity 54:10
actually 64:9 77:8
additional 55:16 56:24
address 4:22 15:16 33:10
adjusting 35:20
administer 3:16
affidavit 38:8,22 42:12 44:15 46:10,23
after 10:20 16:20 32:6 58:15 75:23 80:9
again 6:9 7:3 10:20 24:24 25:15 28:21
   30:22 37:8 38:15 42:18 43:20 44:10,21
   44:24 49:24 52:15 59:8 60:19 61:20
   63:17 65:24 78:25 79:14,22 80:25
agencies 76:12
agency 76:15
agent 27:12,16
agree 53:7,9,13,21
AGREED 3:5,10,14
agreement 26:13,17 35:25 36:6 51:19
   52:21 59:25 69:20 82:13
agreements 82:12
ahead 31:20 53:2 55:20 68:4 74:16
airline 78:9
Albatross 24:25 25:5,8
alleged 1:7 5:23 13:7
allegedly 75:21
allow 27:18 28:8 44:23
allowed 28:24
along 56:22
already 12:17 55:8,8
amount 20:6,7,17 61:5 69:15 71:16,22
   78:19 79:9
amounts 69:4
another 17:2 76:25
answer 5:14 11:21 13:15 17:4 18:21
   20:25 25:20 27:10,23 28:14,22 30:21
   31:3,7,13,16,21 33:2,5,6,7 35:12,21,23
   37:14 40:12 43:19,20,22,22 44:12,23
   53:24 54:3,7 63:6,8,10,13 66:22 67:2
   74:14 76:20,21 77:6,10,13
answered 33:11 43:18 44:25
answering 25:21
answers 4:6 46:17
Antoaneta 66:17 67:4,9,16 68:12,18
   70:16 73:12,13,17 74:8 76:7 79:2
anybody 68:3

anyone 24:23 62:22 70:5 77:23
anyone's 62:21
anything 6:14 21:19 22:18,21 40:8 47:4
   79:3
anytime 12:9
Anyway 46:13 54:3
apparently 55:24
appears 83:10
apply 8:7,10
appoint 34:15,23 35:2
appointed 7:24 30:12 33:17 63:24 66:25
appointment 10:21
appreciate 44:19
appropriately 9:17
approval 62:18,20,22,25 65:8,12,22 68:7
   68:9,9,12,14,18
approve 66:18 67:5,14,17,19
approved 62:24 66:7 74:18
approves 67:25
approximately 10:17,18 16:7
argue 46:13
arrangement 12:6
aside 63:2
asked 9:8,11,16,18 12:3 28:13,15 34:4
   43:18 44:25 53:4 77:4 81:3
asking 5:2 6:7 17:3,4 29:14 33:5 53:13
   53:16 54:23 55:15 59:21
ASPROMONTE 83:3,21
asserting 43:10
asset 23:15
assets 21:9,13,14,15,20,23 22:25 23:5,9
   23:11 25:23,25 26:3,5,5 82:11
attorney 2:5 9:11,19 26:11 40:2 45:17
   72:21
attorneys 2:12 3:6 37:11,16
attorney-client 40:9
August 16:11,11,12
authenticate 55:7
authority 27:13,17 29:7 32:21 62:11,14
   76:13 80:3
authorize 67:12 68:6
authorized 3:16 57:16,19,22
available 6:5
aware 14:8,20 15:20 18:5 21:8 27:7,12
   65:9 68:23 78:14 80:10
a.m 1:17 81:12

## B

back 13:24,25 17:7 28:3,5 31:17,23
   34:19 35:21 44:2,3 45:10 48:14 59:11
   64:20,22 65:25 66:5,8 72:12,19 74:19
   75:3 76:25
balance 70:7,10,13,14,15
bank 19:12 47:19,23 48:16 49:10 50:3,6
   50:21 52:6,19 53:11 54:11,13,16 57:16
   57:20,23 58:23,24 59:8 60:20 62:2,4,6
   62:8,9,24 63:2 67:11,13 68:2 72:24
   73:4,7,15,18
banking 19:13 47:18 61:24 67:24 68:5
   72:25
Bankruptcy 1:2 43:14

Barrister 1:15,23
become 36:21 68:25
before 1:17 3:18 5:6,15 12:24 14:22
   17:17,19,25 32:4 37:24 75:2,25 76:3
   80:10 81:16 83:4,5,7,12
began 16:9
begin 5:6,15
beginning 52:3
behalf 65:3
being 8:4 11:2 12:4 54:10 71:16
believe 45:5 46:15,20,21 73:10
below 60:6
beneficiary 50:25 51:18 54:9 56:18 60:3
   60:4,9,12 61:6
Benefit 59:24
besides 70:5
between 3:6 16:10 26:18 32:13 74:25
   75:20 82:12
Beyond 40:5
BG60RZBBD 57:2
big 8:23
biggest 23:15
bit 40:7 72:11
blood 83:13
board 6:22,25 7:9,12,13,14,16 13:8 19:8
   30:20 34:12 70:24 71:2,6 80:8
boards 9:24
bond 49:9
bookings 75:15,15
both 7:21 44:11 52:14 73:12
bottom 51:11 52:8,9,10 59:17
Boulevard 2:1
break 72:10
brief 47:7 72:14
bring 76:25
Broadway 1:15,23
Building 4:23
Bulgaria 5:17 13:19 14:3,10 15:6,9,12
   16:13,17 33:15,18,22 34:7,16 35:3
   40:25 41:7,16,18 42:8 43:4,6,9 44:9,14
   45:25 46:7,19,22,25 48:10 53:11,18,21
   54:12 57:23 61:16 62:3 66:11 69:12
   73:6
Bulgarian 2:18 4:5,6 6:3 17:17,22 31:9
   31:15 32:7,19 48:5 49:4 51:3,16 53:8
   55:25 58:15 64:7
Bulgarian's 16:22
Bulgaria's 47:19 57:20
business 15:12,22,25 16:3 18:20,22 21:7
   25:5 27:15 49:17,18,24 69:22
buying 49:25
bye 81:11

## C

C 2:2 4:2 83:2,2
call 9:11 12:13 26:9 36:5
called 4:3,9 7:6 56:6,7 57:2
calling 41:4
camera 72:5
capacity 7:8 8:21 9:22 14:9 34:7,10 64:2
Capital 49:7 51:4 56:19 61:7,17

card 72:4 78:17
carefully 57:4
ase 5:2 10:3 46:9 78:5
cautious 40:7
cell 56:5.12.16.25
CEO 7:22.25 8:5.12.16 10:21 12:9.24
  16:20 18:25 21:6.21 27:9.18 28:8.23
  30:12 34:13.13 61:18 64:11 69:2 75:24
certification 3:7
certify 83:3
CFO 63:19.21.25 64:11.16.17.24.25 65:2
  65:12.22 66:25
chairman 7:12
change 72:4
Chapter 42:4
characterization 45:2.5
check 8:22.25 10:10.12.15 16:4.6 18:14
  18:16 20:2.17 21:2 22:2.3.5.24 24:15
  24:16.24 25:9.13.14 27:2 30:22.23.25
  31:2 33:19 34:11.21 37:8 38:15 39:7.8
  39:10.12 40:21 41:17 44:10 46:19 47:2
  49:23 52:12.14.16.18.21 57:7 58:5.7.9
  60:19 61:19.21.23.24 70:6 78:23.24
  79:9
checked 9:6.8 57:8
checking 58:18
checks 57:10.13.14.15 67:18
chief 15:2 38:9
CHRISTOPHER 83:3.21
circumstances 8:3.6
claim 20:9 78:19
claims 78:8 79:8 80:14.17
clarification 5:13 28:15
clarify 28:10.16 53:15 65:16 69:10
clarity 10:16.20
clause 66:16
clean 45:20
clear 64:4
client 40:2
code 27:19 28:9.18.24 29:6.8
column 56:5.6.7.10.12.13.15.16.17.20
  56:23.24.25 57:2 59:13
come 80:25
commencement 83:7
communication 35:19 40:10
Comp 75:19
companies 7:2.7.17 8:24 19:10.15.18
  44:11 69:22.24 70:3.6 74:21 82:12
company 6:23 7:5 11:14 16:20 17:25
  18:23.25 19:11.21 23:15 24:12.16.18
  26:18 27:8.11.14 29:24 30:2 31:4
  39:13 46:11 50:10 52:19 58:19 61:24
  62:25 69:22 70:21.22 75:3 77:22.24.25
  79:23
compensated 12:8.11
compensation 11:11.15 12:7
completed 51:13
composed 23:12
conclusion 29:15 52:5
conduct 15:11.22
conducted 15:25

conducting 16:3.11
conference 19:19
confident 74:25
confused 10:13
connected 83:13
Connolly 2:14 5:22 9:15 11:19 12:17
  17:19 20:23 22:8 23:7.16 24:6 27:21
  28:2.12.20 29:13 30:3 31:11.25 32:9
  34:3 37:12.17 39:23 43:16 44:16.21
  45:14.18 46:15 48:3 50:15 52:24 53:15
  53:23 54:16.22 55:14 63:4.10 64:3.12
  66:20 67:7 71:23 74:12 76:18 77:3.11
consist 18:24
consisted 19:2 29:4
console 56:12
constituted 7:18
consulted 8:23
consulting 9:2.4.22 10:2
contact 80:13.16
contacted 80:18
contain 52:20
continue 69:17
contract 8:23.25 9:5.6.10 10:4.11 12:2
  12:10.15 15:10 18:7 19:14 20:19 21:2
  49:8 50:23 51:19 52:21.22.23 56:22
  59:25 82:10
contracted 64:25
contractor 34:2
contracts 18:6 19:7.9.17 24:16 38:24
  52:20 53:4
control 46:12
cooperating 69:19
coordinated 65:6 77:17 78:6 79:22
copy 12:14 36:5 82:13
corporate 65:11 72:25 78:16
correct 23:3.13 31:3 37:7.9 38:14.15
  43:2 44:8 48:25 57:13 60:23 61:4
  63:17 78:12
CORRECTION 84:3
cost 21:5 70:20
costs 75:22
counsel 2:19.20 83:10.17
couple 54:18 81:5
course 5:25 67:16
court 1:2 3:18 5:25 6:12 43:9.14 51:21
cover 47:20
co-located 16:14
co-owner 75:5
create 68:2
creates 67:10.11
creating 67:23
credit 60:24 78:16
creditor 19:22
creditors 19:20
current 19:12 33:9 34:2
currently 6:18 7:22 11:2 13:17.19 18:3.9
  20:18 21:9.12 24:20 32:19 33:9.23.24
  34:12 57:7 58:2 73:8 74:3 78:21

─────── D ───────

D 4:2.8.8

date 4:16 10:10 16:5.5 42:13.16.17.23
  43:13 56:8.11 73:9.20
dates 47:21 62:9
day 76:25 81:17 83:5.19
day-to-day 18:18
debit 56:13 60:9 61:5
debtor 1:7 5:23 13:7
deciding 69:11
decision 76:17 77:15.18.21.22.22 78:4
  79:20
decisions 77:25
declaration 42:3
deem 21:19
definitely 46:4
definition 29:18.21 32:11
demand 76:10.14
demanded 75:23.24
deployed 29:5
deposition 3:15 31:14
description 50:12 51:17 82:3.9
details 15:19 49:5 56:21 60:14.15
developed 24:5.12
development 24:17.19
differ 28:18
different 46:3 54:19
difficult 76:9
diligence 74:24 75:7.9
Direct 49:7 51:4
directly 83:15
director 61:6
Directors 6:22.25 7:9.12.13.16 70:24
  71:6
discovery 48:9 54:25
Discussion 13:23 45:9 48:13
dispute 74:11 75:20 77:5
disputing 71:15.22
DISTRICT 1:3
Dittrich 2:18 5:23
document 9:12 16:6 19:19 26:7 34:21
  36:17.20.21 37:6.10.15.23 40:21 41:3.5
  41:10 44:6 47:21 50:10 51:8.9.15 52:3
  53:17 54:8 55:13 65:18 74:24 75:6.7.8
  78:23
documents 4:13 19:3.4.6.7 22:7.11 26:14
  26:19 31:2 33:19 34:11 39:12.14.16
  52:15.16.18.19 61:23 70:7 73:23 74:23
  78:24.25 81:2 82:4
doing 29:19
dollars 35:14 65:13.23 68:15.20
done 24:17 35:10 76:21
door 40:8
doubt 79:19
down 6:13 51:20.22
DRN 56:11
due 20:6.7 69:5.15 74:23 75:7.9
duly 4:4.9 83:6
during 11:5 15:2 18:20 69:2

─────── E ───────

E 2:2.2 4:2.2.8 83:2.2
each 6:16 7:7.16

earlier 49:11 57:9.12
East 2:12
EASTERN 1:3
effect 3:17
eighth 56:20
either 8:24 10:11 29:23 39:17 48:4.7
Eleven-thirty 72:7
ELIADES 2:11
EMANUILOVA 2:19 72:2
employ 83:16
employed 6:19.21 64:25
employees 12:19.23 13:3.9.13.18 19:2
  30:14.18 31:6.9 32:7.12.12 33:17 39:3
  39:6.11 44:11
employment 9:23 11:5 12:15
empty 56:13.14.23.25
end 8:2
English 4:5.6 5:7.10 6:4 37:20 50:17
  55:24 56:3 58:16
enough 32:22 74:15
entities 32:13
entity 17:14.15
entry 48:21 49:2 55:23 57:6 58:13 59:17
  59:19 60:5.18.21.22 61:2
EOOD 14:3.10 15:6.13 16:13 31:10 32:7
  32:19 33:15.18.22 34:7.16 40:25 41:7
  41:16 42:9 43:6.9 44:14 73:7
equity 36:9
ERRATA 84:2
ESQ 2:5.14
essentially 28:15 55:6
established 7:20 16:19
even 76:3
ever 7:18 14:25 30:9 33:17 68:4.7 80:13
  80:16
every 62:23
everything 37:6 78:6
Evgeniev 8:18
exact 10:15 15:16 16:5.5 20:17 21:3 24:2
  24:3 27:10 30:21 33:7 41:9 44:10
  47:25 58:24 62:9
exactly 19:25
Examination 1:12 4:18 83:4.12
examined 4:11
example 28:25
except 3:11 30:19
excerpts 47:18
excess 68:15.19
executive 8:9 15:3 38:9
Exhibit 36:12 38:3 40:23 41:4 47:15
  48:18 54:6 55:22 58:12 59:4.15 72:19
  72:20
Exhibits 4:14 82:2
existence 16:21
exists 66:12
expelled 75:3
expenditures 68:19
expenses 9:3 79:13
explain 6:8 17:17
extent 39:24 43:17
EZ 32:23.24

Ezekiev 8:17
ezSearch 8:24 10:2 16:25 17:11 18:2
  31:10 32:8
ezSearch/Vayant 32:20
E-banking 60:11

F

F 4:8 83:2
fact 29:23 51:2 67:8 71:10 79:25 80:7
fact-finding 74:21
faithfully 4:4
familiar 36:16.22 65:10
far 12:12.21 13:11.20 15:5 69:4 74:17
  75:4 77:9 79:12
federal 43:13 46:9
fee 76:10.16
feel 41:25 42:3
Fifteen 56:9
fifth 51:10 56:15 60:21
file 24:24 25:15 40:4
files 22:7.10 25:16
filing 3:7
final 60:15 61:8.12
financed 35:8
financial 64:19 67:10 78:25
find 41:10.19 74:4
fine 29:16
finish 77:7.12
finished 76:20 77:7 81:4
first 4:9 16:8 42:19 48:17 54:22 55:21
  56:5.5 61:25 72:24 76:7
firstly 76:6
five 23:23
fluent 5:9
follows 4:11
force 3:17 38:12 41:13 42:6.25
form 3:11 11:20 20:24 23:8 27:22 29:14
  30:4 31:12 37:13 44:17 52:25 53:24
  54:2.18 63:5.12 64:4 66:21 71:23
  74:13
FORMAN 2:11
formerly 16:25 17:11.12.13.14.21
formulate 29:18
forward 35:7.17
founders 74:22 76:4 80:11.11
four 40:15 41:3
fourth 56:12
free 81:7.8
from 4:5.6 5:20 6:3 10:17 20:9 29:5
  30:18 31:6.10 32:8 35:7.17 36:2.6.8
  42:3 47:18.21 48:2 49:7.13.25 50:3.7
  50:21.24 51:11 52:2.7.9.10.14 53:9.18
  53:22 54:17 56:15.17 59:12.17.24 60:2
  60:9.22.24 61:3 62:5.18 63:2 65:20
  66:7.7 68:8.12 75:3.25 76:8 78:19 79:4
  79:13 80:10 82:14
full 56:2
FURTHER 3:10.14
future 21:7

G

gave 28:14 64:5
general 2:19.20 21:4 30:5 77:24
generally 31:13
generate 18:4
generation 18:8.11
Giochev 78:15.19 79:7.8.12.17.21
  80:14.16.18
give 28:22.25 32:11 33:5 64:7 77:6
given 6:12 40:5 77:9
go 31:20 45:3.7 53:2 55:20 68:4 72:10
  74:16 80:6 81:7.8
going 5:2.5 6:4.11 9:9 11:19 12:13 17:16
  20:23 23:7 27:21 28:16 29:13 30:3
  31:11 36:4.11.15.24 37:12 38:2 39:23
  40:14 42:11.22 43:16 44:16 47:14
  48:15.18 51:6.9 52:24 54:17 59:2.14
  59:16 63:4 64:3.10.15 72:7 74:12
  76:24 80:24 81:3
gone 59:13
granted 35:13
Great 2:7
grounds 47:4
guaranteed 78:16
guess 31:19

H

H 4:2
half 9:7
hand 36:13 83:19
happened 69:20
having 4:9 19:11 53:20 57:4
HDOBIUR 48:22
HDOPIUR 56:6
head 6:14
hear 45:21 63:9 66:4
heard 17:9 46:5 76:8
hearing 45:23
held 1:14 13:23 45:9 48:13 83:5
help 10:5
helped 9:2 10:5 69:12
her 68:5.7.14.18 76:7
hereunto 83:18
herself 67:14
he'll 28:22
him 28:21 34:23 43:19.21 44:22.23 46:6
  53:16 54:23 77:7
hired 8:4
hit 35:6
Hold 28:12 77:3
HOLT 2:11
hope 5:14 37:22
hour 61:2
hours 56:9
HPOIBO 51:13
hundred 5:11 73:22

I

identification 4:15 36:13 47:16 59:4 82:3
identified 50:3
identify 50:6
illustrates 29:2

Inc 1:15.23
incorrect 38:18.20
 ncurring 75:22
Index 1:8
indicate 31:5 50:20.24
indicated 67:3
indirectly 79:25 83:15
industry 76:14
information 20:2 29:8.22 39:25 49:9
 54:4 55:17 56:24 58:6.10 73:7
INFORMATION/DOCUMENTS 82:8
infrastructure 29:5
initial 10:10
inserted 66:15
instance 29:3.10
instances 65:7.20
Insurance 11:8
intellectual 21:22.24 22:5.12.15.20 29:12
 29:21 30:5
intended 66:17
interested 83:14
Internap 19:23.24 20:7.10.16.19.21 21:4
 29:3.5 69:4
internet 29:10
interpret 23:17 41:11
interpretation 28:17
interpreter 2:18 4:3 5:24 6:3.9
interrupt 72:3
interview 8:8
invested 70:22
investment 10:7.9.16.22 59:25 62:2
 64:15 72:24 76:3
investments 36:9 74:18
investor 79:22
invoices 77:16
issue 40:6
item 48:16.17
items 48:2
Ivo 8:17

J

J 2:14
January 1:16 83:6
Jersey 2:13
job 8:7
joined 10:6
Joseph 2:5 4:24
judge 46:9
July 16:10.12 61:13 62:7.8.15 63:3.18.21
Jumping 72:19
June 8:2.20 9:21.25 13:3.13 14:22 15:7
 16:10.12 30:13.18 31:6 32:6 34:15
 35:7.17 36:8 47:21.22 48:24 51:13
 52:14 53:8.19 56:8 65:20 75:13.14
 78:14 79:4.18.21 80:9
just 7:14 8:25 10:14 13:21.22 24:8 29:8
 31:13 32:5 33:7 34:23 35:6 40:6 46:11
 50:15.16 53:16 61:23 63:11.16 64:4
 67:12 71:22 72:11 81:5

K

K 4:8
keep 32:3 39:2.5
kept 39:11
kind 12:6 19:4.10.14.17 40:18 49:9 52:21
kinds 19:6 29:22
know 12:21.25 13:20 14:17.24 15:5.8
 16:23 17:4 23:24 24:2 25:4.4.19 27:15
 33:6.7.8 38:7 40:16 41:18 47:25 48:18
 49:2.24 50:2 51:2.12.16 53:5.5 54:11
 55:2 56:10 58:2 59:7.22 60:8.20 62:3
 64:10.11.16.17 69:11.21 73:3.3.4.11.13
 74:8.17 75:4.11 76:7 79:10.12.15
knowledge 21:10 29:23.23 34:8 41:21.24
 79:11
known 16:25 17:11.12.13.15.21
Konstantin 8:15.17.19

L

1. 3:3 4:2.8
Label 25:10
last 8:2.2 12:22 14:15.18 15:24 16:2.16
 18:12.15 19:20 32:2 35:11 42:15 46:21
 59:13 70:9.12 71:4.9
late 10:13.18
later 61:3
lawyers 37:19 39:17
leads 52:5
least 10:23 26:4
led 8:4
legal 17:14.15 26:22 27:13 29:15 68:10
legally 68:10 74:22
Less 23:23
Lessno 1:6.13 5:4 7:22.25 8:5.12.16.21
 8:22.24 9:13.22 10:2.6.21 11:3.6.8.11
 11:15.18.24 12:3.4.9.10.15.19.22 13:2
 13:4.5.6.6.12.17.19 14:2.3.10.12.17.18
 14:19.20.23.24 15:3.3.6.8.12.21.24
 16:9.13.17.22 18:3.6.12.19 19:24 20:18
 20:21 21:6.6.9.12.14.16.25 22:13.15.23
 23:2.11 24:13.15.17.20.22 25:3.6.12.17
 25:22 26:6.18.24 27:4.9.11 28:8.9.23
 28:24 29:4 30:7.9.13.14.17.19 31:9.14
 31:15 32:7.19 33:15.18.21 34:7.16
 35:3.7.9.17.22 36:6.9 38:9.10.12 39:2.5
 39:11 40:19.24.24.25 41:6.6.7.8.11.13
 41:15.16.17 42:6.8.8.24 43:3.4.6.9.11
 44:9.14 45:25.25 46:6.18.18.22.25.25
 47:24 48:2.10 49:12.13.17.20.21 50:7.8
 51:18 52:6 53:8.11.17.21 54:12 57:10
 57:13.17.19.23 58:22 60:4.22.24 61:12
 61:15.16.17.22 62:2.2.6.12.15 63:18.21
 63:22 64:24.24 65:4.11 66:10.10.11.12
 68:8 69:2.11.18.23 70:2.17.25 71:6.13
 71:16.18.21 73:6 74:22.25 75:12.25
 78:20 79:6.11.17 80:1.12.13.16 82:12.14
Lessno's 27:19 50:6 65:22 74:11
Let 7:18 16:19 28:21.25 37:8 42:19
 45:21 77:11
letter 50:19
letters 58:21
Let's 47:5

leva 49:6.15 51:14.16.17.17.18 52:5 53:9
 53:22 56:17 60:11.22 61:13
licensed 24:22 26:24
licensing 26:13.17 82:12
like 6:14 25:2.11 26:7 31:25 32:13 33:25
 43:21 51:3 65:16
Limited 49:7 51:5 56:19
line 55:23 56:2.5
list 26:4.6
little 32:2 40:6 47:6
LLC 1:6.13 2:11 5:4 6:24 7:22.25 8:12
 8:16.21.22.24.25 9:23 10:6 13:4.5.6
 14:2.12.17.18.19.23 15:3.22.24 16:9
 18:12.19 19:24 20:18.22 21:6.12.16.25
 22:13.16 23:2.11 25:12.17.22 26:6.18
 27:4.9 30:7.10.14.17 31:14 35:22
 38:10 40:19.24 41:6.6.8.15 42:8 44:9
 45:25 47:24 48:2 49:21 51:19 52:6
 57:10.13.17 58:23 59:25 60:4.22.25
 61:4.12.17.22 62:6.12.15 63:22 64:24
 65:4.11 66:11.12 68:8 69:18.24 70:3
 70:17.25 71:7.14.17.18.21 78:20 79:17
 82:12
loan 35:9.14.15.18.23.25 36:2.6 49:8.13
 50:3.7.22.24 53:9.18.22 60:16 61:9.10
 61:11.13 67:9 82:13
loaned 49:12
loans 61:18
located 33:12 39:14.16 80:5
long 7:15 39:2.5.10 71:9 72:6
long-time 10:4
look 36:15 40:14.16 42:15 46:16 47:16
 51:10.11 59:5.15.16.17.21 60:5
looked 57:4 61:25
looking 55:6.21
looks 31:25
losing 40:19
lot 48:4 55:2
lower 70:20
Lyulin 4:23

M

made 24:14 36:9 37:3 38:8.18.21 39:19
 40:20 41:20.23 42:23 43:13 63:15 65:3
 68:25 75:15.17.18 76:5.15.17 77:15.18
 79:20
maintain 14:12 25:16 31:4 32:25
make 35:15 43:5.8 45:13 46:8 54:4 62:11
 62:14.19 64:12 65:5 79:2
management 10:17 77:24
manager 8:13.14 10:7.9.23 64:15
many 23:22
March 42:5.13.20 43:12
Mario 2:21 5:24 60:13 75:2.23 76:6
marked 4:14 36:12 47:15 59:3
market 25:6
marriage 83:13
matter 83:16
may 3:15 9:21 10:3 17:9 49:24.25 64:6
 73:10.11.21
maybe 16:8 41:17 49:9 51:19 71:2.8.8

73:11.12.12

**mean** 8:6 11:25 13:6.9 15:8.18 17:12.23
  21:17 22:21 23:4.14 24:10.12 26:4
  28:10.11 29:12 32:17 33:25 41:2 42:17
  44:5 49:24 51:25 57:14.14 58:3 62:20
  63:24 66:10.12 68:9 71:24
**means** 17:13 25:5 28:11 38:4.6.7 40:17
  44:9 64:18
**meet** 70:25 71:4.7
**meetings** 76:2
**member** 6:22 7:8.14.15 19:7 34:12
**members** 13:8 30:20 43:11 80:7.8
**memory** 72:4
**mentioned** 7:21 9:25 24:25 25:10
**met** 71:2.8 74:21
**Michael** 2:14 5:22 44:20
**Microsoft** 24:13
**might** 28:17 39:25 41:18 52:6 54:24
  55:15
**Minchev** 33:21 34:6.16 35:2 58:4 74:7
  81:6
**mind** 67:5
**minute** 28:2.13
**minutes** 56:9 72:12
**missed** 34:17
**missing** 59:9.10
**models** 25:8
**moment** 13:21.22 24:8 40:22
**money** 20:13 62:5.12.15 63:2 68:3.6
  71:14.16.19.22 75:21 79:18.21
**monitor** 27:14 35:6
**month** 10:15 16:8 40:20
**months** 71:9
**more** 9:7 20:3.5 23:20.21 49:8 55:20
  57:2 58:5 76:22.23
**most** 19:2
**mostly** 55:24
**Motion** 40:4
**move** 77:13
**much** 19:24 20:15 40:19
**muddled** 32:3
**myself** 5:21 8:10 72:22 83:8.9

**N**

**N** 2:2 3:3 4:2.8.8
**Nadia** 2:19 5:18.20 36:13 47:14 59:2
  72:2
**name** 4:20.24 17:25 24:25 25:4.8.10 70:7
  76:8
**named** 56:20
**names** 23:24 24:2.3.10 70:8
**nature** 74:10 77:5
**near** 33:8
**Neck** 2:7
**Nedyalkov** 1:13 4:1.21.24 5:1.15 6:1.6
  6:18 7:1 8:1 9:1.19 10:1 11:1 12:1 13:1
  13:21.25 14:1 15:1 16:1 17:1.3 18:1.3
  19:1 20:1 21:1 22:1 23:1 24:1.9 25:1
  26:1 27:1 28:1 29:1.11 30:1 31:1.21
  32:1.6 33:1.4.14 34:1 35:1 36:1 37:1
  37:20 38:1 39:1 40:1 41:1 42:1 43:1

44:1 45:1 46:1 47:1.9.11 48:1.15 49:1
  50:1 51:1.6 52:1 53:1.7 54:1.13 55:1
  55:21 56:1 57:1 58:1 59:1.2.14 60:1.12
  61:1 62:1 63:1 64:1 65:1.10 66:1.13
  67:1 68:1 69:1 70:1 71:1 72:1.16 73:1
  74:1 75:1 76:1 77:1 78:1 79:1 80:1.23
  81:1.14 83:5
**need** 5:12 6:5 16:5 24:3 26:20 30:20 56:2
  62:18.25 72:4
**needed** 65:4
**needs** 64:11
**negotiate** 80:21
**negotiated** 69:3
**negotiations** 69:8
**Netherlands** 80:5.9
**Network** 71:14
**NEVEQ** 4:25 6:23 7:2 8:13.17 9:11 10:7
  10:9.17.23 11:17 27:15 35:13.22 36:2
  36:6.8 49:11.13.17.25 50:4.7 52:4 53:9
  53:18.22 61:4.17.22 62:22 63:16 66:15
  70:5 74:18 76:2 77:17.18 78:6 79:24
  80:4 82:14
**NEVEQ's** 39:17 65:4.8 74:19 77:22
**NEVEQ-owned** 27:8
**never** 33:9 61:25 70:14 72:24
**New** 1:3.16.16.18.24 2:7.13 4:10 5:21
  6:13
**next** 61:2
**NG** 62:9
**ninth** 56:23.23
**nobody** 75:24 76:4
**Northern** 2:6
**Notary** 1:17 4:10 81:19
**note** 40:3
**noted** 9:16.20 26:12.23 36:7 81:12
**Nothing** 69:21 71:12
**noting** 44:24
**number** 41:9 44:10 47:25 49:10 52:2
  54:12 55:10 58:14.15.20 71:24 73:4
**numbering** 15:19
**numbers** 58:25
**N.Y** 1:24

**O**

**O** 3:3 4:8.8
**oath** 1:12 3:16 33:5 47:11 72:16
**object** 11:20 20:24 23:8 27:22 29:14 30:4
  31:12 37:13 39:24 43:17 44:17 52:25
  53:23.25 54:18 63:5.7 64:4 71:23
  74:13
**objected** 76:4
**objection** 32:3.5.9 44:24 47:3 63:12
  66:20 67:7
**objections** 3:11 55:11
**obligated** 79:6
**obligation** 68:17 69:14
**obligations** 68:13
**Oborishte** 15:17
**Observer** 2:21
**obtain** 65:8 68:14.18
**October** 65:11.15

**off** 13:23 45:4.7.9.20 48:12.13 72:10.13
**offered** 10:5
**offering** 11:11
**office** 5:20 14:12.16.19.21.23.25 15:4.6.9
  15:11.15 16:13.16.22 33:10 39:18
**officer** 3:16 15:3 38:9 64:8.19
**offices** 1:14 32:25
**official** 4:3 25:7 68:11.12.21
**officially** 63:24 64:25 66:25
**often** 70:24
**okay** 7:21 9:13 12:16.18 26:21 36:14.23
  42:17 59:6 61:11 74:15 77:9.14
**Olga** 2:20 5:18
**one** 5:24 6:23 7:4 8:23 14:5 19:20 23:19
  23:20.21 25:2.11 28:2 30:19 47:18
  52:4 55:3 61:2 67:24 68:21 77:20.21
**online** 27:16 62:6.12.15 63:2
**only** 5:5 23:4 30:19 67:25 75:23
**Ontotext** 7:4.19
**onward** 36:8
**OO** 56:15
**open** 77:4
**opening** 40:7
**operate** 19:12
**operates** 25:7
**operating** 61:25
**operation** 35:8
**opposition** 40:4
**optimizing** 9:3
**Orbetsova** 66:17 67:4.17 73:14.17
**Orbetsova's** 68:18
**order** 1:14 57:24 60:11 68:3
**other** 5:19 7:5 9:23 11:9.14 12:19 13:20
  14:7 19:2.15.18 23:9 24:18 25:18
  26:18 27:8 30:20 33:13 44:13 54:13.16
  55:17 69:3.24 70:3.6 82:12
**others** 14:8 18:7 27:19 28:8.24
**out** 24:19 27:16 29:7 32:21 41:19 74:4
**outcome** 83:15
**over** 25:9 46:12 64:7 65:13
**Overviewing** 18:22
**owe** 19:24 69:24 70:3 71:14 75:21
**owed** 71:16
**owes** 71:18.21
**own** 21:9.12 25:22.25 27:18 30:7
**owned** 27:11 30:9
**owns** 21:16.25 22:13.16 23:2.11 24:20
  25:3.12.17

**P**

**P** 2:2.2 3:3
**package** 74:24 75:10
**packages** 75:7
**page** 36:24 42:15 48:17 51:7 52:8.9.10
  55:22 59:13.15 82:3.9
**pages** 41:4 59:9.10 75:6
**PAGE/LINE** 84:3
**paid** 11:2.6 12:4 20:12.15 61:12 69:15
  76:16 79:12.17
**paper** 26:2 55:18 59:11
**paragraph** 38:3.11 40:15 41:11.12 42:11

42:23 44:5.7
Paramus 2:13
part 9:3 20:12 49:12 68:14.17 74:19.23
   75:9
participated 69:7.9.9.10 74:20 76:2
particular 7:11 69:21 70:8
parties 3:6 83:14
partner 51:2
partners 8:16 49:7 51:4 56:19 61:7.18
   77:24.25
party 5:19 83:9
past 71:8 79:2
patents 22:22
Pavel 8:17
pay 77:15 78:4.5 79:20
paying 11:8.14.17
payment 19:20 49:5.6 50:22 51:18 53:3.5
   56:16.21 57:24 59:24.25 60:3.9.14.24
   61:5.8.13 62:23 65:3.8.13 67:9 75:25
   76:10.14
payments 52:4 63:15 65:5.22 66:19 67:5
   67:8.12.14.16.18.23 68:8.14.24 75:23
payroll 31:4
penalty 37:4
pending 18:7 80:25
people 24:10 32:18
per 40:19 49:8 56:22
percent 5:12 73:22
performed 42:4
period 10:8.23 47:20
perjury 37:4
permission 65:5 67:25 68:6
person 63:9.24 66:17 67:4 80:20
personal 62:3 79:13
personally 76:2 77:19.20.23 78:16
Petitioner 2:5.21
petitioners 4:25 5:22.25 50:11
Petitioner's 4:14 36:12 38:3 40:23 41:4
   47:15 48:17 51:7 52:8 53:20 54:6
   55:22 58:12 59:4.15 72:19.20 82:3
Petrov 8:15.19 66:14 67:3 69:10
phone 75:17
piece 55:18
plan 70:23
plans 21:7
pleading 40:3
please 4:20 6:7 17:6.20 23:6 28:10 31:22
   32:11 36:19.21 43:23 54:21 56:4
portfolio 27:14
position 7:25 8:4.8.10.11 10:21.22
prefer 45:19
preliminary 74:20
prepare 37:10.11.15.16 67:17
prepared 70:9.12.14 79:2
prepares 70:15.16.17
present 2:17 27:16 31:6 65:21
presently 14:13
prevention 21:5
previous 76:9.11.14
previously 59:3 78:3
primarily 23:2.12

primary 23:14
printed 59:12 73:9.20
printer 59:12
prior 8:20 9:21.25 45:3 46:16 75:12.14
   76:11 78:14
privilege 40:2
produce 9:10
produced 50:10 54:25 55:2.4
product 28:19
production 9:11 12:14 26:10 36:5 81:2
   82:10.11.12.13
professional 67:10
program 23:20 25:11
programmed 24:11
programs 23:25 25:2
promise 69:17
proper 45:2.5
property 21:22.24 22:6.12.15.21 27:14
   29:12.21 30:6
protected 40:9
provide 12:10 20:21 24:4 26:8.20 55:16
   73:14.18
provided 21:3 35:9 49:20 54:15 55:13
   72:21 74:23 75:2.6.7.9
providing 21:5 75:12
Public 1:17 4:10 81:19
purchase 49:19
purchased 27:12
purposes 72:25
pursuant 1:14

### Q

quarter 18:15
question 3:11 5:14 6:7 12:5 17:5.6.9 23:6
   23:10 25:20 28:4.7.13.21 29:2.7 30:21
   31:22 32:2.16 33:2 34:5.5 38:5 39:24
   40:12.13 42:2.7.18 43:14.22.24 44:2.13
   45:12 46:7.21 48:25 49:16 54:3.7 63:8
   63:11.12 64:13.21 65:16.24 66:21.23
   77:4
questions 4:4 5:3.7 44:22 46:6.16 55:20
   81:6

### R

R 2:2 4:2 83:2
RAVIN 2:11
RE 1:5
read 17:7 28:3.5 31:23 34:19 36:18.21
   37:20 41:9 43:25 44:3 59:19 64:20.22
   65:25 66:5.8
ready 36:23 47:9
reason 32:10
reasons 54:19
recall 20:15 79:5
received 49:6 50:18 51:18 52:3 53:8.22
   56:16
receives 53:18
recently 71:3
recess 47:6.7 72:14
recognize 36:18
recollection 57:5 58:22 60:17 61:12

record 4:20 6:8 9:16 13:22.23.24 17:7
   28:5 31:19.23 34:19 35:21 40:3 44:3
   45:4.7.9.10.22 48:3.12.13.14 50:9.12
   50:25 51:4 54:20 56:18 60:10.13 64:5
   64:22 65:25 66:5.8 72:11.13 75:16
   77:11 83:11
recorded 6:15
records 31:5 55:2
reduced 38:12 41:13 42:6.24
refer 13:5 22:20 40:23 41:5 42:11.22
   44:14 48:15 51:6
reference 48:6 53:17 56:7
referred 60:21
referring 15:12 16:24 17:10 35:25 40:24
   41:6.8 43:6.9 46:18
refers 42:8 46:10 48:19 49:2 57:6 60:18
reflect 45:22 77:12
refresh 57:5 58:21 60:17 61:11
regarding 5:3 31:14
relate 78:9
related 33:3
relating 9:13
relevant 29:3 31:20 46:7
relocated 80:9
remain 47:11 72:16
remained 10:22
remember 7:19 12:12 13:11 15:16 16:4
   16:21 19:25 32:15 52:15 53:3.4 54:11
   58:24 62:9 65:18
rented 15:9
renting 15:10
repaid 35:18.22 61:22
repay 61:17
repayment 60:15
repeat 17:6 18:21 23:6 31:22 34:17
   35:11 42:2.17 65:24
rephrase 23:10 28:7 32:4
report 38:25
reporter 6:2.13 17:8 28:6 31:24 34:20
   44:4 51:21 64:23 66:2.6.9
Reporting 1:15.23
represent 4:25 55:12
represented 54:24 83:10
representing 5:19.21.22
request 9:15.20 26:12.23 36:7
REQUESTED 82:8
required 66:18
requirement 68:22.24
requiring 65:12
reserve 80:24
reserved 3:12
resolution 65:11.17 66:16 69:13 80:2
respective 3:6
respond 6:15 9:16
Respondent 1:12.14 2:12
response 48:10 67:22
responses 6:12
responsibilities 18:19 25:19
return 47:5
revenue 18:4.8.13
reviewed 53:20

reviewing 54:6
right 38:24 45:21 60:5 80:24
role 7:11 9:24 15:2 27:18 28:8,23 33:15
  34:16 35:3
room 5:16 33:13
Route 2:12
Russian 48:5

——————— S ———————
S 2:2 3:3.3 4:2.2.8
salaried 38:13 41:14.15 42:7.25
salary 11:2.6
sale 56:21.24
same 3:8.17 32:3.10,18 44:22 51:8.9
SANCHEZ 2:5 9:9.18 12:13,18 22:10
  24:8 26:9 28:3 31:17 32:14 35:11 36:4
  40:11 43:21.25 44:19 45:7.11.16 46:4
  48:8 54:21 55:12 64:9.14.20 66:22
  72:6.9 76:24 77:8 80:23 81:8
Santos 4:19.25
saying 14:22.24 67:15 74:7
says 48:9 49:6 50:12 51:14 55:24 56:15
  56:17.24.25 58:13.20
schedule 25:22.25 26:5.6
schedule/list 82:11
Sdfanov 1:13 4:1.21 5:1 6:1 7:1 8:1 9:1
  10:1 11:1 12:1 13:1 14:1 15:1 16:1
  17:1 18:1 19:1 20:1 21:1 22:1 23:1
  24:1 25:1 26:1 27:1 28:1 29:1 30:1
  31:1 32:1 33:1 34:1 35:1 36:1 37:1
  38:1 39:1 40:1 41:1 42:1 43:1 44:1
  45:1 46:1 47:1 48:1 49:1 50:1 51:1
  52:1 53:1 54:1 55:1 56:1 57:1 58:1
  59:1 60:1 61:1 62:1 63:1 64:1 65:1
  66:1 67:1 68:1 69:1 70:1 71:1 72:1
  73:1 74:1 75:1 76:1 77:1 78:1 79:1
  80:1 81:1.14 83:4
sealing 3:7
Search 32:23.24
searches 78:9
second 45:8 54:24 56:7 76:7
seconds 56:9
secretary 7:13
see 5:5 16:19 31:2 39:10 42:10.13 65:19
  68:2
seek 62:21 68:7
seeks 39:25
seems 58:14
seen 79:5
segment 25:6.6
selection 74:20
senior 6:24
sentence 41:10
separate 32:13
series 4:13 5:3 44:22 82:4
serve 14:9 16:20 33:3 34:6
served 7:8 9:22 33:14
service 1:15.23 21:3
services 6:5 49:20 75:12
serving 69:18
set 62:8 83:18

settle 20:9 80:14.17
settlement 20:12 80:21
seven 56:9
seventh 56:17
several 46:20
shake 6:14
shareholders 80:12
shares 30:7.9
sheet 26:2 70:7.10.13.14.15 84:2
shielded 40:2
SHISHKOVA 2:20
shortly 31:20
show 36:11 47:14 59:2
SID 75:18
sign 19:7 42:19 67:18
signature 36:25
signed 3:15.17 19:19 37:24 42:16 57:9
  57:12 74:22
signer 57:16.19.22
significant 21:15.18.19 22:25 23:5.11
signing 19:3.5.9.14.17
since 7:18 13:3.13 15:7 16:19 27:9 79:18
  79:21 80:18
sir 5:6 44:7 63:8 81:9
sit 15:21 69:23 70:2 71:13 73:24
sitting 25:20
six 71:8
sixth 52:7.9.10 56:16
Skype 21:9
Smart 71:14.17.18.21 74:11.25 75:5.11
  75:18.21.22 77:16 78:8
Social 11:8
Sofia 4:23 5:17 15:17
software 22:13.16 23:3.4.12.19.19.25
  24:5.11.13.14.20.22 25:17 26:24 27:4.9
  27:20 28:9.19 29:4,6.8
solely 43:17 55:9
some 5:12 10:5.5 20:13 21:5 34:17 36:23
  45:17 49:9.25 51:16 52:20 59:9.10
  69:11 70:6 71:18.21 75:15.15.16 76:16
  79:8.13
Somebody 49:25 63:7
someone 33:3 62:5.18 66:11
something 16:22 57:8 68:11
sometime 16:10 75:2
somewhere 33:8
sorry 19:16 21:11 22:4.8.14.19 25:24
  26:16 27:25 29:25 30:16.24 34:25 35:6
  35:19 38:19 39:4.9.15 41:22 43:7
  49:18 50:5 52:17 57:11 58:8 62:13
  63:20 68:16 69:25 70:11 71:5.20 72:3
  73:16 76:18 78:11 80:15
Sotirov 2:21 5:24 43:10 60:13 75:3.24
  76:6
sought 65:21
sound 25:2.11
source 27:19 28:9.18.24
so-called 80:11
speaking 72:3
specific 52:23 76:13
specifically 8:18 66:16

specifications 21:3
specified 9:8
speculate 54:23
spelled 51:3
staff 43:11 69:11
standby 6:4
Stanislav 78:15
started 16:20 77:5
starts 48:22
state 1:17 4:10.20 6:8 7:3 54:8.20 78:19
  79:3
stated 38:11 42:5 50:9 52:2 63:11
statement 31:18 37:3 38:13.17.20.21
  39:20 40:15.20 41:20.23 42:24 43:2.5
  43:8.13.15 46:8 47:23 48:10.16 50:20
  53:14.21 54:5.14 55:5.7 59:8 60:20
  76:5
statements 52:20 53:12 73:15.18 79:6
STATES 1:2
Stefan 33:21 34:6.15 35:2 58:2.3.4.11
  69:9 73:12 74:6.7 79:16
stenographically 83:8
stepped 12:24
still 13:22 54:3
STIPULATED 3:5.10.14
stop 16:3
stopped 16:11
street 15:17.19
strike 45:11
submitted 48:9
Subscribed 81:16
subsidiaries 13:12.17
subsidiary 13:20 14:2.5.7
Suite 1:16 2:6.12
summarize 51:22
supplier 76:11
suppliers 69:3.5 70:3
sure 15:18.18 22:23 25:7 27:2 33:20.20
  34:12.14.24 35:3 43:3 44:8 45:24
  46:17.24 48:5 49:14 51:15 55:3.4 58:5
  61:15.19 62:10.10 64:13 71:9 73:5.22
  73:23 74:2 76:5.8 79:2.3.9.19
surprised 66:13.24 67:3
swear 5:11
sworn 3:15.17 4:4.9 39:20 46:10 81:16
  83:6
system 67:24 68:5 76:9.11.14

——————— T ———————
T 3:3.3 4:2.2 83:2.2
table 59:13
take 6:13 8:11 26:10 36:15.23 45:20 47:6
  47:16 51:22 59:5 72:7.9
taken 1:13 47:8 72:15 77:23.25 83:8
talking 46:22
taxes 11:9
team 74:19
telephone 75:16.17
tell 5:16 8:3 10:8 14:2 16:7 21:15.20
  25:17 38:4.5 39:19 40:16 42:15 45:4
  45:14 47:5.17 51:12.21 52:11 55:23

59:18.22 60:8 67:21 70:19 72:20 74:10
telling 13:2 26:5
'ells 26:2 50:22
ten 72:12
term 29:11 69:2 76:15
terminated 63:16 68:25
terms 17:14 25:5.21 26:21
testified 4:11 12:2 44:18 49:11 55:8 57:9
   57:12 61:8 66:14 78:3
testimony 30:13.17 45:3.6 46:2 83:7.8
textual 29:8
**Thank** 81:10
their 32:25
thing 33:8
things 45:17
think 7:19 9:7 10:11.13 13:11 15:14.17
   16:2 17:18.20 18:14.16 20:3.8.20
   21:14.22 23:18.21 24:21 28:18 29:20
   30:5 34:4.13 37:8.19 38:16.23 41:8
   44:8.17.25 45:16 46:2 49:23 51:15
   55:8 59:9 62:17.23 71:15 74:9 75:14
   76:19 78:13 79:8
thinking 29:20
third 56:10
three 6:23 8:16 38:3.11 41:12 42:12.23
   43:18 44:5.7.23 46:2
through 4:15 75:17.18
tickets 49:25 78:10
time 3:12 6:16 8:15 10:6.8.24 11:5.23
   12:5.22 14:15.19 15:24 16:16 18:12
   30:15 34:13 35:4 36:23 38:18.21 40:20
   41:20.23 47:20 70:9.12 71:10 74:15.17
   81:12
times 43:19 44:23 46:3.20
title 64:8
today 15:21 27:6 47:4 69:23 70:2 71:13
   73:24.25 78:22 81:9
together 78:2
told 25:18 46:5 66:14 78:7 79:16
top 56:12 58:12
trademark 22:23
trademarks 22:22
Trans 69:6.14.15.17
transaction 51:10 52:7.11
transactions 51:23
transcribed 83:9
transcript 45:19 83:11
transfer 32:11.12.17 50:18 60:11 61:3
   62:12 63:2 64:6
transferred 31:10 32:8 62:5
transfers 62:15.19
translate 4:4 6:10 17:21 28:22 29:17
   50:13.16 56:2 58:18 60:11 66:3
translated 28:18
translation 24:7 32:15 34:4 37:18 40:6
translator 5:5.13 17:16 27:23 50:13
   58:17 60:10
travel 27:12.16 71:14.17.18.21 74:11.25
   75:5.11.18.21.22 76:13.15 77:16 78:8
   79:13
traveling 76:11

travels 29:10
trial 3:12 83:4.12
tried 69:19
trimmed 59:11
trouble 35:19
true 37:6 41:21.24 43:2 73:19 83:11
try 28:20 80:14.17.20
trying 77:2
TTS 65:17 80:2.4.5.8.8
turn 36:24 38:2
Twelfth 48:24
two 7:2.7 9:7.24 24:17 32:13 43:18 51:7
   51:23 52:3.8
two-minute 72:10
type 75:15

       **U**

U 3:3
under 1:12 33:5 37:3 46:9 47:11 56:13
   72:16
understand 5:7.11 6:6.16 13:9 17:13
   21:18 28:17 33:4 37:23 47:12 63:13
   67:22 72:17
understanding 5:9 29:16
understands 64:13
UNITED 1:2
unless 79:3
unofficial 68:22
until 10:18 65:21 79:4
usage 29:6
use 27:19 28:9.10.11.24 29:9.9 49:19
used 27:8
user 68:5
using 27:4
usual 67:8.15
Usually 70:16
U.S 35:14 65:13.23 68:15.19

       **V**

V 4:2.8.8
vague 49:16
valid 75:8
validity 75:5
value 29:24 30:2 56:7.8.11.18.21 57:2
various 19:6 29:9
Vayant 16:14.21.24 17:10.10.23 18:2
   26:25 27:4 31:10 32:8.23.24 33:3 41:2
verbally 6:12.16
verify 61:21
very 49:16 55:14 61:2 77:4
Vesselin 2:18 5:23
via 2:19.20
video 72:5
visibility 32:22
volunteering 11:23.25 12:5

       **W**

waived 3:8
waiving 40:7
want 23:8 29:15 32:4 41:9 43:19 45:3
   46:13 47:6 54:19 57:8 59:19 63:16

64:12 70:20 77:7.13
wasn't 75:8
way 9:14 17:2
ways 29:9
well 26:15.19 37:21 50:12.25 52:13.25
   55:14 62:8 79:25
went 80:3.4.4
were 7:18.24 8:17 10:9.16 11:6 12:3
   16:24 17:10 21:4 30:12 38:8 39:11
   61:18 65:7.20 67:8 68:13 69:4 73:9.20
   75:17.23 76:20 80:8
we'll 9:16 26:20 72:9.10.11
we're 13:25 35:21 71:15 76:24 81:3
WHEREOF 83:18
while 61:18
White 25:10
whole 36:20
wire 35:20
wish 45:13
withdraw 40:11
witness 4:5.9 11:20 20:24 27:22 28:14
   31:12.15 35:13 37:13 45:20.22 50:18
   53:24.25 55:6.16 63:5 72:8 74:13
   76:19.23 77:12 81:7.10 83:6.12.18
woman 33:13
word 41:11
words 5:12 17:21 50:16
work 5:3 8:20 10:2 11:12.15.17 12:8.11
   16:9 19:2 32:19 33:21.25 38:12 41:13
   42:6.24
worked 32:18
workers 38:13 41:14.15 42:7.25
working 70:21
World 75:18
wouldn't 53:7 67:2 79:3
written 48:4 51:19 55:17 68:11

       **X**

x 1:4.9
xxxxx 2:23 3:21

       **Y**

Y 4:8
yeah 7:20 10:4 29:23 36:3 37:2 43:3 54:8
   62:17 66:24 69:19 71:10 72:8
year 16:2 71:4
years 9:7
yesterday 66:15
York 1:3.16.16.18.24 2:7 4:10 5:21 6:13

       **Z**

zero 71:24

       **$**

$10,000 20:3
$300,000 35:9.23 49:13
$5,000 67:6
$50,000 20:5

       **0**

00 60:2

**07652** 2:13
**091630170** 56:6
**091630470** 48:22
**091742963** 51:13

---
**1**

**1st** 47:21
**10th** 56:25
**10271** 1:24
**11:14** 81:12
**11021** 2:7
**1111** 1:16
**12th** 53:8.19 56:8 73:10.11.21
**120** 1:15.23
**13** 56:6
**13th** 48:17.20.21 55:22.23
**15** 42:20
**15th** 42:5.13 43:12
**16** 38:12 39:5 41:13.14.18 42:6.25

---
**2**

**2** 52:10
**20** 1:16 56:9
**20th** 83:5
**20,000** 51:14.17 52:4
**2007** 10:11.12.17
**2008** 7:20.21
**2009** 8:2.20 9:21.25 10:13.18 13:3.13
  14:22 15:7 16:2 30:13.18 31:6 32:6
  34:15 35:7.16.17 36:8 47:21 51:14
  56:8 61:14 62:7.16 63:3.18.21 65:12
  65:14.15.21 75:13.14 78:14 79:4.18.21
**2010** 16:8 18:14.15 42:5.20 43:12 47:22
  73:10.21
**2011** 1:16 81:17 83:6.19
**212-732-8066** 1:24
**23rd** 61:14
**26** 82:11.12
**290** 2:12
**295** 2:6

---
**3**

**3** 59:15.15
**3rd** 51:14
**3VC** 6:24 7:6.20
**30** 43:11
**300,000** 35:14 49:12
**301** 2:6
**302** 4:23
**36** 82:13

---
**4**

**4** 2:12 36:25 82:4
**4th** 59:17
**44979/09** 1:8

---
**5**

**5** 4:14 36:12 38:3 40:24 41:5
**5,000** 65:13.23 68:15.19
**5-8** 82:4

---
**6**

**6th** 65:12.15
**60,000** 60:2 61:13
**60,756.16** 61:6
**60,800** 60:22

---
**7**

**7** 47:15 48:18 51:7 52:8 53:20 54:6 55:22
  58:12 72:19
**750** 42:4

---
**8**

**8** 4:15 59:4.16 72:20
**8:22** 1:17
**80** 2:12
**80,000** 49:6.15 52:4 53:8.22 56:15

---
**9**

**9** 82:10
**9155060618817** 57:3