# FORMAN HOLT ELIADES & RAVIN LLC
## ATTORNEYS AT LAW

Charles M. Forman**
Erin J. Kennedy***
Michael E. Holt*'
Daniel M. Eliades'
Joseph M. Cerra'*
Kim R. Lynch⁺'
William L. Waldman*'
David S. Catuogno***
Harry M. Gutfleish**
Stephen B. Ravin**
Andrew J. Karas**
Catherine E. Youngman**
Michael J. Connolly***
Michelle Rosen Silverman**
Robert H. Johnson***
Brigette McGrath***
Dipesh Patel**
Michael R. Herz**
Constance N. DeSena**
Matteo Percontino**

OF COUNSEL
Wendy B. Green**
William A. Calandra**

MEMBER NJ & PA BAR'
MEMBER NJ & NY BAR'*
MEMBER NJ BAR'**

www.formanlaw.com
firm@formanlaw.com

REPLY TO PARAMUS

August 9, 2011

**VIA ECF**
Hon. Joel B. Rosenthal, U.S.B.J.
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271 Cadman Plaza East
Brooklyn, NY 11201-1800

Re:     Lessno, LLC
        Case No. 09-44979

Dear Judge Rosenthal:

This firm represents the alleged debtor in the above matter. I enclose for Your Honor's consideration, Affidavits from the witnesses that we intend to call at trial. We are filing these electronically. We recognize that the Court's deadline for filing the Affidavits was Friday, August 5, 2011. However, we would respectfully request that Your Honor consider these filings at this time in order to expedite the underlying trial in the matter. We wanted to ensure that the representations were accurate and encountered some delays with translation issues. We appreciate the Court's consideration of this request.

Respectfully submitted,

*/s/ Michael J. Connolly*
Michael J. Connolly

MJC:jj
Enc.
Cc:     Joseph Sanchez (Via E-Mail and ECF)
m:\pet\lessno\letters\rosenthal.1.doc