# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

-----------------------------------------------x

In Re:

Lessno LLC,

Case Number 09-44979-ess
Chapter 7

Adv. Proc. No:
Hearing Date:

                                                              Debtor

-----------------------------------------------x

## Proceeding Memorandum/Order

**Matter:** [ECF Docket # 94] Letter to Judge Rosenthal filed by Michael J Connolly on behalf of Lessno LLC

**MOVANT/PARTIES:**

**COURT ACTION:**
- ☐ Granted
- ☐ Approved
- ☐ Moot
- ☐ Denied
- ☐ Denied Without Prejudice
- ☐ Withdrawn in Open Court
- ☐ Sustained
- ☐ Overruled
- ☐ Continued to: _____
- ☐ Proposed Order to be submitted by: _____
- ☐ Stipulation to be submitted by: _____
- ☐ Taken Under Advisement: _____

The Court does not grant relief based on letters. These declarations are not acceptable absent an allowed motion to file them late.

DATED:
BROOKLYN, NEW YORK
AUGUST 9, 2011

s/ Joel B. Rosenthal