George R. Hirsch
BRESSLER, AMERY & ROSS
A Professional Corporation
325 Columbia Turnpike
Florham Park, New Jersey 07932
P.O. Box 1980
Morristown, New Jersey 07962
(973) 514-1200
Attorneys for Alleged Debtor

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

| In re: | Case No: 09-44979 (ESS) |
|---|---|
| LESSNO, LLC | Involuntary Chapter 7 Petition |
| Alleged Debtor. | |

## AFFIDAVIT OF DURVAL DUPRAT

State of Virginia        )
                         ) ss
County of Alexandria City )

**DURVAL DUPRAT,** being duly sworn, deposes and says:

1.     I am the Chief Operating Officer of Trans Am Travel, Inc. ("Trans Am"), one of the Petitioning Creditors in the referenced bankruptcy case which was filed on June 12, 2009.

2.     Trans Am has resolved its differences with the Alleged Debtor, Lessno, LLC.

3.  Trans Am hereby withdraws its support for the Involuntary Petition in this bankruptcy case.

4.  Trans Am hereby requests dismissal of this bankruptcy case.

_____
Durval Duprat

Sworn to before me
this 14th day of July 2009

_____
[Notary Public]

My commission expires: 11-30-2011

ROBIUL ISLAM
Notary Public
Commonwealth of Virginia
7085034
My Commission Expires Nov 30, 2011