JOSEPH R. SANCHEZ, ESQ.‡
ATTORNEY AND COUNSELOR AT LAW
295 NORTHERN BOULEVARD
SUITE 301
GREAT NECK, NEW YORK 11021

(516) 417-8525
FACSIMILE (516) 977-3020
email: law@josephsanchez.com

‡ADMITTED IN
NEW YORK
MAINE
OREGON

August 17, 2011

Honorable Joel B. Rosenthal
United States Bankruptcy Court
for the Eastern District of New York
271 Cadman Plaza East, Courtroom 3577
Brooklyn, New York 11201

In Re: <u>Lessno, LLC, US Bankruptcy Court, EDNY, Case No. 09-44979</u>

Dear Judge Rosenthal:

I regret to advise that the parties were unable to settle this matter. Thank you for your patience and assistance in this regard.

Very truly yours,

Joseph Sanchez, Esq.


cc: Michael Connolly, Esq.