# United States Bankruptcy Court

Eastern District of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201–1800

| | |
|---|---|
| IN RE: | CASE NO: 1–09–44979–ess |
| Lessno LLC | |
| SSN/TAX ID: | CHAPTER: 7 |
| 25–1907801 | |
| DEBTOR(s) | |

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

Notice is hereby given that:

A transcript of the proceeding held on August 16, 2011 was filed on August 25, 2011 .

The following deadlines apply:

The parties have until September 1, 2011 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is September 15, 2011.

If a Transcript Redaction Request is filed, the redacted transcript is due September 26, 2011.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is November 23, 2011 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Typewrite Word Processing Service, (718) 966–1401 or you may view the document at the public terminal at the Office of the Clerk.

Dated: August 26, 2011

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftrans.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 11/21/08]

United States Bankruptcy Court
Eastern District of New York

In re:                                                              Case No. 09-44979-ess
Lessno LLC                                                          Chapter 7
    Debtor
## CERTIFICATE OF NOTICE

District/off: 0207-1         User: jlecky            Page 1 of 1           Date Rcvd: Aug 26, 2011
                             Form ID: 295            Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2011.
db         +Lessno LLC,   44-02 23rd Street,   Long Island City, NY 11101-5000
aty        +Joseph Sanchez,   Law Office of Joseph Sanchez, P.C.,   295 Northern Boulevard,   Suite 301,
             Great Neck, NY 11021-4701
           +Tally M Wiener, Esq.,   Togut Segal and Segal LLP,   One Penn Plaza,   New York, NY 10119-3395

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 28, 2011**                    **Signature:** *Joseph Speetjens*