**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In Re: | ) ) ) Case No. 09-44979 |
| LESSNO, LLC, | ) ) ) Involuntary Chapter 7 Proceeding |
| Alleged Debtor. | ) ) ) ) |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND DOCUMENTS

PLEASE TAKE NOTICE that, the undersigned hereby appears as co-counsel for the Petitioners, parties in interest herein under 11 U.S.C. § 1109(b), in the above-captioned case. Such counsel hereby enters her appearance, pursuant to 11 U.S.C. § 1109(b) and Federal Rule of Bankruptcy Procedure 9010, and, pursuant to 11 U.S.C. §§ 102(1) and 342, and Federal Rules of Bankruptcy Procedure 2002 and 9007, requests that copies of all notices given or required to be given in this case, and all papers served or required to be served in this case, be delivered to and served upon the undersigned at the following office, post office address, telephone and fax numbers, and email address:

> Tally M. Wiener, Esq.
> 122 West 74th Street, Suite 4A
> New York, NY 10023
> Tel:     (914) 325-0514
> Email:  tallymindy@gmail.com

PLEASE TAKE FURTHER NOTICE that, the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, all other notices, papers, reports, orders, notices, agenda letters, applications, motions, petitions, pleadings, requests, complaints or demands, and statements whether formal or informal, whether written or oral, and whether transmitted or

conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, which affect the Alleged Debtor or the property of the Alleged Debtor.

This Notice of Appearance and Request for Notice and Documents shall not be deemed or construed to be a waiver of the rights of the Petitioners to (i) have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) have the District Court or the Bankruptcy Court abstain from hearing any matter subject to such abstention, (iv) have the District Court withdraw the reference in any matters subject to such withdrawal, or (v) any other rights, claims, set-offs, or recoupments to which they may be entitled, which rights it expressly reserves.

Dated: New York, New York
September 2, 2011

/s/ Tally M. Wiener, Esq.
Tally M. Wiener, Esq.
122 West 74th Street, Suite 4A
New York, NY 10023
Tel:    (914) 325-0514
Email: tallymindy@gmail.com

*Co-Counsel for Petitioners*