Joseph Sanchez, Esq.
LAW OFFICE OF JOSEPH SANCHEZ, P.C.
295 Northern Boulevard, Suite 301
Great Neck, New York 11021
(516) 417-8525
(516) 977-3020 Facsimile
law@josephsanchez.com
Attorney for Petitioners

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X    Case No. 09-44979 (ESS)

In Re:                                                          **NOTICE OF WITHDRAWAL**
                                                                **OF COUNSEL FOR**
LESSNO, LLC,                                                    **PETITIONERS\***

          Alleged Debtor.    Involuntary Chapter 7 Proceeding

-----------------------------------------------------------X

The Law Office of Joseph Sanchez, P.C., and its attorney of record, file this Notice of Withdrawal of Counsel of Record for the Petitioners*, and in support thereof, would respectfully show the Court the following:

The Petitioners* remain represented by Tally M. Weiner, Esq. and the trial on the petition has now been concluded. Therefore, there is good cause to permit withdrawal as aforesaid.

Dated: September 9, 2011

                LAW OFFICE OF JOSEPH SANCHEZ, P.C.
                *Attorney for Petitioners\**
                295 Northern Boulevard, Suite 301
                Great Neck, New York 11021
                Telephone: (516) 417-8525
                Telecopier: (516) 977-3020


                */Joseph Sanchez/*_____
                JOSEPH SANCHEZ, ESQ. (JS-6487)


* This Notice of Withdrawal pertains to all petitioners with the exception of TransAm Travel, Inc., which remains represented by Edward E. Neiger, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X   Case No. 09-44979 (ESS)

In Re: **CERTIFICATE OF SERVICE**

LESSNO, LLC,

                                    Alleged Debtor.

-----------------------------------------------------------X

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion For Sanctions has been furnished by the Court's CM/ECF System to the following on the 9th day of September, 2011:

| | |
|---|---|
| MICHAEL CONNOLLY, ESQ. | TALLY M. WIENER, ESQ. |
| Alleged Debtor's counsel | Attorney for Petitioners |
| Forman Holt Eliades & Ravin LLC | 122 West 74th Street, Suite 4A |
| 80 Route 4 East, Suite 290 | New York, New York 10023 |
| Paramus, New Jersey 07652 | Email address: tallymindy@gmail.com |
| Email address mconnolly@formanlaw.com | |

EDWARD E. NEIGER, ESQ.
Counsel for Petitioner TransAm Travel, Inc.
Neiger, LLP
111 John Street, Suite 800
New York, New York 10038
Email address eneiger@neigerllp.com

THE HONORABLE JOEL B. ROSENTHAL
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

US TRUSTEE DIANA G. ADAMS
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East, Suite 4529
Brooklyn, New York 11201
Email address USTPRegion02.BR.ECF@usdoj.gov

LESSNO, LLC
c/o Harvard Business Services, Inc.
16192 Coastal Highway
Lewes, Delaware 19958

                                                          */Joseph Sanchez/*_____
                                                          JOSEPH SANCHEZ, ESQ.