# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK
### Proceeding Memorandum/Order

In Re:

Lessno LLC,

    Alleged Debtor.

Case No.: 09-44979-ESS
Involuntary Chapter 7

---

MATTER: (Docket No.102) Motion to Withdraw as Attorney Filed by Joseph Sanchez on behalf of Stanley Gyoshev, Smart Travel Network, Inc., Mario I. Sotirov, Assen V Vassilev. ("Motion to Withdraw")

---

COURT ACTION:

- __x__ Granted
- _____ Denied
- _____ Withdrawn in Open Court
- _____ Sustained
- _____ Continued to ___
- _____ Taken Under Advisement
- _____ Dismissed

- _____ Approved
- _____ Moot
- _____ Denied Without Prejudice
- _____ Overruled

---

It is hereby
ORDERED, that the Motion to Withdraw is GRANTED, and Joseph Sanchez, Esq. is permitted to withdraw as counsel.

September 20, 2011
Brooklyn, New York

s/ Joel B. Rosenthal