UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In Re:                                                                  Chapter 7
                                                                              Case No. 09-44979-ESS
Lessno LLC,


                                        Alleged Debtor.

---------------------------------------------------------

### NOTICE OF DECISION ON OBJECTION TO INVOLUNTARY PETITION

To the Alleged Debtor, Petitioning Creditors, and other parties of interest:

**PLEASE TAKE NOTICE,** that:

The Court will issue its decision on the Alleged Debtor's Objection to the Involuntary Petition on November 7, 2011 at 12:30 P.M. at the United States Bankruptcy Court, 271 Cadman Plaza East, Courtroom 3577 - 3rd Floor, Brooklyn, New York, 11201; and

Attendance is not mandatory; and

All parties are invited to attend personally or telephonically and parties appearing via telephone should contact Court Call at 1-866-582-6878 to schedule their telephonic appearances no later than 24 hours prior to the scheduled hearing.


Dated: Brooklyn, New York                    s/ Joel B. Rosenthal
       October 11, 2011                                Honorable Joel B. Rosenthal
                                                  U.S. Bankruptcy Judge