# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: ahoward | Date Created: 10/11/2011 |
| Case: 1−09−44979−ess | Form ID: pdf000 | Total: 15 |

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee      USTPRegion02.BR.ECF@usdoj.gov
aty     Michael J Connolly      mconnolly@formanlaw.com

                                                                                            TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Lessno LLC      44−02 23rd Street      Long Island City, NY 11101
ptcrd   Trans Am Travel Inc.      4222 King Street      Alexandria, VA 22302
ptcrd   Smart Travel Network, Inc.      44−02 23rd Street      Long Island City, NY 11101
ptcrd   Mario I. Sotirov      25−63 34th Street      Apt 1      Astoria, NY 11103
ptcrd   Stanley Gyoshev      Stanislav B Gyoshev      SFI Center for Finance      University of Exeter      Exeter, UK EX4−SEJ
ptcrd   Assen V Vassilev      39 Georgi Kirkov St      Haskovo 6300      Bulgaria
aty     Herman Cahn      Milberg LLP      One Pennsylvania Plaza      New York, NY 10119−0165
aty     Edward E Neiger      Neiger LLP      111 John Street      Suite 800      New York, NY 10038
aty     Edward E Neiger      Neiger LLP      111 John Street      Suite 800      New York, NY 10038
aty     Tally M Wiener      122 West 74th Street      Suite 4A      New York, NY 10023
6457402 Assen V Vassilev      c/o Mario Sotirov      25−63 34 St. Apt. 1      Astoria, NY 11103
6457241 Stanislav B Gyoshev      XFi Center for Finance      University of Exeter      Exeter, UK EX4−SEJ
7368571 Tally M. Wiener, Esq.      122 West 74th Street, Suite 4A      New York, NY 10023

                                                                                            TOTAL: 13