United States Bankruptcy Court
Eastern District of New York

In re:                                                                  Case No. 09-44979-ess
Lessno LLC                                                              Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0207-1          User: ahoward          Page 1 of 1          Date Rcvd: Oct 11, 2011
                              Form ID: pdf000        Total Noticed: 11

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2011.
db            +Lessno LLC,    44-02 23rd Street,    Long Island City, NY 11101-5000
aty            Herman Cahn,    Milberg LLP,    One Pennsylvania Plaza,    New York, NY  10119-0165
aty           +Tally M Wiener,    122 West 74th Street,    Suite 4A,    New York, NY 10023-2369
ptcrd          Assen V Vassilev,    39 Georgi Kirkov St,    Haskovo 6300,    Bulgaria
ptcrd         +Mario I. Sotirov,    25-63 34th Street,    Apt 1,    Astoria, NY 11103-4901
ptcrd         +Smart Travel Network, Inc.,    44-02 23rd Street,    Long Island City, NY 11101-5072
ptcrd          Stanley Gyoshev,    Stanislav B Gyoshev,    SFI Center for Finance,    University of Exeter,
                 Exeter, UK  EX4-SEJ
ptcrd         +Trans Am Travel Inc.,    4222 King Street,    Alexandria, VA 22302-1507
6457402       +Assen V Vassilev,    c/o Mario Sotirov,    25-63 34 St. Apt. 1,    Astoria, NY 11103-4901
6457241        Stanislav B Gyoshev,    XFi Center for Finance,    University of Exeter,    Exeter, UK EX4-SEJ
7368571       +Tally M. Wiener, Esq.,    122 West 74th Street, Suite 4A,    New York, NY 10023-2369

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Edward E Neiger,    Neiger LLP,    111 John Street,    Suite 800,    New York, NY 10038-3180
aty           ##+Edward E Neiger,    Neiger LLP,    111 John Street,    Suite 800,    New York, NY 10038-3180
                                                                                               TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 13, 2011**          **Signature:** _Joseph Speetjens_

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In Re:                                                                         Chapter 7
                                                                                       Case No. 09-44979-ESS
Lessno LLC,

                              Alleged Debtor.

-----------------------------------------------------------

### NOTICE OF DECISION ON OBJECTION TO INVOLUNTARY PETITION

To the Alleged Debtor, Petitioning Creditors, and other parties of interest:

**PLEASE TAKE NOTICE,** that:

The Court will issue its decision on the Alleged Debtor's Objection to the Involuntary Petition on November 7, 2011 at 12:30 P.M. at the United States Bankruptcy Court, 271 Cadman Plaza East, Courtroom 3577 - 3rd Floor, Brooklyn, New York, 11201; and

Attendance is not mandatory; and

All parties are invited to attend personally or telephonically and parties appearing via telephone should contact Court Call at 1-866-582-6878 to schedule their telephonic appearances no later than 24 hours prior to the scheduled hearing.

Dated: Brooklyn, New York                  s/ Joel B. Rosenthal
       October 11, 2011                Honorable Joel B. Rosenthal
                                               U.S. Bankruptcy Judge