UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

In re                                                    Case No.:09-44979-ESS

LESSNO, LLC                                              Chapter 7

            Alleged Debtor.
---------------------------------------------------------------X


## ORDER WITH RESPECT TO MOTION FOR COSTS (DOCKET #62) AND MOTION FOR SANCTIONS (DOCKET #63)


For the reasons set forth on the record on November 7, 2011, the Motion for Costs

(Docket#62) and Motion for Sanctions (Docket#63) are Denied.


s/ Joel B. Rosenthal

11/7/11