UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                                    Case No.:09-44979-ESS

LESSNO, LLC                                              Chapter 7

                Alleged Debtor.
------------------------------------------------------------X

# ORDER WITH RESPECT TO CONTESTED INVOLUNTARY PETITION
## (DOCKET #'s 1 & 9)

For the reasons set forth in the Court's Oral Decision read on the record on November 7, 2011, the Involuntary Petition (Docket #1) is allowed, the Alleged Debtor's Answer (Docket#9) is overruled, and an Order for Relief shall enter forthwith.

s/ Joel B. Rosenthal

11/7/11