**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

_____
)
In Re:                                                        )         Case No. 09-44979
                                                                   )
LESSNO, LLC.,                                        )         Involuntary Chapter 7 Proceedings
                                                                   )
              Debtor.                                    )
_____)

## NOTICE OF APPEAL

Lessno, LLC, the Debtor in the above matter, appeals under 28 U.S.C. 158(a) from the *Order Allowing Administrative Expense* entered in the above matter on the 14th day of December, 2012.

The names of all parties to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

Tally M. Wiener, Esq.

Represented by:

Law Offices of Tally M. Wiener, Esq.
119 West 72nd Street, PMB 350
New York, NY 10023
(212) 574-7975

Dated:  January 29, 2013                          Respectfully submitted,
             New York, NY

                                                                   _/s/ Michael J. Connolly_____
                                                                  Michael J. Connolly, Esq.
                                                                  FORMAN, HOLT, ELIADES & YOUNGMAN, LLC
                                                                  80 Route 4 East, Suite 290
                                                                  Paramus, NJ 07652
                                                                  (201) 845-1000
                                                                  mconnolly@formanlaw.com
                                                                  Attorneys for Debtor

00210951 - 1