**Law Offices of Tally M. Wiener, Esq.**
119 West 72nd Street, PMB 350
New York, New York 10023
(212) 574-7975
tally.wiener@thecomi.com

Honorable Elizabeth S. Stong
United States Bankruptcy Judge
United States Bankruptcy Court
for the Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

January 30, 2013

Re:   In re Lessno, LLC
      Chapter 7 Case No. 09-44979

**COMES NOW** Tally M. Wiener, Esq., a judgment creditor holding an allowed administrative expense in the above-referenced involuntary Chapter 7 proceedings (the "Applicant"), and respectfully requests that Your Honor set a status conference at the Court's earliest convenience and stay all proceedings in the above-referenced involuntary Chapter 7 proceedings until a status conference takes place. In support of her request, Applicant respectfully states:

On the 14th day of December, 2012, the Court entered two Orders. One instructed the Debtor's owners (collectively "Neveq") to pay Applicant $46,451.00, the other ordered the dismissal of the above-referenced involuntary Chapter 7 proceedings following payment.

The Debtor subsequently filed a series of defective papers challenging only the dismissal of the case it had itself sought, followed by a series of defective filings attempting to cure same and attack Applicant's award - all without a showing of excusable neglect.

The Applicant advised the Debtor that she was willing to help craft a supersedeas bond should the Debtor wish to pursue its appeal without it or Neveq first paying Applicant. This communication was met with noncooperation as have, unfortunately, all of Applicant's attempts to avoid proceeding on a contentious basis and continuing to accrue compensable legal fees and costs (the "Costs").

The Applicant has been working with the Chapter 7 trustee towards crafting a consensual supplemental dismissal order and believes that a status conference is very likely to facilitate its finalization; payment to her by Neveq of the $46,451.00 previously awarded, together with post-judgment interest and Costs; and the closure of the case.

Accordingly, the Applicant respectfully requests that the Court set a status conference at its earliest convenience, and stay all proceedings in the above-referenced involuntary Chapter 7 proceedings until a status conference takes place.

Dated:  January 30, 2013  　　　　　　Respectfully submitted,
　　　　　New York, NY

　　　　　　　　　　　　　　　　　　/s/ Tally M. Wiener
　　　　　　　　　　　　　　　　　　Tally M. Wiener
　　　　　　　　　　　　　　　　　　Law Offices of Tally M. Wiener, Esq.
　　　　　　　　　　　　　　　　　　119 West 72nd Street, PMB 350
　　　　　　　　　　　　　　　　　　New York, New York 10023
　　　　　　　　　　　　　　　　　　(212) 574-7975
　　　　　　　　　　　　　　　　　　tally.wiener@thecomi.com