SQUIRE SANDERS (US) LLP  
30 Rockefeller Plaza  
New York, New York 10112  
(212) 872-9800  
Robert A. Wolf, Esq.  
(robert.wolf@squiresanders.com)

*Special Litigation Counsel to the Chapter 7 Trustee*

**Presentment of Proposed Order:**   **March 11, 2013**  
**Objection Date:**   **March 4, 2013**

**UNITED STATES BANKRUPTCY COURT**  
**EASTERN DISTRICT OF NEW YORK**  
-----------------------------------------------------------X  
**In re**    :  Chapter 7  
  :  
**LESSNO, LLC,**   :  Case No. 09-44979 (ESS)  
  :  
        **Debtor.**   :  
  :  
-----------------------------------------------------------X

## NOTICE OF PRESENTMENT OF SUPPLEMENTAL ORDER CONCERNING THE DISMISSAL OF THE DEBTOR'S CHAPTER 7 CASE

**PLEASE TAKE NOTICE** that Robert L. Geltzer, the Chapter 7 Trustee (the "Trustee") for the above-captioned debtor, Lessno, LLC (the "Debtor"), by his Special Litigation and Intellectual Property Counsel, Squire Sanders (US) LLP, hereby submits for presentment to this Court the proposed Supplemental Order Concerning the Dismissal of the Debtor's Chapter 7 Case ("Supplemental Order"), annexed hereto as Exhibit A, in order to set forth the procedures for implementation of the Global Resolution,[1] this Court's Wiener Order, and this Court's Dismissal Order.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the proposed Supplemental Order attached hereto as Exhibit A.

157340.2/103032.00063

**PLEASE TAKE FURTHER NOTICE** that the Supplemental Order will be presented for so-ordering by the Honorable Elizabeth S. Stong, United States Bankruptcy Judge on March 11, 2013, at 10:00 A.M.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the relief provided in the Supplemental Order shall be set forth in writing describing the basis therefor, and filed with the Court electronically in accordance with the General Order #559 dated April 23, 2010 and Administrative Order #476 dated June 4, 2003 of this Court (these Orders and the User's Manual for the Electronic Case Filing System can be found at www.nyeb.uscourts.gov, the official website for the United States Bankruptcy Court for the Eastern District of New York) by registered users of the Court's electronic case filing system and, by all other parties in interest, on 3.5 inch disk, in Portable Document Format (PDF) (with a hard copy delivered directly to Clerk's Office for the Eastern District of New York, 271 Cadman Plaza East Brooklyn, NY 11201) and filed and served in accordance with the above-referenced General Order and Administrative Order or by first-class mail and served upon: Squire Sanders (US) LLP, 30 Rockefeller Plaza, New York, New York 10112, Attn: Robert A. Wolf, Esq., unless otherwise ordered by this Court, so as to be received by March 4, 2013 at 3:00 p.m.

**PLEASE TAKE FURTHER NOTICE** that if no objection to the relief sought in the Application is timely filed and served, such relief may be granted without a hearing. If a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to receive

notice.  The moving and objecting parties are required to attend this hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

Dated: New York, New York
       February 14, 2013

                              **SQUIRE SANDERS (US) LLP**

                              *Special Litigation and Intellectual Property Counsel to the Trustee*

                              By:     /s/ Robert A. Wolf
                                    Robert A. Wolf, Esq.
                                    robert.wolf@squiresanders.com
                                    30 Rockefeller Plaza
                                    New York, NY 10112
                                    (212) 872-9800