

Squire Sanders (US) LLP
30 Rockefeller Plaza
New York, NY 10112

O +1 212 872 9800
F +1 212 872 9815
squiresanders.com

Robert A. Wolf
T +1 212 872 9850
robert.wolf@squiresanders.com

April 8, 2013

VIA ECF

Judge Elizabeth Stong
United States Bankruptcy Judge for the
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

**Re:** **In re Lessno, LLC**
**Chapter 7 Case # 09-44979**

Dear Judge Stong:

Our firm is Special Litigation Counsel to Robert L. Geltzer, the Chapter 7 Trustee of the above-referenced Debtor. Pursuant to Your Honor's Order dated March 19, 2013, a conference has been scheduled for Wednesday, April 24, 2013 at 9:00 a.m. regarding the entry of a proposed Supplemental Dismissal Order served and filed on behalf of the Trustee in this case.

The Trustee and the undersigned, Robert A. Wolf, Esq., respectfully request that we be allowed to attend the conference telephonically. We thank Your Honor for your time and consideration regarding this request.

Respectfully submitted,

/s/ Robert A. Wolf
Robert A. Wolf

NEWYORK/158681.1