

## FORMAN HOLT ELIADES & YOUNGMAN LLC

### ATTORNEYS AT LAW

Michael J. Connolly
Member
mconnolly@formanlaw.com

www.formanlaw.com
REPLY TO PARAMUS

April 17, 2013

**Via ECF**
Honorable Elizabeth Stong
United States Bankruptcy Judge
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York  11201

Re:  In re Lessno, LLC
     Case No.: 09-44979

Dear Judge Stong:

Our firm is counsel to the Debtor. Pursuant to Your Honor's Order dated March 19, 2013, a conference has been scheduled for Wednesday, April 24, 2013 at 9:00 a.m. regarding the entry of a proposed Supplemental Dismissal Order served and filed on behalf of the Trustee in this case.

We respectfully request permission to attend the conference telephonically. We thank Your Honor for your time and consideration regarding this request.

Respectfully submitted,

Michael J. Connolly
MJC:msb

cc:  Robert A. Wolf, Esq. (Via E-Mail)

80 Route 4 East, Suite 290
Paramus, NJ 07652
T 201.845.1000
F 201.845.9112

1700 Broadway, 41st Floor
New York, NY 10019
T 212.707.8500
F 212.707.8511

664 Chestnut Ridge Road
Spring Valley, NY 10977
T 845.371.3451
F 845.371.7667

1615 Jackson Street
Philadelphia, PA 19145
T 215.925.7191
F 215.925.7192

00237680 - 1