United States Bankruptcy Court
Eastern District of New York

In re:                                                                                                        Case No. 09-44979-ess
Lessno LLC                                                                                                 Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0207-1                  User: etorres                  Page 1 of 2                  Date Rcvd: Jul 19, 2013
                                     Form ID: pdf000               Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2013.
```
db              +Lessno LLC,    44-02 23rd Street,    Long Island City, NY 11101-5000
7449939          Assen V Vassilev,    39 Georgi Kirkov St,    Haskovo 6300,    Bulgaria
7449937         +Mario I. Sotirov,    25-63 34th Street,    Apt 1,    Astoria, NY 11103-4901
7449936         +Smart Travel Network, Inc.,    44-02 23rd Street,    Long Island City, NY 11101-5072
7449938          Stanley Gyoshev,    Stanislav B Gyoshev,    SFI Center for Finance,    University of Exeter,
                   Exeter, UK EX4-SEJ
7449935         +Trans Am Travel Inc.,    4222 King Street,    Alexandria, VA 22302-1507
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 21, 2013**                                         **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0207-1           User: etorres               Page 2 of 2               Date Rcvd: Jul 19, 2013
                               Form ID: pdf000             Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2013 at the address(es) listed below:

```
              Edward E Neiger    on behalf of Petitioning Creditor   Trans Am Travel Inc. eneiger@askllp.com,
               mudem@askllp.com;shakakian@askllp.com;lporten@askllp.com
              Michael J Connolly    on behalf of Debtor    Lessno LLC mconnolly@formanlaw.com
              Robert A Wolf    on behalf of Spec. Counsel    Squire Sanders (US) LLP
               robert.wolf@squiresanders.com,
               Patricia.bradley@squiresanders.com;rudy.green@squiresanders.com;andrea.fisher@squiresanders.com
              Robert A Wolf    on behalf of Trustee Robert L Geltzer robert.wolf@squiresanders.com,
               Patricia.bradley@squiresanders.com;rudy.green@squiresanders.com;andrea.fisher@squiresanders.com
              Robert L Geltzer    on behalf of Trustee Robert L Geltzer rgeltzer@epitrustee.com,
               rgeltzer@ecf.epiqsystems.com;mbruh@geltzerlaw.com
              Robert L Geltzer    rgeltzer@epitrustee.com,   rgeltzer@ecf.epiqsystems.com;mbruh@geltzerlaw.com
              Tally M Wiener    on behalf of Attorney    Law Offices of Tally M. Wiener, Esq. tallymindy@gmail.com
              United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                              TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                                                    Chapter 7

        LESSNO LLC,                                                       Case No. 09-44979-ess

                Debtor.
------------------------------------------------------------------x

## ORDER DIRECTING PAYMENT OF ALLOWED ADMINISTRATIVE EXPENSE AND SCHEDULING CONFERENCE

WHEREAS, on June 12, 2009, Trans Am Travel Inc., Smart Travel Network, Inc., and Mario I. Sotirov (the "Petitioning Creditors") commenced an involuntary Chapter 7 bankruptcy case against Lessno LLC by filing a petition for relief under Chapter 7 of the Bankruptcy Code; and

WHEREAS, on July 31, 2009, the Debtor filed an answer objecting to the involuntary petition and seeking dismissal of this case; and

WHEREAS, on November 7, 2011, after trial, this Court overruled the answer, allowed the involuntary petition, and directed that an order for relief be entered; and

WHEREAS, on November 8, 2011, Robert L. Geltzer was appointed as interim Trustee of the Debtor, and thereafter qualified as permanent Trustee; and

WHEREAS, on July 25, 2012, Tally M. Wiener, Esq., former counsel for the Petitioning Creditors, filed a motion to allow her administrative expense claim in the amount of $46,451.00, and opposition to the dismissal of the Chapter 7 case pending adjudication of the motion; and

WHEREAS, on December 14, 2012, this Court entered an order allowing Ms. Wiener an administrative expense in the amount of $46,451.00 (the "Allowed Administrative Expense"); and

WHEREAS, on December 14, 2012, this Court entered an order dismissing the Chapter 7 case and marking the motion to compel and the motion to strike off the calendar (the "Dismissal Order"); and

WHEREAS, on December 27, 2012, Ms. Wiener filed a notice of appeal from the Dismissal Order to the U.S. District Court for the Eastern District of New York; and

WHEREAS, the appeal sought, among other things, review of this Court's dismissal of the Chapter 7 case prior to the Debtor or Neveq paying the Allowed Administrative Expense; and

WHEREAS, on July 3, 2013, the U.S. District Court for the Eastern District of New York entered an order vacating the Dismissal Order, remanding the matter for clarification, and directing this Court to "[clarify] the precise terms of payment to Miss Wiener of her allowed administrative expense together with interest and attorneys fees associated therewith, and for consideration of the other issues raised by Miss Wiener in her appeal."

NOW THEREFORE, it is hereby

ORDERED, that Ms. Wiener may serve on the Debtor and other parties in interest and file with the Court a verified statement of her allowed administrative expense in the amount of $46,451.00, together with the interest and attorneys fees associated therewith; and it is further

ORDERED, that the Debtor is directed to pay to Ms. Wiener her allowed administrative expense, in the amount of $46,451.00, together with interest and attorneys fees associated therewith, within seven days of the filing of the verified statement; and it is further

ORDERED, that this Court will hold a conference on August 15, 2013, at 9:30 a.m., before the Honorable Elizabeth S. Stong, United States Bankruptcy Court for the Eastern District of New York, 271 Cadman Plaza East, Courtroom 3585, Brooklyn, New York 11201, to consider any other and further relief that may be warranted by the other issues raised by Ms. Wiener in her appeal.



**Dated: Brooklyn, New York**
**July 19, 2013**

                                                                             _____
                                                                             **Elizabeth S. Stong**
                                                                             **United States Bankruptcy Judge**

TO:

Lessno LLC
44-02 23rd Street
Long Island City, NY 11101

Michael J Connolly
Forman, Holt, Eliades & Ravin, LLC
80 Route 4 East
Suite 290
Paramus, NJ 07652

Robert L Geltzer
1556 Third Avenue
New York, NY 10128

Trans Am Travel Inc.
4222 King Street
Alexandria, VA 22302

Edward E Neiger
Neiger LLP
151 West 46th Street
4th Floor
New York, NY 10036

Smart Travel Network, Inc.
44-02 23rd Street
Long Island City, NY 11101

Mario I. Sotirov
25-63 34th Street
Apt 1
Astoria, NY 11103

Stanley Gyoshev
Stanislav B Gyoshev
SFI Center for Finance
University of Exeter
Exeter, UK EX4-SEJ

Assen V Vassilev
39 Georgi Kirkov St
Haskovo 6300
Bulgaria

Joseph Sanchez
Law Office of Joseph Sanchez, P.C.
295 Northern Boulevard
Suite 301
Great Neck, NY 11021

Tally M. Wiener
Law Offices of Tally M. Wiener, Esq.
119 W. 72nd Street, PMB 350
New York, NY 10023