**Law Offices of Tally M. Wiener, Esq.**
119 West 72nd Street, PMB 350
New York, New York 10023
(212) 574-7975
tally.wiener@thecomi.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | ) |
| | ) Case No. 09-44979 |
| LESSNO, LLC, | ) |
| | ) Involuntary Chapter 7 Proceeding |
| Debtor. | ) |
| | ) |
| | ) |

**VERIFIED STATEMENT**

I, Tally M. Wiener, declare as follows:

1.      I am an attorney at law admitted to practice in New York and in this Court.   I submit this Declaration pursuant to this Court's order dated July 19, 2013 (the "Court's Order").

2.      My administrative expense was ordered allowed on December 14, 2012 in the amount of $46,451.00.

3.      My attorneys' fees to be paid per the Court's Order are in the amount of $105,950.00.

4.      The total amount due is $152,451.00 together with interest accruing on the administrative expense to the date of payment.

5.      Per the Court's Order this must be paid in full no later than September 11, 2013.  I have previously transmitted all necessary payment information to the Debtor's counsel.

6.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 4, 2013                                    /s/ Tally M. Wiener