

# FORMAN HOLT ELIADES & YOUNGMAN LLC

## ATTORNEYS AT LAW

Michael J. Connolly
Member
mconnolly@formanlaw.com

www.formanlaw.com
REPLY TO PARAMUS

September 11, 2013

**Via ECF**
Honorable Elizabeth Stong
United States Bankruptcy Judge
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Re:   **In re Lessno, LLC**
      **Case No.: 09-44979**

Dear Judge Stong:

This firm represents the Debtor in the above matter. I believe the matter is scheduled for a status conference on Friday, September 13, 2013. I write to request a brief adjournment of the hearing. I will be out of state that day visiting my son at college. I would request that the matter be rescheduled at another convenient time for the Court.

Respectfully submitted,

Michael J. Connolly
MJC:msb

cc:   Robert A. Wolf, Esq. (Via E-Mail)
      Robert L Geltzer, Trustee (Via E-Mail)

80 Route 4 East, Suite 290
Paramus, NJ 07652
T 201.845.1000
F 201.845.9112

1700 Broadway, 41st Floor
New York, NY 10019
T 212.707.8500
F 212.707.8511

664 Chestnut Ridge Road
Spring Valley, NY 10977
T 845.371.3451
F 845.371.7667

1615 Jackson Street
Philadelphia, PA 19145
T 215.925.7191
F 215.925.7192

00275189 - 1