

## FORMAN HOLT ELIADES & YOUNGMAN LLC

### ATTORNEYS AT LAW

Michael J. Connolly
Member
mconnolly@formanlaw.com

www.formanlaw.com
REPLY TO PARAMUS

September 12, 2013

**Via ECF**
Honorable Elizabeth Stong
United States Bankruptcy Judge
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

    Re:    **In re Lessno, LLC**
            **Case No.: 09-44979**

Dear Judge Stong:

This letter shall confirm that the status conference has been rescheduled from Friday, September 13, 2013 to Tuesday, September 17, 2013 at 9:30 A.M. At my request, the status conference shall take place telephonically and Mr. McGrath has consented to same.

Thank you kindly for your courtesies in this matter.

Respectfully submitted,

Michael J. Connolly
MJC:msb

cc:    Robert A. Wolf, Esq. (Via E-Mail)
        Robert L Geltzer, Trustee (Via E-Mail)
        Sean McGrath, Esq. (Via E-Mail)