UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                                              Chapter 7

      LESSNO LLC,                                         Case No. 09-44979-ess

            Debtor.
-----------------------------------------------------------------x

## ORDER DIRECTING PARTIES TO MEET AND CONFER IN PERSON AND SCHEDULING ORDER

WHEREAS, on June 12, 2009, Trans Am Travel Inc., Smart Travel Network, Inc., and Mario I. Sotirov (the "Petitioning Creditors") commenced an involuntary Chapter 7 bankruptcy case against Lessno LLC by filing a petition for relief under Chapter 7 of the Bankruptcy Code; and

WHEREAS, on July 31, 2009, the Debtor filed an answer objecting to the involuntary petition and seeking dismissal of this case; and

WHEREAS, on November 7, 2011, after trial, this Court overruled the answer, allowed the involuntary petition, and directed that an order for relief be entered; and

WHEREAS, on November 8, 2011, Robert L. Geltzer was appointed as interim Trustee of the Debtor, and thereafter qualified as permanent Trustee; and

WHEREAS, on July 25, 2012, Tally M. Wiener, Esq., former counsel for the Petitioning Creditors, filed a motion to allow her administrative expense claim in the amount of $46,451.00, and opposition to the dismissal of the Chapter 7 case pending adjudication of the motion; and

WHEREAS, on December 14, 2012, this Court entered an order allowing Ms. Wiener an administrative expense in the amount of $46,451.00 (the "Allowed Administrative Expense"); and

WHEREAS, on December 14, 2012, this Court entered an order dismissing the Chapter 7 case and marking the motion to compel and the motion to strike off the calendar (the "Dismissal Order"); and

WHEREAS, on December 27, 2012, Ms. Wiener filed a notice of appeal from the Dismissal Order to the U.S. District Court for the Eastern District of New York; and

WHEREAS, the appeal sought, among other things, review of this Court's dismissal of the Chapter 7 case prior to the Debtor or Neveq paying the Allowed Administrative Expense; and

WHEREAS, on July 3, 2013, the U.S. District Court for the Eastern District of New York entered an order vacating the Dismissal Order, remanding the matter for clarification, and directing this Court to "[clarify] the precise terms of payment to Miss Wiener of her allowed administrative expense together with interest and attorneys fees associated therewith, and for consideration of the other issues raised by Miss Wiener in her appeal" (the "District Court Order"); and

WHEREAS, on July 19, 2013, this Court entered an Order that, among other things, scheduled a conference on August 15, 2013, to consider any other and further relief that may be warranted by the other issues raised by Ms. Wiener in her appeal (the "Conference"), and

WHEREAS, on September 4, 2013, Ms. Wiener filed with the Court a Verified statement of the Allowed Administrative Expense together with interest in the amount of $152,451.00, and

WHEREAS, the Conference was adjourned from time to time until September 17, 2013, at which the parties appeared and were heard.

NOW THEREFORE, it is hereby

ORDERED, that the Trustee, the Debtor, and Ms. Wiener, by counsel, are directed to meet and confer **in person** no later than October 1, 2013 to consider a resolution of the issues raised in Ms. Wiener's appeal, including the precise terms of payment to Ms. Wiener of the Allowed Administrative Expense together with interest and attorneys' fees associated therewith as directed in the District Court Order; and it is further

ORDERED, that a continued Conference, by which parties are directed to appear telephonically, will be held on October 4, 2013, at 9:00 a.m., before the Honorable Elizabeth S. Stong, United States Bankruptcy Court for the Eastern District of New York, 271 Cadman Plaza East, Courtroom 3585, Brooklyn, New York 11201, to consider any other and further relief that may be warranted by the other issues raised by Ms. Wiener in her appeal.



Dated: Brooklyn, New York
September 18, 2013

_____
Elizabeth S. Stong
United States Bankruptcy Judge

TO:

Lessno LLC
44-02 23rd Street
Long Island City, NY 11101

Michael J Connolly
Forman, Holt, Eliades & Ravin, LLC
80 Route 4 East
Suite 290
Paramus, NJ 07652

Robert L Geltzer
1556 Third Avenue
New York, NY 10128

Trans Am Travel Inc.
4222 King Street
Alexandria, VA 22302

Edward E Neiger
Neiger LLP
151 West 46th Street
4th Floor
New York, NY 10036

Smart Travel Network, Inc.
44-02 23rd Street
Long Island City, NY 11101

Mario I. Sotirov
25-63 34th Street
Apt 1
Astoria, NY 11103

Stanley Gyoshev
Stanislav B Gyoshev
SFI Center for Finance
University of Exeter

Exeter, UK EX4-SEJ

Assen V Vassilev
39 Georgi Kirkov St
Haskovo 6300
Bulgaria

Joseph Sanchez
Law Office of Joseph Sanchez, P.C.
295 Northern Boulevard
Suite 301
Great Neck, NY 11021

Tally M. Wiener
Law Offices of Tally M. Wiener, Esq.
119 W. 72nd Street, PMB 350
New York, NY 10023