

Squire Sanders (US) LLP
30 Rockefeller Plaza
New York, NY 10112

O  +1 212 872 9800
F  +1 212 872 9815
squiresanders.com


Robert A. Wolf
T  +1 212 872 9850
robert.wolf@squiresanders.com

October 1, 2013

**VIA ECF AND VIA FACSIMILE**

The Honorable Elizabeth S. Stong
United States Bankruptcy Judge for the
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

Re:   **In re Lessno, LLC
     Chapter 7 Case # 09-44979**

Dear Judge Stong:

Our firm is Special Litigation Counsel to Robert L. Geltzer, the Chapter 7 trustee (the "Trustee") of the above-referenced Debtor.  Pursuant to Your Honor's Order Directing Parties to Meet and Confer in Person and Scheduling Order dated September 18, 2013, respective counsel for the Debtor, the administrative creditor Tally M. Wiener, and the Trustee, along with Ms. Wiener, met and conferred at the undersigned's office yesterday, September 30, 2013, to discuss a potential resolution of the issues among them.  Respective counsel for the Debtor, for the Trustee and for Ms. Wiener agreed to confer further with their respective clients regarding potential settlement parameters discussed at the meeting, and then to have further discussions among counsel to see if a settlement can be reached.

In order to afford the parties sufficient time to accomplish the foregoing, counsel all agreed at the conclusion of the meeting to request that this Court adjourn for approximately two (2) weeks the telephonic conference with the Court presently scheduled for October 4, 2013, as set forth in Your Honor's aforesaid September 18, 2013 Order.   As per my phone conversation with your Courtroom Deputy Sheree Jackson this afternoon, it is my understanding that the conference is being adjourned to **Friday, October 18, 2013 at 3:30 p.m.**, and that such conference is to be by telephone with all of the aforesaid parties.

We thank Your Honor and Ms. Jackson for your time and consideration regarding this matter.

Respectfully submitted,


/s/  Robert A. Wolf
Robert A. Wolf


cc:  **By Email**

Michael J. Connolly, Esq.
Sean P. McGrath, Esq.
Tally M. Wiener, Esq.