**SQUIRE SANDERS (US) LLP**
30 Rockefeller Plaza, 23rd Floor
New York, New York 10112
(212) 872-9800
Robert A. Wolf, Esq.
robert.wolf@squiresanders.com

*Special Litigation Counsel*
*to the Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― x

| | | |
|---|---|---|
| **In re:** | : | Chapter 7 |
| | : | |
| **LESSNO LLC,** | : | Case No. 09-44979 (ESS) |
| | : | |
| **Debtor.** | | |

― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― x

### NOTICE OF ADJOURNMENT OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that pursuant to agreement among respective counsel for the parties, and with the Court's consent, the telephonic conference in the above-captioned case with respect to this Court's September 28, 2013 Order Directing Parties to Meet and Confer in Person and Scheduling Order, scheduled for October 18, 2013 at 3:30 pm, has been adjourned to **Tuesday, October 29, 2013 at 2:30 pm.**

Dated: New York, New York
        October 18, 2013

Respectfully submitted,

**SQUIRE SANDERS (US) LLP**

By: /s/  Robert A. Wolf, Esq.
      Robert A. Wolf, Esq.
      30 Rockefeller Plaza, 23rd Floor
      New York, New York 10112
      (212) 872-9800
      robert.wolf@squiresanders.com

      *Special Litigation and Real Estate*
      *Counsel to the Chapter 7 Trustee*