UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------X
LESSNO LLC

       V

TALLY WIENER Esq.
-------------------------------------------------X

ORDER
CV13-1517 (JBW)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ JAN 09 2014 ★
BROOKLYN OFFICE

No response having been filed to the Court's order dated December 16, 2013, the Clerk of Court shall mark the captioned case closed.

SO ORDERED

JACK B. WEINSTEIN
SR. U.S.D.J.

Dated: 1/7/14

