UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
LESSNO LLC

        v

TALLY M. WIENER
-------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 1 8 2013 ★

BROOKLYN OFFICE

ORDER
CV13-1517

**Jack B. Weinstein, Senior United States District Judge**

      Unless a party shall show cause by January 2, 2014, this case will be marked closed. See 13-cv-831, docket entry 10, remanding case.

                                                SO ORDERED

                                               JACK B. WEINSTEIN
                                               SR. UNITED STATES DISTRICT JUDGE

Dated: 12/16/13

