CLOSED

# U.S. District Court
# Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:13-cv-01518-NGG

| | |
|---|---|
| Lessno LLC v. Tally M. Weiner, Esq.<br>Assigned to: Judge Nicholas G. Garaufis<br>Cause: 28:1334 Bankruptcy Appeal | Date Filed: 03/21/2013<br>Date Terminated: 09/10/2014<br>Jury Demand: None<br>Nature of Suit: 422 Bankruptcy Appeal (801)<br>Jurisdiction: Federal Question |

**Appellant**

**Lessno LLC**  represented by  **Michael J Connolly**
Forman, Holt, Eliades, Ravin & Youngman, LLC
80 Route 4 East
Suite 290
Paramus, NJ 07652
201-845-1000 ext. 340
Fax: 201-845-9112
Email: mconnolly@formanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Appellee**

**Tally M. Weiner, Esq.**  represented by  **Tally M. Weiner**
Tally M. Weiner
119 West 72nd Street
PMB 350
New York, NY 10002
212-574-7975
Email: tally.wiener@thecomi.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/21/2013 | 1 | Notice of APPEAL FROM BANKRUPTCY COURT. File received, filed by Lessno LLC. (Attachments: # 1 Civil Cover Sheet, # 2 Transmittal of Record, # 3 Notice to Parties) (Davis, Kimberly) (Entered: 03/27/2013) |
| 03/27/2013 | 2 | |

|  |  |  |
|---|---|---|
|  |  | NOTICE of Docketing of BANKRUPTCY APPEAL. Appellant's brief shall be served and filed with 14 days after the entry of the appeal on the docket; Appellee's brief shall be served and filed within 14 days after served of the brief of the appellant; Appellant's reply shall be served and filed within 14 days after the service of the brief of the appellee. (Davis, Kimberly) (Entered: 03/27/2013) |
| 04/10/2013 | 3 | Appellant's BRIEF by Lessno LLC. Appellee Brief due by 4/10/2013. (Connolly, Michael) (Entered: 04/10/2013) |
| 04/17/2013 |  | Email Notification Test - DO NOT REPLY. (Latka-Mucha, Wieslawa) (Entered: 04/17/2013) |
| 04/24/2013 | 4 | Appellee's BRIEF by Tally M. Weiner, Esq.. Appellant Reply Brief due by 5/8/2013. (Wiener, Tally) (Entered: 04/24/2013) |
| 07/01/2014 |  | ORDER: In light of the time that has elapsed since briefing, by July 14, 2014, Appellant shall file a letter with the court regarding the status of its appeal or the parties shall file a stipulation of dismissal. Ordered by Judge Nicholas G. Garaufis on 7/1/2014. (Holmes, Jennifer) (Entered: 07/01/2014) |
| 07/18/2014 | 5 | Letter by Tally M. Weiner, Esq. (Wiener, Tally) (Entered: 07/18/2014) |
| 08/29/2014 |  | ORDER. The parties are directed to appear for a status conference before the court in early September concerning the status of this appeal and Appellant's failure to comply with the court's July 1, 2014, Order. The parties shall confer and contact the Court Deputy at 718-613-2545 to schedule the date and time of the conference. Ordered by Judge Nicholas G. Garaufis on 8/29/2014. (Holmes, Jennifer) (Entered: 08/29/2014) |
| 09/02/2014 | 6 | Letter by Lessno LLC (Connolly, Michael) (Entered: 09/02/2014) |
| 09/10/2014 |  | Minute Entry for proceedings held before Judge Nicholas G. Garaufis: Status Conference held on 9/8/2014. The parties advised the court that the dispute in this action has been settled. The court DISMISSED the appeal on consent of the parties. The Clerk of Court is respectfully directed to close the case. (Court Reporter Marie Foley) (Holmes, Jennifer) (Entered: 09/10/2014) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/11/2014 15:42:56 | | | |
| PACER Login: | us4423:2653795:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:13-cv-01518-NGG |
| Billable Pages: | 2 | Cost: | 0.20 |