Presentment Date: November 14, 2014 at 12:00 p.m.
Objection Date: November 13, 2014 at 5:00 p.m.

**TARTER KRINSKY & DROGIN LLP**
*Substitute Special Litigation Counsel*
*to the Chapter 7 Trustee*
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
Robert A. Wolf, Esq.
(rwolf@tarterkrinsky.com)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
In Re:                                          Case No. 09-44979 (ESS)

LESSNO, LLC,                                    Chapter 7 Proceeding

                    Debtor.
------------------------------X

**NOTICE OF PRESENTMENT FOR SO ORDERING OF STIPULATION CONCERNING THE PAYMENT BY THE DEBTOR'S PARENT NEVEQ S.A.R.L. TO THE TRUSTEE OF FUNDS SUFFICIENT TO SATISFY THE ADMINISTRATIVE CLAIMS OF THE TRUSTEE AND HIS PROFESSIONALS THAT ULTIMATELY ARE ALLOWED BY THE COURT AND PROVIDING FOR DISMISSAL OF THE DEBTOR'S CHAPTER 7 CASE UPON THE TRUSTEE'S PAYMENT OF SAID ALLOWED ADMINISTRATIVE CLAIMS**

**PLEASE TAKE NOTICE** that, upon the attached Stipulation Concerning the Payment by the Debtor's Parent Neveq S.A.R.L. to the Trustee of Funds Sufficient to Satisfy the Administrative Claims of the Trustee and his Professionals that Ultimately are Allowed by the Court and Providing for Dismissal of the Debtor's Chapter 7 Case Upon the Trustee's Payment of Said Allowed Administrative Claims (the "**Stipulation**") entered into by and among Robert L. Geltzer, as Chapter 7 trustee (the "**Trustee**") of the above-captioned debtor, Lessno, LLC (the "**Debtor**"), and the Debtor's parent company, Neveq S.A.R.L. ("**Neveq**"), the Trustee will present the Stipulation for entry, in the form annexed hereto as **Exhibit A**, for So Ordering to the

Honorable Elizabeth S. Stong, United States Bankruptcy Judge of the United States Bankruptcy Court for the Eastern District of New York (the "**Bankruptcy Court**") on **November 14, 2014 at 12 p.m.**

Pursuant to the Stipulation, the Trustee, the Trustee's counsel, the Debtor's counsel and Neveq (the "**Parties**"), have agreed that: (a) Neveq, in accordance with the Global Resolution, shall pay to the Trustee the amount of $90,000.00 (the "Neveq Payment Amount"), from which the Trustee is to distribute to the administrative claimants listed on Exhibit A to the Stipulation, namely, the Trustee and the Trustee's professionals (the "**Administrative Claimants**"), the respective amounts as are allowed by the Court upon applications for commissions, fees and reimbursement of expenses by the Administrative Claimants; (b) the Trustee shall remit to Neveq the excess, if any, of the Neveq Payment Amount over the aggregate amount of the aforesaid commissions, fees and reimbursement of expenses allowed to the Administrative Claimants; and (c) the Trustee then shall file with this Court a proposed order closing this case.

**PLEASE TAKE FURTHER NOTICE,** that, objections, if any, to the Stipulation must (a) comply with the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court; (b) set forth in writing the basis therefor; (c) be filed with the Bankruptcy Court electronically on or before **November 13, 2014 at 5:00 p.m.** (the "**Objection Deadline**") in accordance with the Bankruptcy Court's General Order on Electronic Means for Filing, Signing and Verification of Documents, General Order No. 559, dated April 23, 2010, by registered users of the Bankruptcy Court's electronic case filing system and, by all other parties in interest, on a diskette, CD or DVD in Portable Document Format (PDF), in accordance with the Bankruptcy Court's Administrative Order No. 476 dated June 4, 2003; and (d) served on or before the aforesaid Objection Deadline in accordance with the aforesaid General Order No. 599

by first class mail upon each of the following: (i) Robert A. Wolf, Esq., Tarter Krinsky & Drogin LLP, 1350 Broadway, 11th Floor, New York, NY 10018, Substitute Special Litigation Counsel to the Chapter 7 Trustee; and (ii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed Stipulation, with proof of service, is filed and served by the Objection Deadline in the respective manners set forth above, there will not be a hearing and the Stipulation may be So Ordered by the Court.

**PLEASE TAKE FURTHER NOTICE** that only if objections to the Stipulation are timely served and filed, the Court shall schedule a hearing to consider the Stipulation and any such objections thereto.

This Notice of Presentment, together with the Stipulation, is being served by first class mail upon: (a) each party which has filed a proof of claim against the Debtor's estate in the Debtor's bankruptcy case; (b) the attorneys for the petitioning creditors who filed the involuntary petition against the Debtor in this bankruptcy case; (iii) the Debtor's counsel; (iv) Neveq; and (v) the Office of the United States Trustee.

Dated:   New York, New York
         October 28, 2014

                                        **TARTER KRINSKY & DROGIN LLP**
                                        *Substitute Special Litigation Counsel*
                                        *to the Chapter 7 Trustee*

                                        By:  /s/ Robert A. Wolf
                                             Robert A. Wolf, Esq.
                                             (rwolf@tarterkrinsky.com)
                                             1350 Broadway, 11th Floor
                                             New York, New York 10018
                                             Tel (212) 216-8000