| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK | HEARING DATE: 4/28/15<br>HEARING TIME: 9:30 A.M. |

-----------------------------------------------------------

In Re:                                                 Chapter 7

**LESSNO, LLC,**                      Case No. 09-44979 (ESS)

                                  Debtor.

-----------------------------------------------------------

### NOTICE OF HEARING REGARDING
### APPLICATIONS FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES TO: (I) ROBERT L. GELTZER, CHAPTER 7 TRUSTEE; (II) TARTER KRINSKY & DROGIN LLP, SUBSTITUTE SPECIAL LITIGATION COUNSEL TO THE CHAPTER 7 TRUSTEE; (III) SQUIRE SANDERS (US) LLP, FORMER SPECIAL LITIGATION AND INTELLECTUAL PROPERTY COUNSEL TO THE CHAPTER 7 TRUSTEE; (IV) SQUIRE SANDERS (UK) LLP, FORMER SPECIAL LITIGATION AND INTELLECTUAL PROPERTY COUNSEL TO THE CHAPTER 7 TRUSTEE; (V) THE LAW OFFICES OF ROBERT L. GELTZER, COUNSEL TO CHAPTER 7 TRUSTEE, AND (VI) DAVIS GRABER PLOTZKER & WARD, LLP, ACCOUNTANT TO THE CHAPTER 7 TRUSTEE

     **PLEASE TAKE NOTICE**, that on **April 28, 2015 at 9:30 a.m.**, or as soon thereafter a counsel may be heard, a hearing (the "Hearing") shall be held before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, United States Bankruptcy Court for the Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New York 11201, pursuant to 11 U.S.C. §§ 326, 330 and Rule 2002(a) of the Federal Rules of Bankruptcy Procedure, to consider the Applications for Allowance of Final Compensation and Reimbursement of Expenses to: (I) Robert L. Geltzer, Chapter 7 Trustee; (II) Tarter Krinsky & Drogin LLP, Substitute Special Litigation Counsel to the Chapter 7 Trustee; (Iii) Squire Sanders (US) LLP, Former Special Litigation and Intellectual Property Counsel to the Chapter 7 Trustee; (IV) Squire Sanders (UK) LLP, Former Special Litigation and Intellectual Property Counsel to the Chapter 7 Trustee; (V) the Law Offices of Robert L. Geltzer, Counsel to Chapter 7 Trustee, and (VI) Davis Graber Plotzker & Ward, LLP, Accountant to the Chapter 7 Trustee (collectively, the "Applications").

     **PLEASE TAKE FURTHER NOTICE**, that the Applications are being made in accordance with the Court's December 22, 2014 So-Ordered Stipulation Concerning Payment by the Debtor's Parent Neveq S.A.R.L. to the Trustee of Funds Sufficient to Satisfy the Administrative Claims of the Trustee and His Professionals That Ultimately Are Allowed by the Court and Providing for Dismissal of the Debtor's Chapter 7 Case Upon the Trustee's Payment of Said Allowed Administrative Claims.

**PLEASE TAKE FURTHER NOTICE**, that the amounts sought pursuant to the Applications are set out below:

| Professional | Fee Period | Fees Incurred | Fees Requested for Payment | Expenses Incurred | Expenses Requested for Payment |
|---|---|---|---|---|---|
| Robert L. Geltzer, Chapter 7 Trustee | 11/15/11 - Present | $7,748.00 | $7,748.00 | $42.98 | $42.98 |
| Tarter Krinsky & Drogin LLP | 2/1/14 - 2/5/15 | $14,805.00 | $14,340.68 | $0.00 | $0.00 |
| Squire Sanders (US) LLP | 11/18/11- 1/31/14 | $31,710.50 | $30,715.99 | $1,365.72 | $1,365.72 |
| Squire Sanders (UK) LLP | 11/18/11- 1/31/14 | $11,742.00 | $11,373.75 | $0.00 | $0.00 |
| Law Offices of Robert L. Geltzer | 11/21/11 - 3/13/15 | $7,293.00 | $7,064.28 | $6.56 | $6.56 |
| Davis Graber Plotzker & Ward, LLP | 12/1/11 - 12/31/12 | $17,702.50 | $17,147.31 | $46.90 | $46.90 |

**PLEASE TAKE FURTHER NOTICE**, that any objections to the Applications shall be set forth in a writing describing the basis therefor, which shall be (i) filed with the Court electronically in accordance with the Court's General Order concerning revised electronic filing procedures, signed by Chief Judge Conrad B. Duberstein on December 26, 2002 (the "General Order")[1] by registered users of the Court's Electronic Case Filing system, and by all other parties in interest on 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), and served in accordance with the General Order or by first-class mail, and (ii) served upon Law Offices of Robert L. Geltzer, counsel to the Trustee, 1556 Third Avenue, Suite 505, New York, New York 10128 (Attention: Mark E. Bruh, Esq.); and attorney for the Debtor, Michael J. Connolly, Esq., Forman, Holt, Eliades, Ravin & Youngman LLC, 80 Route 4 East, Suite 290, Paramus, New Jersey 07652; and the Office of the United States Trustee, Eastern District of New York (Brooklyn Office), U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014 (Attention: Marylou Martin, Esq.); and upon all parties listed on the Service List attached, unless otherwise ordered by the Court, no later than seven (7) business days prior to the Hearing.

**PLEASE TAKE FURTHER NOTICE**, that if no objections to the Applications are timely filed, the Court may grant the relief in the Applications without further notice or hearing.

---

[1] The General Order and instructions regarding the Electronic Case Filing system can be found at www.nyeb.uscourts.gov, the official website for the United States Bankruptcy Court for the Eastern District of New York.

**PLEASE TAKE FURTHER NOTICE**, that the Hearing may be adjourned from time to time without notice to any creditor or other party-in-interest other than by announcement of the adjourned date in open Court on the date of the Hearing or any adjourned date thereof.

Dated: New York, New York
       March 20, 2015

>                      The Law Offices of
>                       ROBERT L. GELTZER
>                      Counsel to the Trustee
>
>                      By: /s/ Mark E. Bruh
>                         Mark E. Bruh
>                         1556 Third Avenue, Suite 505
>                         New York, New York  10128
>                         (212) 410-0100