UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------

| | |
|---|---|
| In Re: | Chapter 7 |
| **LESSNO, LLC,** | Case No. 09-44979 (ESS) |
| Debtor. | |

-----------------------------------------------------------

## ORDER CLOSING CHAPTER 7 CASE

The Court having entered an order on December 22, 2014 approving a stipulation entitled: "Stipulation and Order Concerning the Payment by the Debtor's Parent Neveq S.A.R.L. to the Trustee of Funds Sufficient to Satisfy the Administrative Claims of the Trustee and his Professionals Allowed by the Court and Providing for Dismissal of the Debtor's Chapter 7 Case upon the Trustee's Payment of Said Allowed Administrative Claims" (the "Order"); and Robert L. Geltzer, the Chapter 7 Trustee having made all distributions pursuant to the procedures set forth in said Order; and no further administration is necessary; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that consistent with said Order, all remaining property of the Debtor's estate shall be abandoned to the Debtor in accordance with Section 544 of the Bankruptcy Code and; it is further

ORDERED, that the Court ~~shall~~ **_may_** retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this Closing Order; and it is further

ORDERED, that this Chapter 7 case is dismissed and closed.



Dated: Brooklyn, New York
July 17, 2015

_____
Elizabeth S. Stong
United States Bankruptcy Judge