LAW OFFICES OF
# ROBERT L. GELTZER
1556 THIRD AVENUE
NEW YORK, NEW YORK 10128
(212) 410-0100

FACSIMILE (212) 410-0400

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2018 OCT -1  A 11: 31

RECEIVED/MR

September 25, 2018

Robert A. Gavin, Jr.
Clerk of the Court
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East, Room 1595
Brooklyn, NY 11201-1800

    Re:    Lessno LLC ("Debtor") - Case No. 09-44989 (ESS)

Dear Bob:

    I believe that I spoke with you about this case some time ago and it is the first item I mentioned in my July 16, 2018 letter to you in which I state that on July 17, 2015 Judge Stong issued an order closing this case; my letter and her order are enclosed.

    Notwithstanding that, on June 15, 2018 I received an email from your Office to close the case because a final report was never filed -- but a final report need not have been filed in that this case was dismissed and, in any event, Judge Stong, as stated, closed it. On June 29, 2018 we responded, but Maria Mendieta insisted that the case could still not be closed -- for whatever reason I cannot discern. She wanted a Trustee's Report of No Distribution to be filed. Nevertheless, we responded on July 9, 2018 and informed her that such a report was not appropriate in a case where I collected and disbursed funds, which was followed-up by my July 16, 2018 letter to you. On September 12, 2018, we sent a follow-up letter to your Office, a copy of which is enclosed, advising Ms. Mendieta that the case ought to be closed. On September 14, 2018, the docket stated that a report is to be filed immediately.

    There is no report.

    Thus, I shall be very grateful if you would tend to this matter by noting on the docket that the case is, indeed closed.

    With many thanks and kindest personal regards, I remain

                    Sincerely,

                    Robert L. Geltzer

RLG:ayh
Enclosures

LAW OFFICES OF
**ROBERT L. GELTZER**
ATTORNEYS AT LAW

1556 THIRD AVENUE
NEW YORK, NEW YORK 10128
(212) 410-0100

FACSIMILE (212) 410-0400

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2018 OCT -1  A 11: 31

RECEIVED/MR

July 16, 2018

**BY EMAIL ONLY**
Robert A. Gavin, Jr.
Clerk of the Court
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East, Room 1595
Brooklyn, NY 11201-1800

Dear Mr. Gavin:

Thanks so much for your July 5, 2018 response. While I am pleasantly well aware that I no longer serve on the Eastern District Panel for assignment of new cases, I verily believe that my suggestions in my April 26, 2018 and July 3, 2018 notes would redound to the benefit of all concerned. As for the notice you provided, I was unaware of it in that it is dated February 1, 2017 and, thus, followed the date of my December 31, 2014 resignation. I do believe that the instructions should provide that the Consumer Credit Counseling Certificate also be sent to the trustee prior to the 341 meeting.

With respect to the July 5, 2018 Case Report that you attached to your email, the following cases were incorrectly noted in the Report and should be closed by your Office:

• *Lessno LLC - Case No. 09-44979 (ESS)* - On July 17, 2015, Judge Stong issued an Order closing this case.

• *Hill 135, Inc. - Case No. 11-41799 (CEC)* - Pursuant to Judge Craig's April 1, 2011 Order, this case was substantively consolidated with Leonid Chatkhan, Case No. 10-46775 (CEC). On April 10, 2018, the Court entered a Final Decree closing the Chatkhan case. Thus, this case should be closed too;

• *384 LSTR, Inc. - Case No. 11-41803 (CEC)* - Pursuant to Judge Craig's April 1, 2011 Order, this case was substantively consolidated with Leonid Chatkhan, Case No. 10-46775 (CEC). On April 10, 2018, the Court entered a Final Decree closing the Chatkhan case. Thus, this case should be closed too;

• *Sal 01, Inc. - Case No. 11-41804 (CEC)* - Pursuant to Judge Craig's April 1, 2011 Order, this case was substantively consolidated with Leonid Chatkhan, Case No. 10-46775 (CEC). On April 10, 2018, the Court entered a Final Decree closing the Chatkhan case. Thus, this case should be closed too;

• *Flat 117 Inc. - Case No. 11-41805 (CEC)* - Pursuant to Judge Craig's April 1, 2011 Order, this case was substantively consolidated with Leonid Chatkhan, Case No. 10-46775

(CEC). On April 10, 2018, the Court entered a Final Decree closing the Chatkhan case. Thus, this case should be closed too;

• *Rem 106 Inc. - Case No. 11-41807 (CEC)* - Pursuant to Judge Craig's April 1, 2011 Order, this case was substantively consolidated with Leonid Chatkhan, Case No. 10-46775 (CEC). On April 10, 2018, the Court entered a Final Decree closing the Chatkhan case. Thus, this case should be closed too; and

• *Gary Tashlitsky - Case No. 12-45669 (CEC)* - On November 21, 2013, I filed a No Asset Report.

Thanks so much.

With kindest personal regards, I remain

Sincerely,

Robert L. Geltzer

RLG:ayh

cc:   William K. Harrington, Esq. (by email)
      Linda A. Riffkin, Esq. (by email)
      Christine H. Black, Esq. (by email)
      Vito Genna, Esq. (by email)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------
In Re:                                                Chapter 7

    LESSNO, LLC,                          Case No. 09-44979 (ESS)

              Debtor.
-------------------------------------------------------------

### ORDER CLOSING CHAPTER 7 CASE

    The Court having entered an order on December 22, 2014 approving a stipulation entitled: "Stipulation and Order Concerning the Payment by the Debtor's Parent Neveq S.A.R.L. to the Trustee of Funds Sufficient to Satisfy the Administrative Claims of the Trustee and his Professionals Allowed by the Court and Providing for Dismissal of the Debtor's Chapter 7 Case upon the Trustee's Payment of Said Allowed Administrative Claims" (the "Order"); and Robert L. Geltzer, the Chapter 7 Trustee having made all distributions pursuant to the procedures set forth in said Order; and no further administration is necessary; and after due deliberation and sufficient cause appearing therefor, it is hereby

    ORDERED, that consistent with said Order, all remaining property of the Debtor's estate shall be abandoned to the Debtor in accordance with Section 544 of the Bankruptcy Code and; it is further

    ORDERED, that the Court ~~shall~~ *may* retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this Closing Order; and it is further

    ORDERED, that this Chapter 7 case is dismissed and closed.



Dated: Brooklyn, New York
July 17, 2015

                                                         Elizabeth S. Stong
                                                   United States Bankruptcy Judge

# Mark Bruh

| | |
|---|---|
| **From:** | Mark Bruh |
| **Sent:** | Wednesday, September 12, 2018 10:12 AM |
| **To:** | 'Maria_Mendieta@nyeb.uscourts.gov' |
| **Subject:** | FW: Lessno LLC - Case No. 09-44979 (ESS) |

Ms. Mendieta:

On July 9, 2018, I sent to you the below email regarding the closing of the above case. To date, the case has not been closed.

Thanks,

Mark E. Bruh, Esq.
Law Offices of Robert L. Geltzer
1556 Third Avenue, Suite 505
New York, New York 10128
Phone (212) 410-0100
Fax (212) 410-0400
mbruh@geltzerlaw.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

**From:** Mark Bruh
**Sent:** Monday, July 09, 2018 4:17 PM
**To:** 'Maria_Mendieta@nyeb.uscourts.gov' <Maria_Mendieta@nyeb.uscourts.gov>
**Subject:** RE: Lessno LLC - Case No. 09-44979 (ESS)

Ms. Mendieta:

In response to your below email, please be advised that the Trustee collected $89,960.00 in connection with the administration of this case. Pursuant to the Court's December 22, 2014 Stipulation and Order, those funds were disbursed to administrative creditors. Thus, given that the Trustee collected and disbursed funds, it appears that a No Distribution Report is not appropriate in this case. Thus, Judge Stong issued her July 17, 2015 Order dismissing and closing this case.

I trust that this is responsive.

Thank you,

Mark E. Bruh, Esq.
Law Offices of Robert L. Geltzer
1556 Third Avenue, Suite 505
New York, New York 10128
Phone (212) 410-0100
Fax (212) 410-0400
mbruh@geltzerlaw.com

1

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

**From:** Maria_Mendieta@nyeb.uscourts.gov <Maria_Mendieta@nyeb.uscourts.gov>
**Sent:** Friday, June 29, 2018 2:14 PM
**To:** Mark Bruh <mbruh@geltzerlaw.com>
**Subject:** Re: Lessno LLC - Case No. 09-44979 (ESS)

Good Afternoon Mr. Bruh:

Judge Stong did sign the order dismissing and closing the case; however, for administrative purposes the case can not be closed until the court receives the Trustee's No Distribution Report.

Thank you.
===============================
Maria E. Mendieta
*Public Service Clerk*
U.S. Bankruptcy Court, EDNY
271 Cadman Plaza East, Suite 1595
Brooklyn, New York 11201
Phone: (347) 394-1783


From:     Mark Bruh <mbruh@geltzerlaw.com>
To:       "maria_mendieta@nyeb.uscourts.gov" <maria_mendieta@nyeb.uscourts.gov>
Date:     06/18/2018 02:48 PM
Subject:  Lessno LLC - Case No. 09-44979 (ESS)

---

Ms. Mendieta:

This is in response to your June 15, 2018 email to Mr. Geltzer. Please be advised that pursuant to Judge Stong's July 15, 2015 Order [ECF 209], a copy of which is attached, this case was dismissed and closed.

Thanks,

Mark E. Bruh, Esq.
Law Offices of Robert L. Geltzer
1556 Third Avenue, Suite 505
New York, New York  10128
Phone (212) 410-0100
Fax (212) 410-0400
mbruh@geltzerlaw.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.[attachment "closing order.pdf" deleted by Maria Mendieta/NYEB/02/USCOURTS]

2